UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

UNITED STATES DISTRICT ########COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION 04-10688-PBS

Theodus Jordan

................................PLAINTIFF(s)

vs.

Boston Public Schools/
MCAD(Massachusetts Commission Against Discrimination)
................................DEFENDANT(s)

#######

OPPOSITION AND MOTION TO NOT DISMISS ABOVE CASE AND APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AS ORDERED BY JUDGE SARIS, dated 5/17/04, but received by plaintiff on 5/28/04, due return by 6/23/04 ... ALSO, Motion to add EEOC(Equal Employment Opportunity Commission) as Defendant for:negligence/Fal

NOW COMES THIS GRIEVED , INJURED AND BRUISED PLAINTIFF BY THIS DEFENDANTS ABOVE AND NOW THE EEOC who has been negligent, falsified documents, and blantantly and flagrantly misrepresented the time-line of this plaintiff'pursuit in this matter to save face of its own negligence, apathy, and unexamined review of the MCAD's findings but simply rubber stamping those findingsto save its own face and the face of the negligence of itself and / or MCAD.

This claim should not be dismissed because--and,prepaid order should be allowed for the relief and restoral of an injured plaintiff's destroyed life by the negligence, racism, discrimination, retaliation, and abuse of all my rights by denying plaintiff his Equal rights, Equal access and Equal Opportunity for the pursuit of his livelihood by these defendants, including EEOC:

1) Notice the Document entitled "Dismissal and Notice of Rights", with one box checked with an "X", at the bottom of paper entitled "notice of suit rights signed by , Robert L. Sanders, Director, and dated March 23, 2002.... This date is deliberatly falsifies and nullities the actual order and pursuit of this matter in order that the Judge (any Judge) would draw the conclusion as this Judge that this matter has not been pursued in a timely fashion from the time of its entrance till this present time. The Truth is the EEOC, the MCAD, and the long response time of the Boston Public School from the outset of this case has been one of dragging their feet hoping plaintiff would give case up because of his lack of resources and indigency to pursue it. Plt. has suffered gravely from these defendants; Plaintiff , if, allowed his day in Court can produced documentation to prove and affirm his pursuit and contadict the dating of defendant EEOC(R. Sanders, et.al) . In fact, this document in this file is a falsified document...if you notice the lastest letter written by this plaintiff to defendant EEOC, R. Sanders, dated 3/28/04, is this year; Mr.Sanders' Dismissal and Notice of Rights , letter is stamped by rubber back to 3/23/02; why? This was the first plaintiff had heard from his EEOC office about this case. >>>>

2) this case should not be dismissed again, because of the
    negligence of the MCAD itself dragging its feet and responding
    to this plaintitt's pursuit and appeals of this case. Documents
    already within this complaint and others within this plaintiff's
    files will prove conclusively that the defendants have deliberately
    dragged this case out knowing better than this plaintiff what or
    how the Court treats the statue of time. Plaintiff could not force
    these powerful govermnetal agencies to act with integrity and
    legal propriety in its responsiblity to uphold the letter of
    the law simply because it chooses to manipulate this plaintiff
    pursuit of justice by being negligible hoping it would go unnotice.

3) Plaintiff have a right to justice, due process, equal access to
    court inspite of his indigency, especially when he can prove that
    his indigency is directly related to the negligency of these defendants
    CONSPIRING TO DENY PLAINTIFF HIS BASIC RIGHTS, APPEALS, AND LIVELYHOOD
    AS WELL AS HIS RIGHT TO PURSUE JUSTICE.
4) The Boston Public Schools "wrongfully terminated" me based on my race,
    color, gender, age, retaliation, negligence, while Conspiring with
    MCAD, and now EEOC to affect this "wrongful termination".
5) The Eleventh Amendment is challenged in this pursuit because plaintiff
    can prove and show CONSPIRACY AND COMPRISE OF THESE AGENCIES MALFESENCE.

Wherefore, plaintiff so plead that this case be allowed to go
forth in the interest of justice, my day-in-Court, and relief
from this bruising, caused by these defendants.

Signed under the pains and penalties of perjury, this day, 6/17/04,
by plaintiff, *Theodus Jordan*
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130
508-588-6443