*personal copy*

# Theodus Jordan
## P.O. Box 840
## Jamaica Plain, Massachusetts 02130

508- 588-6443   (residence  )

3/28/04

Robert L. Sanders, Directoe; Anne R. Giantonio , Intake Supervisor;
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Boston Area Office
John F. Kennedy Federal Bldg.
Government Center, Room 475
Boston, MA 02203

RE: Request for copy of Information  in EEOC's file on the Charge:
    EEOC Charge # 16C-2002-00304, respectively.

Enclosed is a copy of my complaint filed in US Federal District Court as requested by your office (see documents attached) .

I am requesting that the EEOC file on the Charge will be sent to me at the address above as soon as possibe. Thank you. I am,

Submitted by,

Signed under the pains and penalties of perjury this day , 3/28/04, by,

*Theodus Jordan* (signature)
Theodus Jordan

UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF MASSACHUSETTS

-1-

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

U.S. District
######## COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

Theodus Jordan

_____PLAINTIFF(s)

1) Boston Public Schools            vs.
2) Massachusetts Commission Against Discrimination
_____DEFENDANT(s)

WRONGFUL TERMINATION   COMPLAINT
Plaintiff request indigency status and preys for qualified legal Representa

Df.1) Here comes the aggrieved and injured plaintiff in the matter above
to ask this MOST HIGH COURT , U.S. DISTRICT FEDERAL COURT, for
relief, restitution , restoral, backpay, tenure, reputation, job(employment)
promotions, automobile, home, reinstatement, credit repair, compensation,
punitive damages, losses directly caused by these defendants egriegious
and wanton racism and discrimination based on my race, color, gender,
age and disability, and retaliation for seeking justice to resolve
this matter in a judicious manner; and conspiring with others within the
School system and/or other Agencies to accomplish this task by "black-
listing " my name and reputation so as to deny me jobs or other opportuni-
ties for jobs in any other place throughout this State and other States.

Df.2) Plaintiff further claim and state unequivocably, that the Massachusetts
Commission Against Discrimination further discriminated against this
plaintiff by negligence ,delaying pursuit of this claim and"dragging its
feet" in the processing of this charge and negligent in its investigation;
trifling in its handling of the Original complaint; such delayed caused
further hardship, indigency, and destitution for this plaintiff in the
loss of his home, car, ability to support himself and family;..further
causing the break-up of my home for lack of income and the inability to
find new employment because of the ruiness nature and negligence of
this agency to act.  Even the investigator (Jeannine Rice) was racial
and showed extreme hostility during the interview and evaluation process.
She was intimidating,derisive, hostile, arrogant, racist acting, belliger-
ant, bellittling to me and refused to record the session. A year passed
before I heard from the case, and only after I called them. Then another
six months. MCAD was truly negligent and hostile toward this complainant
and failed to pursue this matter according to statues of pursuance,
causing further injustice to plaintiff.

Plaintiff can prove all charges leveled against both these defendants
if given his day-in-Court and qualified representation.

Wherefore, plaitiff plead with your MOST HIG FEDERAL U.S. DISTRICT
COURT , for relief , restitution and purging as well a restoral of
all losses, damages, tenues, and possessions, compesations, backpay,
reputation, credit repair, $800,000, in losses, $500,000, in damages,
automobile, and legal fees and attorney fees, and all other damages
deemed proper by this Court.

nx.pg. >>>>>>>

Signed under the pains and penalties of perjury this day, 3/28/04, by plaintiff, *[signature]*
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130-7000
Ph. 508-588-6443

## CERTIFICATE OF SERVICE

A true copy of this complaint and certificate was duly mailed to each of these defendants by pre-paid mail and/or their Attys. to:

Defendant #1. BOSTON PUBLIC SCHOOLS  &  MCAD(Massachusetts Comm. Agst. D
General Counsel, 5th. Floor       Commonwealth of Massachusetts
26 Court Street                   One Ashburton Place
Boston, MA 02108                  Boston, MA02108-1518

on 3/28/ 04, by plaintiff,  *[signature]*
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130
Ph. 508-588-6443

EEOC Form 161 (3/98)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Theodus Jordan<br>P.O. Box 840<br>Jamaica Plain, MA 02130 | From: | Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2002-00304 | Anne R. Giantonio, Intake Supervisor | (617) 565-3189 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Robert L. Sanders,
Director

MAR 2 3 2002
(Date Mailed)

Enclosure(s)

cc: BOSTON PUBLIC SCHOOL
26 Court Street
Boston, MA 02108

Enclosure with EEOC
Form 161 (3/98)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --** **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice.** Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# FACTS ABOUT FILING
# AN EMPLOYMENT DISCRIMINATION SUIT
# IN FEDERAL COURT IN STATE OF MASSACHUSETTS

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a private lawsuit.

## WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union, or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. A law suit can be filed at the following U.S. District Court locations in Massachusetts.

- The United States District Court for the District of Massachusetts located at The John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210, or by contacting the Clerk of the Court Office at (617) 748-9152

- The United States District Court for the District of Massachusetts located at Donohue Federal Building & Courthouse, 595 Main Street, Room 502, Worcester, MA 01608, by contacting the Clerk of the Court Office at (508) 929-9000

- The United States District Court for the District of Massachusetts located at the Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103, or by contacting the Clerk of the Court Office at (413) 785-0214

## WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit must be filed in U.S. District Court within **90 days** of the date you receive the enclosed final action. Once this 90-day period is over, unless you have filed suit, you will have lost your right to sue.

(Over)

Information Sheet (page 1 of 2)