**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
One Ashburton Place, Boston, MA 02108-1518
Phone: (617) 994-6000 Fax: (617) 994-6024

11/19/2001

RE: Theodus Jordan vs. Boston Public School
MCAD Docket Number: 01BEM10554
EEOC/HUD Number: 16CA200304

Dear Complainant Party:

Please be advised that the Massachusetts Commission Against Discrimination (MCAD) has assigned Jeannine Rice to investigate the above referenced complaint of discrimination. The Commission's investigator will review the allegations in the complaint and will keep the parties informed of developments arising from that investigation.

In order to reduce the time necessary to investigate and resolve complaints of discrimination, the MCAD schedules an Investigative Conference with the parties shortly after the complaint is filed. Information about the Conference is included with this notice.

An Investigative Conference regarding the above complaint will be held at the Commission's Office, One Ashburton Place, Boston, MA at 09:00 AM on 01/29/02. You are required to attend this conference and your failure to do so will be taken as representing a lack of interest on your part in pursuing this claim.

One important purpose of this conference will be to determine whether the parties are willing to consider a rapid, informal and voluntary resolution of this dispute. The Commission encourages such resolution as an alternative to the often lengthy and expensive litigation process.

If you have any questions pertaining to the Investigation, please contact Jeannine Rice at (617) 994-6091.

Very truly yours,


Jeannine Rice
Investigator

Cc:

MCAD Docket Number 01BEM10554, Serve Complainant – With Investigative Conference

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108-1518
Phone: (617) 994-6000  Fax: (617) 994-6024

| | |
|---|---|
| MCAD DOCKET NUMBER: 01BEM10554 | EEOC/HUD CHARGE NUMBER: 16CA200304 |
| FILING DATE: 11/19/01 | VIOLATION DATE: 06/25/01 |

Name of Aggrieved Person or Organization:
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
Boston Public School
Human Resources
26 Court Street
Boston, MA 02108
Primary Phone: (617)635-9000 ext. _____

No. of Employees:       20 +

Work Location: Boston

Cause of Discrimination based on:
Age, Age of Complainant, specified; Sex, Male; Race, Color, Black (Non-Hispanic).

**The particulars are:**
I, Theodus Jordan, the Complainant believe that I was discriminated against by Boston Public School, on the basis of Age, Sex, Race, Color. This is in violation of M.G.L. 151B Section 4 Paragraph 1, 4 and .

I have been employed by Boston Public School system off and on since 1979. In 1989, I filed a grievance against the school. Afterwords, the school system failed to rehire me. I complained and stated that I felt that they failed to rehire me because of my race.

In September of 2000 I again applied for a position with the Boston Public School system. I was hired as a substitute. While I was employed, I was subjected to harassment, denial of promotion, intimidation, and was falsely accused of fraud and violence. I found a hanging noose on my desk in February or March of 2001. I told my supervisor, Neal Klayman, and the principal, Dr. S. E. Hogan. The representative from the teachers union, the building representative, a white woman tried to convince me not to file my complaint. She told me that she didn't see any racism in my situation.

I feel the people who were discriminating against me on the basis of my age (DOB 6/12/49), race and gender, as well as retaliating against me were the Superintendent, Tom Payzant, Assistant Superintendent, Mr. Com Potosis, and the Personnel Director, Ray Shurtleff. They tried to get my supervisor to say that my performance was bad. They conspired to undermine my performance because they were investigating me. They would call my job, call other people to check up on me, for the purpose of getting rid of me.

I applied for a permanent teaching position in September, October, November, December, January, February, March, April and May of 2000 and 2001. I was never called back, or interviewed for any of these positions.

MCAD Docket Number 01BEM10554, Complaint

When I was terminated, I asked for a hearing through the union, with the Superintendent and Personnel Director. The Superintendent did not attend, but the Personnel Director did. I asked why they fired me. He said he could not say. The Personnel Director told me that one of his department heads told him that I had been violent towards him in a meeting when we were discussing unemployment benefits. This is not true.

I feel that this harassment, denial of promotion, and termination was pretextual, I feel the Boston Public School system has discriminated against me on the basis of my race, age, and gender. I feel that I was singled out because of my race and gender because they felt uncomfortable with the presence of a black man. I feel I was discriminated on the basis of my age because the people who were hired in place of me were much younger, usually young white men and women, in their early 20's. I feel I was retaliated against because of my having spoken out against discrimination in the past.

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

(Signature of Complainant)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS DAY of 11/19/2001.

NOTARY PUBLIC: Allison E. Hope

SIGNATURE NOTARY PUBLIC: 

MY COMMISSION EXPIRES: 10/1/04

MCAD Docket Number 01BEM10554, Complaint