UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
Office of the Court

SUFFOLK, ss.

U.S. Dist.
########COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION 1:04-cv-10688

Theodus Jordan

_____PLAINTIFF(s)

vs.
Boston Public Schools, et.al

_____DEFENDANT(s)

##########

MOTION FOR DEFAULT/SANCTIONS AND JUDGEMENT
BY DEFAULT(INCLUDING: ALL LEGAL FEES, COURT FEES,
WITNESS FEES, SUBPOENA FEES, ATTY.FEES, OTHER FEES)
BY DEFENDANT FOR FAILURE TO ANSWER LEGAL COMPLAINT
OF GOOD SERVICED WITHIN THE TWENTY-DAY STATUE ALLOWED
UNDER THE LAW.

Now comes the plaintiff, Theodus Jordan, in the above matter now before this High Court of The United States of America, District, do hereby DEMAND Judgement by Default of all relief demanded in this Original complaint of $2.4m. in losses and damages, plus additional punitive damages based on violation of my rights under the law, and all legal fees deemed proper by this Most High District Federal Court, because of this defendant's continued arrogance, defiant, negligible, incompetance, racist, bias, contempt and disrespect for people of color, rights, qualifications, experience, education and age and gender(black-male) and wrongful termination by conspiracy to lie, defraud, and deny and retaliation, by Title VII, Statue.

Wherefore, plaintiff so demand relief by a judgement by Default be entered against this defendant based on racism and institutional racism to deny this qualified plaintiff his rights to life, liberty, and pursuit of livelihood, based solely on his race, color, and gender, as well as his rights denied because of Retaliation by this Defendant to exercise his legal rights to seek remedy against his discrimination as percieved from this defendant.

Signed under the pains and penalties of perjurythis day, 10/31/04,
by plaintiff, _Theodus Jordan_
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130
Ph. 508-588-6443

CERTIFICATE OF SERVICE
A true copy was sent by pre-paid postage to last known addreses of defendants and attorneys at 26 Court Street, Flr. #5, Boston, MA 02108 on 10/31/04, by Plaintiff, _Theodus Jordan_
Theodus Jordan

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

THEODUS JORDAN,
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: C.A. No. 04-10688-NMG

BOSTON PUBLIC SCHOOLS, ET AL.,
DEFENDANTS.

TO: (Name and address of Defendant)

Boston Public Schools
26 Court Street, Floor 5
General Counsel
Boston, MA 02108
(617) 635-9000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodus Jordan, pro se
P.O. Box 840
Jamaica Plain, MA 02130
(508) 588-6443

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Tony Anastas                                                        8/24/04
CLERK                                                           DATE

(By) DEPUTY CLERK

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Theodus Jordan | COURT CASE NUMBER: 04-10688-NMG |
| DEFENDANT: Boston Public Schools | TYPE OF PROCESS: Civil Discrimination Suit |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Supt. Tom Pazant / M. Contompasis / Ray F. Shurtleff

AT ADDRESS: 26 Court Street, 5th Floor, Gen. Counsel, Boston, MA 02108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Theodus J. Jordan
P.O. Box 840
Jamaica Plain, MA 02130

- Number of process to be served with this Form - 285: 1 - Gen. Couns.
- Number of parties to be served in this case: 1 - Gen. Couns.
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

The Defendants in this case are very clever at dodging acceptance of service; or not accepting responsibility of returning calls.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Theodus Jordan
TELEPHONE NUMBER: 508-588-6443
DATE: 8/29/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

## INSTRUCTIONS FOR SERVICE OF
## PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.




**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

TONY ANASTAS
CLERK OF COURT

TELEPHONE: (617) 748-9152

DATE: 8/24/04

CASE NAME: Jordan v. Boston Public Schools, et al

CIVIL ACTION NUMBER: 04-10658-NMG

## NOTICE TO PLAINTIFF

The judicial officer presiding over this action has ordered the United States Marshal to serve the summons(es) and complaint at your direction. Unless directed to do so by the Court, the Clerk's Office cannot provide you with free copies of documents.[1] Upon receipt of the enclosed forms, you are required to complete them and provide the United States Marshal with the following:

- ☑ One copy of the original complaint (and any amendments) for service on each defendant named in the caption of the complaint;

- ☑ One original summons (signed by the Clerk and bearing the seal of the Court) for each named defendant;

- ☑ One copy of each original summons for service on each named defendant;

- ☑ One copy of form USM-285 (Process Receipt and Return) for service on each named defendant;

- ☑ One copy of the order of the Court directing the United States Marshal to serve each named defendant.

Please forward the forms and copies to:

Office of the United States Marshal
United States Courthouse
Civil Section-Room 1500
1 Courthouse Way
Boston, Massachusetts 02210

---

[1] Currently, the Clerk's Office charges a fee of $.10 per page for the printing of documents that are available electronically and a fee of $.50 per page for documents that must be copied manually. See Fee Schedule-District of Massachusetts.