UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.

U.S. District Court Department
of the Trial Court,
CIVIL ACTION 1:04-cv-10688

Theodus Jordan
_____PLAINTIFF(s)

vs.

Boston Public Schools
et.al
_____DEFENDANT(s)

##########

PETITION AGASINST THE U.S. MARSHALL"S OFFICE FOR
FAILURE TO EXECUTE LEGAL AND TIMELY SERVICE :

Now comes the plaintiff in in the above most serious and pressing
matter of life and livelihood above to petition this most high
court to sanction the US Marshall Office for failure to execute and
complete it duty as mandated by statue. Also , to establish penalty
for same because of undue further hardship and, pain and stress, and
denial of human rights and livelihood.

Whwerfore , plainitiff demand saction and and penalties posed by this
High Court on US Marshall for failure to execute duty thereby, jeopardizing
and denying plaintiff equal justice, equity of treatment, in pursuant
of justice, remedy , for life threatening injuries made affected by this
defendant, furthering harship, burden, injuries and denying relief from
life, altering and deniaal of liveli-hood, equal opportunity, justice,
equal access, based on my race , color, age, retyaliation, gender,
and descrimination based on these and my ethnicity.

Signed under the pains and penalties of perjury, this day , 12/17/04,
by plaintiff, _Theodus Jordan_ .
P.O. Box 840
Jamaica Plain, MA 02130
508-588-6443

CERIFICATE OF SERVICE

A true docuemnt to US District Court by pre-paid postage by plaintiff
on this day 12/17/04, to last known address.

_Theodus Jordan_
Theodus Jordan