UNITED STATES MASSACHUSETTS DISTRICT COURT
~~COMMONWEALTH OF MASSACHUSETTS~~
DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.

~~U.S. DISTRICT~~
~~######COURT DEPARTMENT~~
~~OF THE TRIAL COURT~~
CIVIL ACTION 1:04-CV-10688

Theodus Jordan

_____PLAINTIFF(s)

vs.

Boston Public Schools/Superintendent/et.al.
_____DEFENDANT(s)

TO:
THE HONORABLE JUDGE
NATHANIEL M. GROTON

##MOTION##

TO RESUME PURSUIT OF THE ABOVE MATTER AND
AN ANSWER TO PETITION FILED ON 12/17/04; IN
ADDITION TO 2nd. MOTION TO DEFAULT DEFENDENTS
AND SANCTION U.S. MARSHALL FOR NELIGENCE AND FAILURE
TO EXECUTE COURT ORDERED SERVICE IN THE PURSUANT TO
JUSTICE.

Now comes this plaintiff who has been unduly injured and made
destitute by the racist, discriminatory and wrongful termination
based on my race, gender, age, color of my skin, fraudulent
charges, conspiracy to commit fraud, retaliation, resulting in
the destruction, destitution, indigency, and poverty of this
petitioner'life and livelihood.[by The Defendant above.]

Wherefore, plaintiff demand justice in the pursuit of this matter
before this Honorable Court with all <u>due process</u> and deliberate
speed as required by law, justice and equal treatment under the
law for this aggrieved and injured citizen by the egregious,
wanton, racist, discriminatory, fraudulent, retaliative actions and
behavior of this defendent.

Signed under the pains and penalties of perjury this day, 2/28/05,
by pliaintiff, _Theodus Jordan_
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130
ph.508-588-6443

CERITIFICATE OF SERVICE

This is to certify that a copy of this document was mailed by pre-
paid postage to the last known address of this defendamt and his
attorney, on 3/ /05, by plaintiff, _Theodus Jordan_
Theodus Jordan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N O T I C E

Please take notice that the civil action cases on the attached list pending in Boston have been transferred to JUDGE NATHANIEL M. GORTON for all further proceedings. From this date forward the number on all pleadings should be followed by the letters NMG to indicate assignment of the case to JUDGE GORTON. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letters on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Gorton.

Questions concerning cases assigned to Judge Gorton may be directed to Craig Nicewicz, Courtroom Deputy at (617) 748-9158.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By: /s/ Robert Alba
Deputy Clerk

Date: July 12, 2004

Copies to:   Counsel