UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
Office of the Court

SUFFOLK, ss.

U.S. Dist.
######## COURT DEPARTMENT
OF THE TRIAL COURT  15 A 10:50
CIVIL ACTION 1:04-cv-10688

FILED
OFFICE

DISTRICT COURT
OF MASS

Theodus Jordan

_____ PLAINTIFF(s)

vs.

Boston Public Schools, et.al

_____ DEFENDANT(s)


##~~COMPLAINT~~##

MOTION FOR DEFAULT/SANCTIONS AND JUDGEMENT
BY DEFAULT(INCLUDING: ALL LEGAL FEES, COURT FEES,
WITNESS FEES, SUBPOENA FEES, ATTY.FEES, OTHER FEES)
BY DEFENDANT FOR FAILURE TO ANSWER LEGAL COMPLAINT
OF GOOD  SERVICED WITHIN THE TWENTY-DAY STATUE ALLOWED
UNDER THE LAW.

Now comes the plaintiff, Theodus Jordan, in the above matter now
before this High Court of The United States of America, District,
do hereby DEMAND Judgement by Default of all relief demanded in
this Original complaint of $2.4m. in losses and damages, plus additional
punitive damages based on violation of my rights under the law,
and all legal fees deemed proper by this Most High District
Federal Court, because of this defendant's continued arrogance,
defiant, negligible, incompetance, racist, bias, contempt and
disrespect for people of color, rights, qualifications, experience,
education and age and gender(black-male) and wrongful termination by
conspiracy to lie, defraud, and deny and retaliation, by Title VII Statue.

Wherefore, plaintiff so demand relief by a judgement by Default
be entered against this defendant based on racism and institutional
racism to deny this qualified plaintiff his rights to life, liberty,
and pursuit of livelihood, based solely on his race, color, and gender,
as well as his rights denied because of Retaliation by this Defendant
to exercise his legal rights to seek remedy against his discrimination
as percieved from this defendant.

Signed under the pains and penalties of perjurythis day, 10/31/04,
by plaintiff, *Theodus Jordan* (signature)
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130
Ph. 508-588-6443

CERTIFICATE OF SERVICE
A true copy was sent by pre-paid postage to last known addresses of
defendants and attorneys at 26 Court Street, Flr. #5, Boston, MA 02108
on 10/31/04, by Plaintiff, *Theodus Jordan* (signature)
Theodus Jordan

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

THEODUS JORDAN,
PLAINTIFF

V.

**SUMMONS IN A CIVIL CASE**

BOSTON PUBLIC SCHOOLS, ET AL.,
DEFENDANTS.

CASE NUMBER: C.A. No. 04-10688-NMG

TO: (Name and address of Defendant)

Boston Public Schools
26 Court Street, Floor 5
General Counsel
Boston, MA 02108
(617) 635-9000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodus Jordan, pro se
P.O. Box 840
Jamaica Plain, MA 02130
(508) 588-6443

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Tony Anastas
CLERK

_____ 8/24/04 _____
DATE

(By) DEPUTY CLERK

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Theodus Jordan | COURT CASE NUMBER: 04-10688-NMG |
| DEFENDANT: Boston Public Schools | TYPE OF PROCESS: Civil Discrimination Suit |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
➤ Supt. Tom Payzant / M. Contompasis / Ray F. Shurtleff  
AT ADDRESS: 26 Court Street, 5th Floor, Gen. Counsel, Boston, MA 02108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Theodus J. Jordan  
P.O. Box 840  
Jamaica Plain, MA 02130

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 - Gen. Coun. |
| Number of parties to be served in this case | 1 - Gen. Coun. |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The Defendants in this case are very clever at dodging acceptance of service; or not accepting responsibility or returning calls.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
Theodus Jordan  
TELEPHONE NUMBER: 508-583-6443  
DATE: 8/29/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)  
Address (complete only if different than shown above)  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.  
Date of Service | Time | am/pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

**INSTRUCTIONS FOR SERVICE OF
PROCESS BY THE U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

 

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

TONY ANASTAS
CLERK OF COURT

TELEPHONE: (617) 748-9152

DATE: 8/24/04

CASE NAME: Jordan v. Boston Public Schools et al.

CIVIL ACTION NUMBER: 04-10688-NMG

## NOTICE TO PLAINTIFF

The judicial officer presiding over this action has ordered the United States Marshal to serve the summons(es) and complaint at your direction. Unless directed to do so by the Court, the Clerk's Office cannot provide you with free copies of documents.[1] Upon receipt of the enclosed forms, you are required to complete them and provide the United States Marshal with the following:

☑ One copy of the original complaint (and any amendments) for service on each defendant named in the caption of the complaint;

☑ One original summons (signed by the Clerk and bearing the seal of the Court) for each named defendant;

☑ One copy of each original summons for service on each named defendant;

☑ One copy of form USM-285 (Process Receipt and Return) for service on each named defendant;

☑ One copy of the order of the Court directing the United States Marshal to serve each named defendant.

Please forward the forms and copies to:

Office of the United States Marshal
United States Courthouse
Civil Section-Room 1500
1 Courthouse Way
Boston, Massachusetts 02210

---

[1] Currently, the Clerk's Office charges a fee of $.10 per page for the printing of documents that are available electronically and a fee of $.50 per page for documents that must be copied manually. See Fee Schedule-District of Massachusetts.

Cpt.

UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF MASSACHUSETTS                                                    -1-

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    U.S. District
                                                ###### COURT DEPARTMENT
                                                OF THE TRIAL COURT
                                                CIVIL ACTION


                    Theodus Jordan
                                                        PLAINTIFF(s)

1) Boston Public Schools              vs.
2) Massachusetts Commission Against Discrimination
                                                        DEFENDANT(s)


WRONGFUL TERMINATION           COMPLAINT
    Plaintiff request indigency status and preys for qualified legal Representa

Df.1) Here comes the aggrieved and injured plaintiff in the matter above
to ask this MOST HIGH COURT , U.S. DISTRICT FEDERAL COURT, for
relief, restitution , restoral, backpay, tenure, reputation, job(employment)
promotion, automobile, home, reinstatement, credit repair, compensation,
punitive damages, losses directly caused by these defendants egriegious
and wanton racism and discrimination based on my race, color, gender,
age and disability, and retaliation for seeking justice to resolve
this matter in a judicious manner; and conspiring with others within the
School system and/or other Agencies to accomplish this task by "black-
listing " my name and reputation so as to deny me jobs or other opportuni-
ties for jobs in any other place throughout this State and other States.

Df.2) Plaintiff further claim and state unequivocably, that the Massachusetts
Commission Against Discrimination further discriminated against this
plaintiff by negligence ;,delaying pursuit of this claim and"dragging its
feet" in the processing of this charge and negligent in its investigation;
trifling in its handling of the Original complaint; such delayed caused
further hardship, indigency, and destitution for this plaintiff in the
loss of his home, car, ability to support himself and family;..further
causing the break-up of my home for lack of income and the inability to
find new employment because of the ruiness nature and negligence of
this agency to act.  Even the Investigator (Jeannine Rice) was raci-
and showed extreme hostility during the interview and evaluation process.
She was intimidating, derisive, hostile, arrogant, racist acting, belliger-
ant, bellittling to me and refused to record the session. A year passed
before I heard from the case, and only after I called them. Then another
six months. MCAD was truly negligent and hostile toward this complaintant
and failed to pursue this matter according to statues of pursuance,
causing further injustice to plaintiff.

Plaintiff can prove all charges leveled against both these defendants
if given his day-in-Court and qualified representation.

Wherefore, plaitiff plead with your MOST HIG FEDERAL U.S. DISTRICT
COURT , for relief , restitution and purging as well a restoral of
all losses, damages, tenues, and possessions, compesations, backpay,
reputation, credit repair, $800,000, in losses, $500,000, in damages,
automobile, and legal fees and attorney fees, and all other damages
deemed proper by this Court.  ( Punitive damages for
                                all violations should be
                                a loss by Court itself )     nx.pg. >>>>>>>

U.S.District Court, Compliant continues......Jordan Vs Boston Public Schs.et.
-2-

Signed under the pain and penalties of perjury this day, 3/28/04, by
plaintiff, *[signature]*
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130-7000
Ph.508-588-6443


## CERTIFICATE OF SERVICE

A true copy of this complaint and certificate was duly mailed to
each of these defendants by pre-paid mail and/or their Attys. to:

Defendant #1. BOSTON PUBLIC SCHOOLS           & MCAD(Massachusetts Comm. Agst. I
              General Counsel , 5th. Floor    Commonwealth of Massachusetts
              26 Court Street                 One Ashburton Place
              Boston, MA 02108                Boston, MA02108-1518

on 3/28/ 04, by plaintiff, *[signature]*
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130
Ph. 508-588-6443

EEOC Form 161 (3/98)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2002-00304 | Anne R. Giantonio, Intake Supervisor | (617) 565-3189 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Robert L. Sanders,
Director

MAR 2 3 2002
(Date Mailed)

Enclosure(s)

cc: BOSTON PUBLIC SCHOOL
26 Court Street
Boston, MA 02108

Enclosure with EEOC
Form 161 (3/98)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> -- not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# FACTS ABOUT FILING
# AN EMPLOYMENT DISCRIMINATION SUIT
# IN FEDERAL COURT IN STATE OF MASSACHUSETTS

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a private lawsuit.

## WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union, or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. A law suit can be filed at the following U.S. District Court locations in Massachusetts.

- The United States District Court for the District of Massachusetts located at The John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210, or by contacting the Clerk of the Court Office at (617) 748-9152

- The United States District Court for the District of Massachusetts located at Donohue Federal Building & Courthouse, 595 Main Street, Room 502, Worcester, MA 01608, by contacting the Clerk of the Court Office at (508) 929-9000

- The United States District Court for the District of Massachusetts located at the Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103, or by contacting the Clerk of the Court Office at (413) 785-0214

## WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit must be filed in U.S. District Court within **90 days** of the date you receive the enclosed final action. Once this 90-day period is over, unless you have filed suit, you will have lost your right to sue.

(Over)

Information Sheet (page 1 of 2)

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

UNITED STATES DISTRICT ########COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION 04-10688-PBS

Theodus Jordan

_____PLAINTIFF(s)

vs.

Boston Public Schools/
MCAD(Massachusetts Commission Against Discrimination)
_____DEFENDANT(s)

#########

OPPOSITION AND MOTION TO <u>NOT</u> DISMISS ABOVE CASE AND APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AS ORDERED BY JUDGE SARIS, dated 5/17/04, but received by plaintiff on 5/28/04, due return by 6/23/04 ... ALSO, Motion to add EEOC(Equal Employment Opportunity Commission) as Defendant for:negligence/Fal'
NOW COMES THIS GRIEVED, INJURED AND BRUISED PLAINTIFF BY THIS DEFENDANTS ABOVE AND NOW THE EEOC who has been negligent, falsified documents, and blantantly and flagrantly misrepresented the time-line of this plaintiff'pursuit in this matter to save face of its own negligence, apathy, and unexamined review of the MCAD's findings but simply rubber stamping those findingsto save its own face and the face of the negligence of itself and / or MCAD.

This claim should not be dismissed because--and,prepaid order <u>should be</u> allowed for the relief and restoral of an injured plaintiff's <u>destroyed</u> life by the negligence, racism, discrimination, retaliation, and abuse of all my rights by denying plaintiff his Equal rights, Equal access and Equal Opportunity for the pursuit of his livelihood by these defendants, including EEOC:

1) Notice the Document entitled "Dismissal and Notice of Rights", with one box checked with an "X", at the bottom of paper entitled "notice of suit rights signed by, Robert L. Sanders, Director, and dated March 23, 2002.... This date deliberatly falsifies and nullifies the actual order and pursuit of this matter in order that the Judge (any Judge) would draw the conclusion as this Judge that this matter has not been pursued in a timely fashion from the time of its entrance till this present time. The Truth is the EEOC, the MCAD, and the long response time of the Boston Public School from the outset of this case has been one of dragging their feet hoping plaintiff would give case up because of his lack of resources and indigency to pursue it. Plt. has suffered gravely from these defendants; Plaintiff, if, allowed his day in Court can produced documentation to prove and affirm his pursuit and contadict the dating of defendant EEOC(R. Sanders, et.al). In fact, this document in this file is a falsified document...if you notice the lastest letter written by this plaintiff to defendant EEOC, R. Sanders, dated 3/28/04, is this year; Mr.Sanders' Dismissal and Notice of Rights, letter is stamped by rubber back to 3/23/02; why? This was the first plaintift had heard from his EEOC office about this case. >>>>

Case 1:04-cv-10688-NMG   Document 41   Filed 03/15/2005   Page 12 of 13
U.S. District Court Case Documented: Jordan v. BPS, MCAD, EEOC

-2-

2) this case should not be dismissed again, because of the negligence of the MCAD itself dragging its feet and responding to this plaintiff's pursuit and appeals of this case. Documents already within this complaint and others within this plaintiff's files will prove conclusively that the defendants have deliberately dragged this case out knowing better than this plaintiff what or how the Court treats the statue of time. Plaintiff could not force these powerful govermnetal agencies to act with integrity and legal propriety in its responsiblity to uphold the letter of the law simply because it chooses to manipulate this plaintiff pursuit of justice by being negligible hoping it would go unnotice.

3) Plaintiff have a right to justice, due process, equal access to court inspite of his indigency, especially when he can prove that his indigency is directly related to the negligency of these defendants CONSPIRING TO DENY PLAINTIFF HIS BASIC RIGHTS, APPEALS, AND LIVELYHOOD AS WELL AS HIS RIGHT TO PURSUE JUSTICE.

4) The Boston Public Schools "wrongfully terminated" me based on my race, color, gender, age, retaliation, negligence, while Conspiring with MCAD, and now EEOC to affect this "wrongful termination".

5) The Eleventh Amendment is challenged in this pursuit because plaintiff can prove and show CONSPIRACY AND COMPRISE OF THESE AGENCIES MALFESENCE.

Wherefore, plaintiff so plead that this case be allowed to go forth in the interest of justice, my day-in-Court, and relief from this bruising, caused by these defendants.

Signed under the pains and penalties of perjury, this day, 6/17/04, by plaintiff, _____
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130
508-588-6443

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**THEODUS JORDAN,**
            Plaintiff,

                                        Civil Action
v.                                      No. 04-10688-PBS

**BOSTON PUBLIC SCHOOLS, et al.,**
            Defendants.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Having considered the plaintiff's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;

☒    In accordance with Fed. R. Civ. P. 5(e), the clerk filed this complaint on _____ and assigned it Civil Action No. 04-10688-PBS.

It is ORDERED that:

☒    The application to proceed without prepayment of fees is GRANTED.

☐    It is FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the Boston Public Schools as directed by the plaintiff with all costs of service to be advanced by the United States.

☒    It is FURTHER ORDERED that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e) without further notice after thirty-five (35) days from the date of this Order, unless before that time plaintiff shows good cause, in writing, why this case should not be dismissed for the reasons stated in the accompanying memorandum.

☐    It is FURTHER ORDERED that the application is DENIED for the reasons stated in the accompanying memorandum.

5/17/04                            /s/ Patti B. Saris
DATE                             PATTI B. SARIS
                                 UNITED STATES DISTRICT JUDGE

(ifpnonpr.ord - 9/20/96)                                                    [oifp.]

*[Handwritten annotations: "rcd. 5/18/04", "return by June 23/04"]*