U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THEODUS JORDAN | 04-CV-10688 NMG |
| DEFENDANT | TYPE OF PROCESS  DOCKET #7 |
| BOSTON PUBLIC SCHOOLS | SUMMONS & COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
BOSTON PUBLIC SCHOOLS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
26 COURT STREET, 5TH FLOOR - GENERAL COUNSEL BOSTON, MA 02108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

THEODUS J. JORDAN  
P.O. BOX 840  
JAMAICA PLAIN, MA 02130  
(508) 588-6443

Number of process to be served with this Form - 285: 1 complaint, 1 summons, 1 Docket #7  
Number of parties to be served in this case: 1 defendant  
Check for service on U.S.A.: □

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: JSDC  
Elizabeth E. Clyther (deputy clerk)  
□ PLAINTIFF  
□ DEFENDANT  
TELEPHONE NUMBER: 617-748-4073  
DATE: 7-26-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Talavera | 7/26/05 |

I hereby certify and return that I □ have personally served, □ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

□ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  
RALPH CHASE

□ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7-28-05  
Time: 12:25 pm

Signature of U.S. Marshal or Deputy: Paul [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | | | |

REMARKS: Served Legal Dept 7th FL

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

District of _____

THEODUS JORDAN
(PLAINTIFF)

V.

BOSTON PUBLIC SCHOOLS, ET AL
(DEFENDANTS)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-CV-10688 NMG

**ORIGINAL**

TO: (Name and address of Defendant)

BOSTON PUBLIC SCHOOLS
26 COURT STREET, FLOOR 5
GENERAL COUNSEL
BOSTON, MA 02108
(617) 635.9000

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THEODUS JORDAN
P.O. BOX 640
JAMAICA PLAIN, MA
02130-0036
(508) 588.6443

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

7-26-05

CLERK                                          DATE

*Elizabeth E. Elefther*

(By) DEPUTY CLERK