# Commonwealth of Massachusetts
## County of Suffolk
### The Superior Court

RECEIVED

2005 NOV 10 PM 2: 50

CIVIL DOCKET# **SUCV2002-01280**

OFFICE OF
LEGAL ADVISOR

RE:    **Sweeney v Menino Mayor of the City of Boston et al**

TO: Andrea Alves Thomas, Esquire
     Boston (City of) School Committee
     26 Court Street
     7th floor Legal Department
     Boston, MA 02108

---

## NOTICE TO APPEAR FOR TRIAL

A trial has been scheduled for the above referenced case as follows:

DATE:        **01/26/2006**
TIME:        **09:00 AM**
LOCATION:    **CtRm 1006, 3 Pemberton Square, Boston**

All <u>trial counsel are required to attend</u>.

Dated at  Boston, Massachusetts this 8th day of November,2005.

BY:
Martin J. Conley/Timothy Walsh
Assistant Clerk

Telephone: 617-788-8131

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**
*Check website as to status of case: **http://ma-trialcourts.org/tcic***

cvctrinot_2.wpd 584719 triju carangel