UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THEODUS JORDAN | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 04-cv-10688NMG |
| | ) | |
| v. | ) | |
| | ) | |
| BOSTON PUBLIC SCHOOLS | ) | |
| | ) | |
| Defendant | ) | |

CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 16.1, the undersigned hereby certify that they have conferred regarding:

(a) Establishing a budget for the cost of conducting the full course – and various alternative courses – of litigation in the above-captioned matter; and

(b) The resolution of the litigation of the above-captioned matter through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

___/s/Barbara Fields_____        /s/ Andrea Alves Thomas_____
Barbara Fields, Senior Equity Officer    Andrea Alves Thomas, BBO#660050
For the Boston Public Schools            Assistant Corporation Counsel
                                         Boston Public Schools
                                         26 Court Street
                                         Boston, MA 02108
                                         (617) 635-9320