UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

THEODUS JORDAN, PLT.  
VS  
BOSTON PUBLIC SCHOOLS, DEFENDANT(S) / ET.AL.

CIVIL ACTION  
NO. 04-10688-NMG

FIRST MOTION FOR DELAY OF TIME BY PLAINTIFF:

TO: THE HONORABLE JUDGE GORTON:

**Here comes the plaintiff, Theodus Jordan, to ask your honorable Judge, for more time to begin the scheduling order to at least 35 –45 days. This is the first time that this plaintiff has asked this High Court for a delay within the pursuit this most important matter due to my failure thus far to get myself a lawyer on board to take this case from this point. I have made contact with the following: Committee on Civil Rights; Legal Services (still waiting on answers from them); South Coast Legal Services (interviewed two but no decisions yet); Law Office of Sherwin L. Kantrovitz, P.C. ( He is helping me to search for lawyers) ; and the Law Office of David and Edward Resenvitz. This plaintiff is desperately in pursuit of justice in this most serious matter which affects the core of my very life and substance. But plaintiff has not been successful.**

Wherefore, plaintiff pleads for more time to secure a competent and affordable lawyer at this most crucial stage in this case. Plaintiff asks this Court for an additional 35-45 days to start this trial and present all pleadings? Plaintiff has asked this Court for no other delays in the past and does not plan to ask for any more in the future.

1

Signed under the pains and penalties of perjury this day April 4th. 2006, by this plaintiff,

*Theodus Jordan*
Theodus Jordan

## CERTIFICATE OF SERVICE

A true copy of this document was sent by pre-paid postage to last known address of the defendants and/or their Attorney Andrea Thomas, General Counsel for the Boston Public Schools at 26 Court Street 5th. Floor, Boston, MA 02108, on April ____4____, by

*Theodus Jordan*

P.O. Box 840
Jamaica Plain, MA 02130
617-894-7916