```
                         FILED
                    IN CLERKS OFFICE

        UNITED STATES DISTRICT COURT  2006 OCT 30  P 1: 29
              DISTRICT OF MASSACHUSETTS
                                      U.S. DISTRICT COURT
                                       DISTRICT OF MASS.
```

THEODUS JORDAN/PLAINTIFF
                VS.                           Civil Action No.
                                              04-cv-10688NMG

BOSTON PUBLIC SCHOOLS, ET.AL./DEFENDANTS

### PLAINTIFF, THEODUS JORDAN'S RESPONSE TO PRODUCTION OF DOCUMENTS AND DEFENDANT'S REQUEST FOR ANSWERS TO INTERROGATIVES

HERE, comes the plaintiff in the above matter now before this most Honorable Court to produce all relevant documents relative to this case. Also, to answer all interrogatives to the best of his abilities while still seeking counsel for the expert judicial and pursuance of justice in this matter, this has caused injury, harm, hardship, destitution, and rendered this plaintiff indigent. This injury has further produced blacklisting; destroyed my family, cars repossessed, debts incurred , credit destroyed, reputation demolished, condo lost, and inability to maintain housing/ shelter, in the support of my child, and other dependant family members; the inability to buy food, clothing, transportation and communication for accessing job opportunities, support of other family members, and to upkeep and maintain self-hygiene and healthy environment and be in a presentable manner for prospective employers. All these injuries were caused by this **defendant et.al.,** based on discrimination , retaliation, prejudice, stereotyping which was based on my race, color, gender, age, and the fact that I brought this grievance against this defendant in the first place. Plaintiff will show that he was plainly denied his rights to employment, promotions, tenure, pay-grade, <u>position after position based squarely on my race and not based on qualification and fitness for jobs and other qualified employment, as this defendant has already stated to this most Honorable Court.</u> Plaintiff will produce all documents upon the strict order of this court for there are many and these are not easily portable. Plaintiff here responds to all Interrogatives of defendants; but must first examine *definitions and instructions* at the beginning of *interrogatives:*

Item #3.  Why only back to 1993?
Item #4.  Plt. (Plaintiff) need clarity of this statement. Plt. Does not understand what he is
          Being asked here;

INTERROGATIVES RESPONSES BY THE NUMBER OF THE INTERROGATIVE:
    1. Theodus Jordan, at present. (However , I am still seeking expert Counsel)

2. Theodus Jordan—entire history, names, dates, places of all matters in this case; Hermoine Freeman-retired but handled all job application while present; Carlos Abrams-retired but handle all recruitment including this plt. Job applications; Larry Faison—completely denied plaintiff's access to Superintendent Wilson, Lois Harrison-Jones until all were no longer were in power; Wanda Manzo—knows of plaintiff's struggle to get employed; Miriam_____, if still employed, knows of plaintiff's long struggles to get employment. Chris _____, now receptionist from the Harvard-Kent school knows of plaintiff's character and work-ethic; Dr. Williams a deputy superintendent sat in my class-room at Harvard-Kent for observation on students.

3. Dr. Hogan, Principal, Harvard-Kent, 2000-2001, knows of plaintiff's (plt. Abbreviated from this point) knows of plt. Work ethic; Mr. Klayman, Asst.Harvard-Kent---knows of plt. Work ethic. Mr. Banks, Harvard-Kent—knows of plaintiff's struggles; Superintendent Thomas Payzant, knows of plaintiff's struggles and used my own struggle against me as he pretended to help then without cause terminated my job and sent a black officer to aggressively have me escorted from the premises. He completely ignored plaintiff's qualifications but made all false overtures. Deputy Comptomposis (sp) now acting Superintendent is also a fraud, also — when principal, denied plt. Job based on stereotypes and skin color…later denied me access when became deputy superintendent. Shurletf (sp)—outright refused to see plt. Because of my skin color, plt. Believes; John Connolly—just blew me to the wind knowing plt. was qualified to work for the system when he was in office there; Alvin Shiggs—accused me without end… no matter which principal lied on me he made it hard for me to get daily employment anyway, then often avoided me; Lucy Guzzio (sp) total resented my appearance and denied me the slightest opportunity to get employment; she was very unprofessional, resented, scoffed and rebuffed me outright at various times. Plaintiff even saw her pointing at him on several occasions, in the pursuit of gaining employment. Plaintiff saw her gesturing towards him [me] and laughing as she was pointing plaintiff out to her friends and coworkers, as they too were laughing and looking towards me. She seemed not to have any self-control from the moment she saw me, she would start to laugh at me each time I saw her as I was trying to get to see the superintendent. Never once did she try to get me an appointment with anyone. Never once did she take my pursuit of employment serious as she did the whites and other Hispanics who came to her office. Sometimes I would observe this behavior in disbelief that this type of blatant racism and discrimination could go on in the midst of the affirmative action goals that were at that time being put in place. Larry Faison was totally hateful towards me. All the above individuals were obstacles to my getting a job even though I was a certified teacher or certifiable when I came into the school system back in 1979/80/81. The individuals which started out being helpful and gave me assistant in obtaining jobs are Stacy Johnson, former principal of Jamaica Plain HS, later Charlestown HS, then Physical Education director under newly elected Supt. Payzant, was instrumental in helping me get my administration certificate

started then he ineffectively, without warning , put me back into pool, thusly, terminating my job at his school(JPHS). Principal of Southie HS, ('88-'89) _____. Principal of Martin Luther King HS, Steven Leonard—bully, liar, Uncle Tom type guy. He did nothing for the kids and nothing for me even after we had made each other a deal and shook on it concerning the nature of improving his school. Plaintiff kept my end of the bargain (give him a class-room. His school was the pits when I arrived, 7/8 graders). He reneged even after he and others gave great acclaim and appreciation for the job plt. Had done. He is also complicit in why this plaintiff has not been able to attain employment or reemployment throughout the Boston Public School system and other Public or private systems throughout Massachusetts and across this Nation by "blacklisting" my name. Albert (AL) Holland was most helpful but he never hired me outright for any job-- no matter how many times Plaintiff would ask him down through the years. I never understood that. He allowed me to do my practicum and interns under him at his school and to get my certifications. Carlos Abrams knew of my work ethic but he too was let go by the system when he tried to keep others out as he had done to blacks as he was mandated to do!

4. All facts and details of fact will be forth coming in the very start of the actual trial or any depositions prior to trial dates. The definitive fact has already been put forth and stand as this plaintiff's only position : I was wrongfully terminated and denied my job and other jobs/positions qualified for based on my race, color, ethnicity, age, language, retaliation, gender, equal opportunity denied, equal access denied as given to other unqualified or under-qualified whites, blacks, or Hispanics, with much less experience with blatant disregard for affirmative action goals, in violation of the civil –rights act, illegal practices of discrimination based in stereotypical biases , or violation of statues using a pattern of discriminatory methods, actions, underpinnings of principles of the civil-right laws and their own "Equal Opportunity" stated laws written into their own brochures as an "Equal Opportunity Employer". The BPS, by its practices and patterns, violates its own statues when it comes to hiring, firing, promotion and allowing Equal Opportunities, Equal Access to qualified Black Males.

5. Firing without cause or explanation and without warning. Termination without statement or verbal or written notice. Evaluation or redress. Hiring others without or with less qualifications and/or experience. Hiring whites without proper certification while denying it to blacks, like myself, with multi-certification both in teaching and Principal and as Asst. Principal.

6. As a results of plaintiff filing grievances in the above matter and in spite of winning both grievances, the BPS decide to honor a request by One of its principal(Steven Leonard) not to rehire me for a job. The BPS complied with this request from Mr. Leonard until this day and blacklisted plt. Up to the present out-going Supt. Payzant who then used this to terminate plaintiff for good.