+UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

FILED
CLERKS OFFICE

2006 NOV 22  P 3: 47

U.S. DISTRICT COURT
DISTRICT OF MASS

===========================
Theodus Jordan/Plaintiff
Vs                                    Dock # CV-04-cv 10688NMG

Boston Public Schools/Defendants/et.al.
===========================


PLAINTIFF'S NOTICE AND RESPONSE TO INEFFICIENT DATE FOR TAKING
DEPOSITION AND SUBMITT ALTERNATIVE DATES INCLUDED:

Here comes the Plaintiff in the above most serious matter to ask this Court for alternative dates for taking deposition(s). Plaintiff ask that the Court will compel this defendant to respect this plaintiff right to equal time and to receive notice and alternatives dates in the scheduling of any and all future deposition with reasonable **Notice?**

**To this defendant: Plaintiff Cannot meet with you on Monday at 1pm. Due to previously schedule of intensive classes for internship as plaintiff is engage in the completion of my graduation requirements at Cambridge College. No Mondays or Wednesdays because of actually classes scheduled on those two days (these are intensive classes—you cannot miss these classes or all your entire years work is destroyed by any absence you cannot make up). Tuesdays, Thursdays and Fridays and Saturdays' are actual on-site days at internship / practicum. I am a substitute on-call (No Contract) teacher for the BPS because they have refused to give me a job though I am both a certified teacher—4/times and certified Principal. As an on-call substitute teacher, I cannot be unavailable if they call. If I am unavailable more than three times, they will erase my name from the active substitute list. If I do not work, I do not get paid. Substitutes in Boston Public Schools do not get benefits, sick days, or any perks--No work, No pay! For now, the BPS is my only source of income. In the summer, it's unemployment. The BPS has also blacklisted my name throughout the system to the point I cannot get a job in other systems w/o referring to the BPS. This is why this suit is so critical for this plaintiff to pursue, complete, and clear my name.**

Therefore , plaintiff plead with your honorable High Court to compel this defendant to give reasonable notice and alternative dates for any action it takes so not try undermine the integrity and obstruct the process of justice, and to respect this plaintiff time and scheduling in his pursuit of justice in this most serious matter.

Signed under the pains and penalties of perjury, this day November 14, 2006, by plaintiff, _Theodus Jordan_
Theodus Jordan

P.O. Box 840
Jamaica Plain, MA 02130
Phone-617-894-7916/508-588-6443
1. Email-tjordtm@yahoo.com
2. Email-tjordtm@verizon.net

## CERTIFICATE OF SERVICE

A true copy of this document was sent by pre-paid postage to last known addresses below of this defendant and / or their defendants' Attorneys on 11/14/06, by this plaintiff,

*Theodus Jordan*
Theodus Jordan

Andrea Alves Thomas,
Assistant Corporation Counsel
Boston Public Schools, Office of Legal Advisor
26 Court Street 7th Floors
Boston, Ma 02108


OFFICE OF THE CLERK
Hon. Jg. NMGordon
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210