UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 NOV 22  P 3: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THEODUS JORDAN | ) |
| Plaintiff, | ) Civil Action No. <br> ) 04-cv-10688NMG |
| v. | ) |
| BOSTON PUBLIC SCHOOLS | ) |
| Defendant | ) |

## DEFENDANT'S NOTICE OF TAKING DEPOSITION

TO:   THEODUS JORDAN
        P.O. Box 840
        Jamaica Plain, MA 02130-0036

Please take notice that, at **1:00 p.m. on Monday, November 27, 2006,** Defendant, City of Boston, by its attorney, will take the deposition, upon oral examination, of **Theodus Jordan**, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The deposition will be taken at the offices of the City of Boston, School Department, 26 Court Street, Boston, Massachusetts, 02108, 7th Floor Conference Room, and will continue from day to day until completed.

You are invited to attend and cross-examine.

Date:  November 2, 2006    Respectfully Submitted,

Defendant, City of Boston

By Its Attorney,
William F. Sinnott, Corporation Counsel


By:  /s/ Andrea Alves Thomas
Andrea Alves Thomas, BBO#660050
Assistant Corporation Counsel
Boston Public Schools, Office of Legal Advisor
26 Court Street, 7th Floor
Boston, MA 02108
(617) 635-9320


## CERTIFICATE OF SERVICE

I hereby certify that the above document was served upon Plaintiff on November 2, 2006 via Certified Mail, return receipt requested at:

Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

/s/ Andrea A. Thomas
Andrea A. Thomas