UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

FILED
2007 FEB -2  P 2: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

THEODUS JORDAN /PLAINTIFF

Civil Action No.
04-CV-10688NMG

VS.
BOSTON PUBLIC SCHOOLS /DEFENDANTS

MOTION TO DELAY PRODUCTION OF ALL DOCUMENTS FOR ANOTHER 40 DAYS DUE TO HARDSHIP AND INDIGENT STATUS FOR COPYING, DUPLICATION, DUE TO REPRODUCTION COST:

NOW, comes the plaintiff in pursuit of justice in the above matter to ask your Honorable High Court for another delay in the production of documents for the defendants because of lack of necessary funds to pay for the reproduction of all the documents (which are many) for the defendants, due to hardship, indigent status, and destitution, caused by this defendants wrongful termination, retaliation, discrimination based on my color, race, gender and age. It is my hope that this time will allow this plaintiff to raise the necessary funds through substitute teaching to afford these reproductions of all documents and forward these to the defendants' attorneys all necessary documentations. Plaintiff believes that he will have enough funds by then for this cost and to retain a lawyer by then.

Wherefore, plaintiff pleads with your High Court, to grant this another time delay until such time as he can raise these necessary funds.

Signed under the pains and penalties of perjury this day, January 31, 2007, by.

Theodus Jordan,
P.O. Box 840
Jamaica Plain, MA 02130
508-588-6443
617-894-7916

CERTIFICATE OF SERVICE
A TRUE copy of this document was delivered by hand to the U.S. District Court and to the defendants attorney of record (Atty. Thomas) to last known address at Boston Public Schools, 26 Court Street, 5th. Floor, Boston, MA 02108, by pre-paid mail by Plaintiff, _____ on this 1/31/07.
Theodus Jordan