## PUBLIC SCHOOLS

OFFICE OF LEGAL ADVISOR

Andrea Alves Thomas
Assistant Corporation Counsel

November 27, 2006

Via Certified Mail
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Re: *Theodus Jordan v. Boston Public Schools*
U.S. District Court 04-10688 NMG

Dear Mr. Jordan:

Please allow this correspondence to summarize our conversation today. Pursuant to our discussion, enclosed please find a Notice of Deposition for the agreed upon date of December 14, 2006 at 2:30pm. Also, as discussed, please find the Joint Motion to Extend Discovery to January 31, 2007 filed with the Court today.

You also informed me that you hope to have legal representation by the end of the month, please have your attorney contact me as soon as possible as I am awaiting a response to my request for production of documents that you expect him or her to assist you with. These documents are important for me to receive as requered by the Federal Rules of Civil Procedure, specifically rule 34.

I have also enclosed Boston's Initial Disclosure of persons with knowledge and documents that are in our possession and can potentially be used during your deposition or at trial, as is required by Federal Rule 26.

If you have any questions, feel free to contact me at (617) 635-9320. Thank you for your attention to this matter.

Very truly yours,

Andrea Alves Thomas

Encl.

26 COURT STREET, BOSTON MASSACHUSETTS 02108 • (617) 635-9000 / 635-9320

Printed on recycled paper

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 0390 0003 3046 4675

PS Form 3800, June 2002   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Theodus Jordan
    P.O. Box 840
    Jamaica Plain, MA 02130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] 12/1/8   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Theodus Jordan   C. Date of Delivery

[JAMAICA PLAIN postmark DEC 01 2006]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 0390 0003 3046 4675

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540