# BOSTON PUBLIC SCHOOLS



OFFICE OF LEGAL ADVISOR

Andrea Alves Thomas
Assistant Corporation Counsel

January 24, 2007

<u>Via Certified Mail</u>
<u>Article No. 7005 0390 0003 3046 4750</u>

Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

*Re: Theodus Jordan v. Boston Public Schools*
   U.S. District Court 04-10688 NMG

Dear Mr. Jordan:

Please allow this correspondence to confirm our conversation today that you will provide me with the documents I have requested in the May 9, 2006 Request for Production of Documents, by January 31, 2007. If on that day, I do not have these documents, I will be forced to file a Motion to Compel production.

Very truly yours,

Andrea Alves Thomas

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Theodus Jordan
Street, Apt. No.; or PO Box No.: P.O. Box 840
City, State, ZIP+4: Jamaica Plain, MA 02130

PS Form 3800, June 2002    See Reverse for Instructions

7005 0390 0003 3046 4750

## PUBLIC SCHOOLS

OFFICE OF LEGAL ADVISOR

Andrea Alves Thomas
Assistant Corporation Counsel

January 24, 2007

Via Certified Mail
Article No. 7005 0390 0003 3046 4750

Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Re: *Theodus Jordan v. Boston Public Schools*
    U.S. District Court 04-10688 NMG

Dear Mr. Jordan:

Please allow this correspondence to confirm our conversation today that you will provide me with the documents I have requested in the May 9, 2006 Request for Production of Documents, by January 31, 2007. If on that day, I do not have these documents, I will be forced to file a Motion to Compel production.

Very truly yours,

Andrea Alves Thomas

26 COURT STREET, BOSTON MASSACHUSETTS 02108 • (617) 635-9000 / 635-9320

Printed on recycled paper