UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 MAY 14  P 2: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

THEODUS JORDAN/PLAINTIFF                    Civil Action No. 10688-NMG

VS

BOSTON PUBLIC SCHOOLS / DEFENDANT

**PLAINTIFF'S MOTION IN OPPOSITION FOR SUMMARY JUDGEMENT AND 20 DAYS TO PRODUCE ALL DISCOVERY DOCUMENTS AND WITNESS LISTS:**

Now comes this plaintiff to plead with this court in open opposition to defendants request for leave for Summary Judgment in the above matter now before this High Court. Plaintiff, also request for more time to produce all documents necessary for defendants given the amount of patience they have shown thus far. Plaintiff have not obtain Counsel as of yet but is likely to soon given now that school is out and he will devote more attention to this case. Plaintiff further denies that this case cannot be adjudicated and or proven beyond doubt as stipulated by this defendant. Given the 20 days request to give to defendants all documents, this plaintiff will be ready to go forward with this case in open Court.

Signed under the pains and penalties of perjury this day, April 30, 2007, by plaintiff,

*Theodus Jordan*
Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130
508-588-6443 / 617-894-7916

CERTIFICATE OF SERVICE

This is to certify that a true copy of this document was mailed by prepaid-postage stamp to last known address of Defendants or his/her Attorney at Boston Public Schools, 26

Court Street, % of Andrea Alves Thomas, Esq. On April __30__, 2007, by me, plaintiff,

__/s/ Theodus Jordan__
Theodus Jordan