FILED
IN CLERKS OFFICE

2007 JUL -9  P 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

# SUPPORTING  DOCUMENTS
## (PARTIAL—OTHERS ARE TO FOLLOW)

7



Careers  |  Search Jobs  |  My Profile  |  Job Cart  |  Job Search Agent  |  My Submittals

Log Off  |  Careers Help

This screen permits the user to view their job submittals and their respective status.

| JOB REQUISITION # | JOB TITLE | JOB STATUS | SCHOOL NAME | DETAILS |
|---|---|---|---|---|
| 28713 | School Psychologist | Filled | Couseling Services:101182 | ⍥ |
| 28594 | AP - Assistant Principal-Elementary School | Filled | Quincy Elementary:101398 | ⍥ |
| 29455 | Program Director (BASAS) | Filled | Burke High:101627 | ⍥ |
| 29398 | Academy Director | Open | Orchard Gardens K-8:101377 | ⍥ |
| 29454 | AP - Assistant Headmaster - High School | Filled | Burke High:101627 | ⍥ |
| 29395 | Academy Director | Filled | Orchard Gardens K-8:101377 | ⍥ |
| 29397 | Academy Director | Open | Orchard Gardens K-8:101377 | ⍥ |
| 29373 | AP - Assistant Principal-Elementary School | Filled | Mattahunt Elementary:101350 | ⍥ |
| 29374 | AP - Assistant Principal-Elementary School | Filled | Hennigan Elementary:101299 | ⍥ |
| 28453 | AP - Assistant Principal-Elementary School | Filled | Tobin K-8:101426 | ⍥ |
| 28473 | Program Director (BASAS) | Open | Community Academy:101603 | ⍥ |
| 29154 | AP - Assistant Headmaster - High School | Filled | Burke High:101627 | ⍥ |
| 26234 | Principal: Boston Principal Fellow | Open | School Leadership Institute:101035 | ⍥ |
| 25494 | Principal | Filled | Manning Elementary:101342 | ⍥ |
| 26090 | Staff Assistant-School Based | Filled | Wilson Middle:101573 | ⍥ |
| 25492 | Principal | Filled | Lee Elementary:101328 | ⍥ |
| 25493 | Principal | Filled | Roosevelt Elementary:101404 | ⍥ |
| 25491 | Principal | Open | Mather Elementary:101348 | ⍥ |
| 25490 | Principal | Filled | Russell Elementary:101406 | ⍥ |
| 23208 | Director of Recruitment | Filled | Human Resources:101070 | ⍥ |
| 22828 | Assistant Program Director for Teaching and Learning | Filled | Boston Latin Academy:101615 | ⍥ |
| 22768 | Teacher - English/Language Arts | Filled | English High:101644 | ⍥ |
| 22628 | AP - Assistant Headmaster - High School | Filled | Boston Latin Academy:101615 | ⍥ |
| 23528 | Staff Assistant | Filled | Frederick Pilot Middle:101511 | ⍥ |
| 20405 | Student Program Coordinator | Filled | Another Course To College:101605 | ⍥ |
| 20807 | Student Support Coordinator | Filled | Marshall Elementary:101344 | ⍥ |
| 20285 | Staff Assistant | Filled | Deputy Supt, Teaching and Learning:101033 | ⍥ |
| 20167 | Program Director (BASAS) | Filled | Snowden International:101633 | ⍥ |
| 17203 | Senior Curriculum Access Coordinator | Filled | Acad of Public Service:101634 | ⍥ |
| 19946 | Community Field Coordinator | Filled | Community Transition School:101604 | ⍥ |
| 16102 | Community Connections Facilitator (CCF) | Filled | Career and Technical Education:101113 | ⍥ |
| 15621 | Guidance Counselor, Middle School | Filled | King Middle:101534 | ⍥ |
| 11860 | Program Director (BASAS) | Open | Office of Information and Instructional Technology:101084 | ⍥ |
| 15405 | Principal | On Hold | Human Resources:101070 | ⍥ |

| 21828 | Staff Assistant | Filled | Boston Day and Evening Academy:101638 | ฝ |
| 21407 | Student Development Counselor | Open | Acad of Public Service:101634 | ฝ |
| 21467 | Planning and Administration Coordinator | Filled | Office of Information and Instructional Technology:101084 | ฝ |
| 21151 | Community Field Coordinator | Filled | Health Careers Academy:101648 | ฝ |
| 21107 | Staff Assistant | Filled | Murphy K-8:101366 | ฝ |
| 21147 | Community Field Coordinator | Filled | McCormack Middle:101549 | ฝ |

Need technical help? Please call the Career Center Help Desk at 1-877-560-4084

Powered by **Kenexa Recruiter**®        Privacy Policy                Page ID: My Submittals (kw-chester)



Careers  |  Search Jobs  |  My Profile  |  Job Cart  |  Job Search Agent  |  My Submittals

Log Off  |  Careers Help

This screen permits the user to view their job submittals and their respective status.

| JOB REQUISITION #⌐ | JOB TITLE | JOB STATUS⌐ | SCHOOL NAME | DETAILS⌐ |
|---|---|---|---|---|
| 23528 | Staff Assistant | Open | Frederick Pilot Middle:101511 | 🔍 |
| 20405 | Student Program Coordinator | Filled | Another Course To College:101605 | 🔍 |
| 20807 | Student Support Coordinator | Filled | Marshall Elementary:101344 | 🔍 |
| 20285 | Staff Assistant | Filled | Deputy Supt, Teaching and Learning:101033 | 🔍 |
| 20167 | Program Director (BASAS) | Open | Snowden International:101633 | 🔍 |
| 17203 | Senior Curriculum Access Coordinator | Filled | Acad of Public Service:101634 | 🔍 |
| 19946 | Community Field Coordinator | Open | Community Transition School:101604 | 🔍 |
| 16102 | Community Connections Facilitator (CCF) | Open | Career and Technical Education:101113 | 🔍 |
| 15621 | Guidance Counselor, Middle School | Filled | King Middle:101534 | 🔍 |
| 11860 | Program Director (BASAS) | Open | Office of Information and Instructional Technology:101084 | 🔍 |
| 15405 | Principal | Open | Human Resources:101070 | 🔍 |
| 21828 | Staff Assistant | Filled | Boston Day and Evening Academy:101638 | 🔍 |
| 21407 | Student Development Counselor | Open | Acad of Public Service:101634 | 🔍 |
| 21467 | Planning and Administration Coordinator | Open | Office of Information and Instructional Technology:101084 | 🔍 |
| 21151 | Community Field Coordinator | Filled | Health Careers Academy:101648 | 🔍 |
| 21107 | Staff Assistant | Filled | Murphy K-8:101366 | 🔍 |
| 21147 | Community Field Coordinator | Filled | McCormack Middle:101549 | 🔍 |

Need technical help? Please call the Career Center Help Desk at 1-877-560-4084

    Privacy Policy                     Page ID: My Submittals (kw-concord)

THEODUS JORDAN
P.O. BOX 840
JAMAICA PLAIN, MA 02130
PH.508-588-6443

BOSTON PUBLIC SCHOOLS
ORCHARD GARDENS (K-8)
906 Albany Street
Roxbury, Massachusetts 02119

Dear Madam:
Enclosed, please find a short version of my resume. I've included a copy of my most
recent updated and current certifications. Please review and allow me the opportunity to
respond to any questions you may have concerning my experience, education and
background..., as I am available to you upon request.

To be sure, I am very interested in becoming a building sub for the coming year in your
building. While I think of myself as a superb teacher within any classroom, my endeavor
is to become a superb administrator for high school youngsters. My roots and experience
has been in the middle schools. I believe these are the toughest years for our young
people. However, becoming an administrator helps me to affect changes that I am
convinced could make a difference throughout the k-8 and all secondary urban schools
and learning centers. My experience range from elementary, secondary, to the college as
well as adult teaching.

I am asking that I be seriously considered for the coming year as a member of your
faculty.  Thanking you in advance for your consideration.  I am,


Sincerely yours,


Theodus J. Jordan

THEODUS JORDAN
P.O, BOX 840
JAMAICA PLAIN, MA 02130
508-588-6443


40 Smith Street (Mission Hill)
Roxbury, Massachusetts 02119
Attention: Mrs. Harris, Principal;


Dear Madam:

Enclosed, please find my certifications, experience and background. I am writing to ask if I could be considered for the position of full-time building substitute teacher for the coming year of 2005-2006 season? Since I have worked in your building I have seen a great deal of positive ness in you, Mr. Fernandez , Mrs. Ryan, in creating and producing the kind of learning environment that I subscribe, for the educating of youngsters in today's schools. You and your staff have given me a refreshing feeling about the school system as a whole. For that, I am grateful. I would like to become a part of this on a full-time daily bases, again.


To be sure, I am in school full-time at night in the CambridgeCollege program for Counseling, this is in addition to my areas of certification. Hopefully, this will lead to my doctorate. This is also why I choose to work as a substitute, but I do need to be at one school and have the certainty of that each day in order to live. So please, would you consider me for this position? My work ethic includes: never to be out of work unless of sickness or an obvious emergency. (This year, however, I do have a one-time-out-of-town obligation to fulfill coming up in October,'05—14, 15, 16, 17, 18). I do not believe in missing work!


Thanking you in advance for your consideration. I remain,

Yours truly,

_____

Theodus Jordan-

# Boston Public Schools
### Office of Human Resources

Dear Applicant:

Thank you for your recent interest in our Boston Public Schools (BPS) Diversity Recruitment Fair for Teachers and Administrators on February 8, 2003, at Roxbury Community College. Our focus this year was on licensed teaching candidates, primarily in the critical needs areas, or on administrative candidates who have a principal license. Although, unfortunately, you were not selected for a prescreening interview at this fair, I would like to advise you about future teaching and administrative opportunities in the BPS.

All available teaching openings are posted on our website (www.boston.k12.ma.us). We will have teacher postings on April 4, 2003 and again in late June and early August. Any administrative vacancies will also be posted on our BPS website on the 1st or 15th of each month. We do not, however, anticipate very many administrative or teaching vacancies at this time, except in the critical needs areas, due to the difficult fiscal situation here in Boston.

I hope this information is helpful to you in your search for a teaching or administrative position. Thank you for your interest in the Boston Public Schools.

Sincerely,

Diane Jean Coard
Senior Recruitment Specialist
Office of Human Resources
Boston Public Schools

DJC/lm

*talked to Diane 2/6/7/03 – about this letter – told her I was qualified + had license to teach + administrate*

26 Court Street
Boston, MA 02108

Voice: (617) 635-9600
Fax: (617) 635-9672

www.boston.k12.ma.us



## FOCUS
### On Children
Boston Public Schools

Home > Administer Workforce > Administer Workforce  > Use > **Job Data**        New Window

| Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation |

Jordan,Theodus                          Employee              **ID:** 022695      **Empl Rcd#:**

**Work Location**                                                        View All    First

| | | | |
|---|---|---|---|
| **Employee Status:** | Terminated | **Date Created:** 11/16/2001 | |
| **\*Effective Date:** | 09/01/2001 | **Effective Sequence:** 0 | **\*Job Indicator:** Primary Job |
| **Action / Reason:** | Termination | OTH Q Other | |

| | | | |
|---|---|---|---|
| **Position Number:** | 00000001 Q | BPS Substitute/Cluster Sub Tea | **Position Entry Date:** |
| | Position Data Override | Position Management Record | Encumbrance |
| **\*Regulatory Region:** | USA | United States | |
| **\*Company:** | COB | City of Boston | |
| **\*Business Unit:** | COBBU | City of Boston | |
| **\*Department:** | 101700 | BPS Substitute Teachers/Nurs | **Department Entry Date:** |
| **Location:** | SCMAIL | SCMAIL BPS | |
| **Reports To:** | | | |
| **ID:** | | | |
| **Establishment ID:** | Q | | |

| Job Data | Employment Data | Earnings Distribution | Benefits Program Pa |

Save    Return to Search    Next in List    Previous in List    Previous tab    Next tab

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation

THIS IS A LEGAL NOTICE

# Theodus Jordan
## P.O. Box 840
## Jamaica Plain, Massachusetts 02130
### 617-524-9598 (non-direct)
617-230-3612 (direct   )

May 28, 2001

TO:
Thomas M. Menino, Honorable Mayor of Boston
"Chuck" Turner      , Honorable City Councilman
Thomas Payzant    , Superintendent, Boston Public Schools
Dr. Relinger       , School Committee Chairperson
Ed Doherty, Thom Gosnell, Pres./VP. Boston Teachers Union, respectively
Rev. Gregory G. Groover , Chairman BMA Educational Committee
Barbara Fields    , Director, Equity Division


Dear _____:


Enclosed, please find the following: a resume, certification number, letters
denying me interview opportunities for positions and jobs I am overly--inclu-
ding experience--qualified to step into at this very moment... and have been
prepared and preparing for,for years. Since 1989 I have applied for--after
eleven (11) years of teaching as a provisional within the Boston Public Schools
(BPS)-- over 5000 jobs or/and positions with as many or more applications and
expensive copies of my resumes. Not once, have I gotten one single job and/or
positon (except as a substitute-on-call teacher)for 10 more years now. The BPS
have effectively denied me my career and livelihood, thus, leaving me destitute
and in a constant state of hardship; yet, not one person they have hired since
1989 have more experience, more credentials or skills than I in managing students
while teaching them.

My point is simply this: if the BPS has not blacklisted me and are not retaliating
against me, then why havn't they rehired me? Please examine my credentials and
review my resume enclosed and asked yourself "why can't Theodus Jordan get an
interview let alone a job with the Boston Public Schools in Administration?" ....

Please let me hear from you before next September, 2001. Thank you. I remain,


yours sincerely,

THIS IS A LEGAL NOTICE

# Theodus Jordan
# P.O. Box 840
# Jamaica Plain, Massachusetts 02130
## 617-524-9598 (non-direct)
617-230-3612 (direct    )

May 28, 2001

TO:
Thomas M. Menino, Honorable Mayor of Boston
"Chuck" Turner      , Honorable City Councilman
Thomas Payzant    , Superintendent, Boston Public Schools
Dr. Relinger        , School Committee Chairperson
Ed Doherty, Thom Gosnell, Pres./VP. Boston Teachers Union, respectively
Rev. Gregory G. Groover , Chairman BMA Educational Committee
Barbara Fields     , Director, Equity Division


Dear _____:


Enclosed, please find the following: a resume, certification number, letters
denying me interview opportunities for positions and jobs I am overly--inclu-
ding experience--qualified to step into at this very moment... and have been
prepared and preparing for,for years. Since 1989 I have applied for--after
eleven (11) years of teaching as a provisional within the Boston Public Schools
(BPS)-- over 5000 jobs or/and positions with as many or more applications and
expensive copies of my resumes. Not once, have I gotten one single job and/or
positon (except as a substitute-on-call teacher)for 10 more years now. The BPS
have effectively denied me my career and livelihood, thus, leaving me destitute
and in a constant state of hardship; yet, not one person they have hired since
1989 have more experience, more credentials or skills than I in managing students
while teaching them.

My point is simply this: if the BPS has not blacklisted me and are not retaliating
against me, then why havn't they rehired me? Please examine my credentials and
review my resume enclosed and asked yourself "why can't Theodus Jordan get an
interview let alone a job with the Boston Public Schools in Administration?" ....

Please let me hear from you before next September, 2001. Thank you. I remain,


yours sincerely,

**Theodus Jordan**
**P.O. Box 840**
**Jamaica Plain, Massachusetts 02130**
**617-524-9598** (non-direct)
617-230-3612 (direct    )

6/22/01

BOSTON PUBLIC SCHOOLS
OFFICE OF THE SUPERINTENDENT
Thomas W. Payzant, Superintendent
26 Court Street
Boston, Massachusetts 02108

Dear Dr. Payzant:

Thank you for your recent acknowledgement of my letter sent to you on May 28, 01.

Enclosed, please find correspondences given to Dr. Hogan, whom I have a great
deal of respect for, and michael kim marshall, whom I do not, regarding letters
or conversations with during this past week or month, respectively.

Again, thank you for your response. And yes, I am disappointed that it has taken
you this long to acknowledge that I am here. I have been here for twenty or more
years.  I will wait to hear more from you and your staff when possible. I do
realize you have a school system to run. The school system that I am a part of.
I remain,

Yours   sincerely,

Theodus Jordan

cc/ enclosures

**Theodus Jordan**
**P.O. Box 840**
**Jamaica Plain, Massachusetts 02130**
**617-524-9598** (non-direct)
617-230-3612 (direct    )

November 25, 2000


Human Resources Department
BOSTON PUBLIC SCHOOLS
26 Court Street , 3rd. Floor
Boston, Massachusetts 02108

ATTENTION: Ray Shurtleff, Director


For the last ten (10) years I have been applying for positions based on
my qualifications and the announcements presented on the internet,
circulars, and walk-ins. Even though I am beyond qualified for the positions
I have applied, I have seldom recieved proper interviews or recognition for
my experience or credentials with regard to any of these positions. It has
raised my suspicion because everyday I work as a substitute teacher ( even now) .

Though I am a certified teacher, twice, and a certified principal /or
assistant; I find myself working for individuals who are less qualified,
little or no experience, and less credentials but have full-time permanent
jobs.  I do not. I have worked for the Boston Public School system since 1980.

Recently, I applied for job postings #55,56, respectively. I have applied
this year alone for more than 50 positions, all of which  I am qualified.  I
have yet to receive an interview. Why is this?

Please let me hear from you regarding these positions and others.  I am in
desperate need for full-time career employment that I am fully qualified **for.**
I am an Educator... I should not have to change careers at this stage in my
life.  I am,



Sincerely  yours,


Theodus J. Jordan
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 SSN#

# BOSTON PUBLIC SCHOOLS



OFFICE OF HUMAN RESOURCES

December 13, 2001

TO:     Thomas Payzant
        Superintendent of Schools

FROM:   Ray F. Shurtleff
        Director of Human Resources

RE:     **Human Resources Staff**

---

As requested, I have enclosed an HR Organizational Chart and a spreadsheet that breaks down these HR positions by race and gender.

As noted, the current 33 HR staff are 12.1% male and 87.9% female, and 39.4% Black, 18.2% Hispanic, and 42.4% White.

Since my appointment as HR Director in April, 2000, there have been 14 new staff members appointed to HR. Of those 14 staff members, 35.7% are Black, 42.9% are Hispanic, and 21.4% are White.

Enclosures

Cc: Michael Contompasis
    Ken Caldwell

Printed on recycled paper



Human Resources Organizational Chart
November 2001

Ray I. Shurtleff
Director of Human Resources

Ana F. Cardona
Staff Assistant to the Director

Alisha Lawson-O'Neal
Assistant Director
Recruitment and Staffing

Rosalie Santos
Staff Assistant

Edward F. Kelleher
Assistant Director
Human Resources Information Management

Michele Ayala
Technology Coordinator
Human Resources

Monica I. Engermann
Clerk
General

Barbara E. Garden
Clerk
Time and Labor

Josephine T. Connolly
Clerk
Salary Adjustments

Marsha Jabour
Clerk
Leave of Absences

Miriam F. Kendall-Raye
Clerk
Recordkeeping

Sherneek Huggins
Receptionist
Temporary Back up

**Ruth Murphy**
Head Clerk
Recruitment and Staffing

Janice Daley
Clerk
Provisional and Substitute Teachers

Lorraine M. Maryland
Clerk
Recruitment

Carolyn Thomas
Clerk
Staffing

Catherine M. Settipani
Clerk
Provisional and Substitute Teachers

Glenda Rivera
Receptionist
Human Resources Office

**Diane Coard**
Senior Recruitment Specialist

Lauren McLean-Britt
Recruiter - Staffer
Elementary

Joelle Barrios
Recruiter - Staffer
Secondary

Mary Rheddick-Pola
Recruiter - Staffer
Bilingual

Wanda A. Manzo
Recruiter - Staffer
Provisional and Substitute Teachers

**Beverly Pina**
Senior Staffer Specialist
Elementary

Kay Vey
Staffer - Recruiter
Non Academic

Larry Faison
Staffer - Recruiter
SPED

Eddie Neal
Staffer-Recruiter
Secondary

Adrianne Fonfield
Staffer - Recruiter
Non Academic

Lucyann Dias
Staffer - Recruiter
Paraprofessional and Administrative

Vacant
Staffer - Recruiter
K-12

Permanent
Positions: 33

# Boston Public Schools

## Office of the Superintendent

June 13, 2001

Theodus Jordan
P.O. Box 840
Jamaica Plain, MA  02130

RE:  May 28, 2001 Correspondence

Dear Mr. Jordan:

I am in receipt of your correspondence dated May 28, 2001.  In your letter, you
express a concern about your unsuccessful attempts to obtain a position in school
administration within the Boston Public School Department.  I am advised that you filed
a complaint with the Office of Equity in the Boston Public School Department, so it
would be inappropriate for me to comment in any way while that investigation is
pending.

*You're such a phony - you've fired, demoted the Office of Equity officer. You have no intention of dealing with this matter. Why can't you comment? Why is it in appropriate? I'm bringing it up it my issue. What progress has there been made? What point are you sin ey you can't comment? What critical point Sir?*

26 Court Street
Boston, MA 02108

(617) 635-9050 Voice
(617) 635-9059 Fax

www.boston.k12.ma.us

FOCUS
On Children
Boston Public Schools

Theodous Jordan
Page Two
June 13, 2001


      I am sorry if you are disappointed in what you may perceive to be a lack of substantive response to your concerns, but please be advised that your concerns are being investigated by the Office of Equity.

Yours very truly,

Thomas W. Payzant
Superintendent


cc:    Mayor Thomas Menino
       Councilor Charles Turner
       Dr. Elizabeth Reilinger
       Edward Doherty
       Thomas Gosnell
       Rev. Gregory G. Groover
       Barbara Fields



# BOSTON PUBLIC SCHOOLS



## CLUSTER FOUR OFFICE
*"A Cluster 4 Children"*

*Janet M. Short*
*Cluster Leader*
May 15, 2001

*Clifford M. Weeks*
*Cluster Coordinator*

*M. Joyce Thompson*
*Cluster Assistant*

Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Dear Mr. Jordan:

Thank you for your interest in the position of Headmaster of the Madison Park Technical Vocational High School.

*[handwritten: so how was I of elude]*

The Screening committee encountered a particularly difficult process since there were many well-qualified applicants. The Committee having carefully reviewed the resumes regrets to inform you that you were not selected for an interview at this time.

On behalf of the Committee, I wish you much success in future endeavors.

Sincerely,

*Janet M. Short*

Janet M. Short
Cluster 4 Leader

*[handwritten annotations: Are you the Short Janet who was the principal at the Tobin School? If I think you Una...]*

Cc: Clifford M. Weeks, Cluster Coordinator

SCHOOLS

| High | Middle | Elementary | Pilot | Alternative |
|------|--------|------------|-------|-------------|
| Boston Latin Academy 7-12 | Lewis 6-8 | Farragut K-5 | Multicultural Mid. College H.S. 9-12 | Community Academy 9-12 |
| Madison Park Tech. & Voc. H.S. 9-12 | Timilty 6-8 | Hale K-5 | Mission Hill Elem. K-5 | |
| O'Bryant School of Math & Science 7-12 | | Tobin K-8 | Young Achievers Elem. K-5 | |

Cluster 4 Office, Tobin Elementary School, 40 Smith Street, Roxbury, MA 02120 Phone (617) 635-6664 Fax (617) 635-6665

Printed on recycled paper

A legal notice

# Theodus Jordan
# P.O. Box 840
# Jamaica Plain, Massachusetts 02130
**617-524-9598** (non-direct)
617-230-3612 (direct    )

May 28, 2001

Boston Public Schools
Janet M. Short, Cluster Leader
Cluster 4 Office, 40 Smith Street
Tobin Elementary School
Roxbury, Massachusetts 02120

Dear Ms. Short:

Thank you for your recent respons to my application and resume for the position as
Headmaster for the Madison Park Technical  Vocational High School. (letter enclosed)
However, you are mistaken! I am qualified with more or better experience than most
of the people you have already chosen as proper for the interview. Ms. Short, I am
the same Theodus Jordan who substituted at your schools for two or three years until
you accused me of not doing my job, but you refused to see me and discuss the issue
after I requested several times to see you. But, you did send a memo to Alvin Shiggs
in teacher-placement informing him not to send me back to your school. Without any
redress or hearing of my position I was not sent back to your school. This was a total
transgression of my "due process" spurned by you and Mr. Shiggs. This also demonstrated
your inability to be fair--hearing the other side of the story before making a decision,
even if the decision turned out the same; to be equitable--opportunity to weigh both sides;
to be just--the ability to give justice. With me, you, the principal,showed none of
these traits. Why not to me? I think, it was because of my race and gender (black male).

Now, you are deciding whether I should be given a job or not. This is a gross and blatant
affront to me. It is so racist and double-standard of treatment. No white-person would
ever be put in such a position; i.e., to be judged by a black person who had already
shown indifference toward him or her. How can this be a fair and impartial process?

I am requesting a review of your screening process  because I do  believe your decision
was race-based not to interview me because of past differences we have had. I also think
you are very bias and racist. Please let me hear from you. I also want to know who was
selected and how many were white or other and gender. I remain,

**Theodus Jordan**
**P.O. Box 840**
**Jamaica Plain, Massachusetts 02130**
**617-524-9598**

May 14, 2000

Jenna Fitzgerald,Field Repres./Tom Gosnell,VP.

BOSTON TEACHERS UNION
180 Mt.Vernon Street
Boston, Massachustts 02125

Dear Ms. Fitzgerald:
I received your letter dated May 10,2000.  (copy attached)

The June 20th. date is totally unacceptable. This issue,
this grieviance is too serious and important to wait until
the end of school. I think this is in keeping and characteristic
of the negligence , violations, and denials previously done to
me by this UNION which I have paid dues to for representation
and protection of my rights for the last 20 years.  As you know,
"justice delayed, is justice denied". This is our civil rights
slogan of the 60's and 70's. I don't think you understand how
serious this issue is to this union member.  No matter what
issues  you consider more important,none are more important to
me.

I have at least an hour and half most days after school to meet
with you and Union leaders to take my statement and move toward
solving this issue. I will also be willing to take the T to the
Union Hall even though I do not like coming to South Boston.
Please write or call, 617-230-3612, to let me know which day after
2:45 pm. you are available to meet with me. I refuse to wait
until June 20th. . I f I don't hear from you within the next two
weeks, I will assume you are not willing to meet with me on this
most important matter.  I remain,

Sincerely yours,

Theodus Jordan

Legal Document:  Signed under the pains and penalties of perjury this
                 day May 14, 2000.
                              Theodus Jordan

# BOSTON TEACHERS UNION

EDWARD J. DOHERTY
PRESIDENT

THOMAS J. GOSNELL
EXECUTIVE VICE PRESIDENT

EDWARD A. WELCH
SECRETARY-TREASURER

CAROL PACHECO
ELEMENTARY FIELD REPRESENTATIVE

RICHARD STUTMAN
SECONDARY FIELD REPRESENTATIVE

JENNA FITZGERALD
PARAPROFESSIONAL / SUBSTITUTE TEACHER
FIELD REPRESENTATIVE

PATRICIA ARMSTRONG
POLITICAL DIRECTOR

180 MOUNT VERNON STREET
BOSTON, MASSACHUSETTS 02125
PHONE (617) 288-2000
FAX No. (617) 288-0024
WWW.BTU.ORG

LOCAL 66



AFL-CIO
73

**EXECUTIVE BOARD**

GERALD P. BALL
CAREN M. CAREW
BRENDA B. CHANEY
MARY F. GLYNN
PATRICIA GLYNN
PAT GREENE
CHARLES JOHNSON
CHERYL KELLY
JAMES TIMO PHILIP
MARY ANN URBAN
RON WALKER
ALICE M. YONG

Theodus Jordan
P.O. Box 840
Jamaica Plain, Ma. 02130

May 10, 2000

Dear Mr. Jordan,

I received your certified letter today.

You have stated many problems at the Mather School while you were
a Cluster Substitute there. After your last letter, I called the Mather School
to set up a meeting and was told you had left the school.

I think we should have a meeting here at the BTU but my problem is time.
Tom Gosnell has agreed to sit in on the meeting and we both have very
full calendars.

We have come up with the date of Tuesday, June 20th. at whatever time
you can make it. I'm truly sorry this is the only date we can manage and I
hope it is convenient for you.

Sincerely,

Jenna Fitzgerald
Para/Sub Field Rep

cc: Tom Gosnell

# Theodus Jordan
# P.O. Box 840
# Jamaica Plain, Massachusetts 02130
## 617-524-9598 (non-direct)
617-230-3612 (direct    )

August 14, 2000

BOSTON TEACHERS UNION
Jenna Fitzgerald, Para/Sub. Field Rep.
180 Mt. Vernon Street
Boston, Massachusetts 02125

Dear Jenna:

I received your letter dated August 4, 2000 (copy attached) on August 11, 2000. Needless to say I could not have known about your meeting on August 9, 2000. I called your office on Monday August 14, but your secretary (Pat) said you had already left. I was scheduled for Oral sugery on Tuesday, August 15, and have been incapacitated since that time.

This letter is to respond to you by saying, you have to pick a convenient time to meet that's convenient for the both of us, not just you. These issues I have raised, including my grievances, didn't just start recently. You've had plenty of time to meet with me and to set up a time that's respectful to both our schedules. I am a long time paying dues member (over 20 years now) and should be treated with the same respect, equality and dignity as any other paying "White" Union member.

Please let me hear from you concerning a reasonable and convenient time for all concern to deal patiently with this members grievances. This matter is "urgent" and has been "urgent" as far as I am concern, from the first time--over a year ago-- I grieved it, or spoke to your board about it. Thank you. I remain,

Very truly yours,

Theodus Jordan, Union Member

P.S. I do plan to support the Union Strike, I am in agreement with the Board on this one. However, I do not like how my Union Board is , or has treated me, of course.

Signed under the penalties and weight of perjury this day, August 14, 2000.

# BOSTON TEACHERS UNION

EDWARD J. DOHERTY
PRESIDENT

THOMAS J. GOSNELL
EXECUTIVE VICE PRESIDENT

EDWARD A. WELCH
SECRETARY-TREASURER

CAROL PACHECO
ELEMENTARY FIELD REPRESENTATIVE

RICHARD STUTMAN
SECONDARY FIELD REPRESENTATIVE

JENNA FITZGERALD
PARAPROFESSIONAL / SUBSTITUTE TEACHER
FIELD REPRESENTATIVE

PATRICIA ARMSTRONG
POLITICAL DIRECTOR

180 MOUNT VERNON STREET
BOSTON, MASSACHUSETTS 02125
PHONE (617) 288-2000
FAX No. (617) 288-0024

LOCAL 66

AFT

AFL-CIO

73

**EXECUTIVE BOARD**

GERALD P. BALL
CAREN M. CAREW
BRENDA B. CHANEY
MARY F. GLYNN
PATRICIA GLYNN
PAT GREENE
CHARLES JOHNSON
CHERYL KELLY
JAMES TIMO PHILIP
MARY ANN URBAN
RON WALKER
ALICE M. YONG

August 4, 2000

Dear Theodus,

I called your home yesterday --617-524-9598 and was told by the operator that the number was not in service. I then called your in-direct number-- 617-230-3612 and left a message for you.

I'm sending your this letter to confirm that you did get my message.

Tom Gosnell and I will meet with you at the Boston Teachers Union on Wednesday August 9 th. at 12:30 pm.

If this is not convenient please call me. If I do not hear from you I will expect you on Wednesday, August 9th.

Sincerely,

Jenna Fitzgerald
Para/Sub Field Rep.

8/14/00
Pat. secretary
3 pm

**Theodus Jordan**
**P.O. Box 840**
**Jamaica Plain, Massachusetts 02130**
**617-524-9598** (non-direct)
·617-230-3612 (direct     )

February 4, 2002


BOSTON PUBLIC SCHOOLS
Ray E. Shurtleff,
Office of Human Resources
26 Court Street
Boston, MA 02108

Dear Sir:

Thank you for your recent letter regarding my most recent applications and
resumes. However, your letter only mentioned two of the schools out of about
eight other schools  several positions I applied for.... Does this mean that
I will not be hearing from you on the other schools and those other positions
I applied for ?  Please see all resumes sent to you (hand delivered and stamped)
along with application forms and other relevant documents.  I remain,

Signed under the pains and penalties of perjury this day , 2/4/02, by

Yours sincerely,


Theodus Jordan


CC/cc. A copy of your letter enclosed .

# Boston Public Schools
Office of Human Resources

January 28, 2002

Mr. Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Dear Mr. Jordan:

You have recently expressed your interest in the Boston Public Schools Principalship
positions by submitting your resume for consideration.

This letter is to inform you that the James Michael Curley Elementary School and the
William Howard Taft Middle School will be removed from the job postings. However,
more schools will be added to the Principalship postings, and the application deadline is
extended to March 15th, 2002.

We invite you to visit our website at www.bostonpublicschools.org to view a listing of
additional career opportunities with us.

We appreciate your interest in Boston Public Schools.

Sincerely,

Ray F. Shurtleff

Ray F. Shurtleff, Ed. D.
Director, Office of Human Resources

26 Court Street
Boston, MA 02108

Voice: (617) 635-9600
Fax: (617) 635-9672

www.boston.k12.ma.us


FOCUS
On Children
Boston Public Schools



# Boston Public Schools
## Office of Human Resources

February 7, 2002

Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Dear Mr. Jordan:

I am in receipt of your letter of February 4, 2002. My letter of January 28, 2002 was sent to all applicants to the James Michael Curley and William Howard Taft Middle School principalship positions. If you applied for any other principalships, the deadlines have been extended to March 15, 2002. The screening process for each of these principalship postings will begin after the new closing date for applications.

If you have any questions regarding other postings or positions that you have applied for, please call Brenda Hector-Williams at 617-635-9614.

Sincerely,

Ray F. Shurtleff, Ed. D.
Director of Human Resources

**Jordan-2-07-02**
**RFS/aec**

26 Court Street
Boston, MA 02108

Voice: (617) 635-9600
Fax: (617) 635-9672

www.boston.k12.ma.us



FOCUS
On Children
Boston Public Schools

# BOSTON PUBLIC SCHOOLS



Boston Public Schools



DEPARTMENT OF IMPLEMENTATION

February 12, 2002

Mr. Theodus Jordan
P.O. Box 840
Jamaica Plain, MA  02130

Dear Mr. Jordan:

Thank you for your interest and application for the position of Director of the Student Services Unit within the Department of Implementation.

During the next several weeks, a screening committee will be formed for the purpose of interviewing eligible candidates for the position. I anticipate interviews of those individuals selected by the screening committee will be held during the month of March.

Sincerely,

John M. Halloran
Sr. Officer/Implementation

**JH9: ScrgLetter1**

PRINTED ON RECYCLED PAPER

LEGAL NOTICE :
(certified mail)

# Theodus Jordan
# P.O. Box 840
# Jamaica Plain, Massachusetts 02130
## 617-524-9598 (non-direct)
617-230-3612 (direct     )

October 31, 2001

BOSTON TEACHERS UNION
%Ed Doherty, Pres., Tom Gosnell,V.P., Jenna Fitzgeral, Fld.rep., Richard Stutman, Fld.re
180 Mount Vernon Street
Boston , Massachusetts 02125

Dear Sirs/Madam:

I have not heard from you reguarding the decision of my employment termination
by the Superintendent on June 25, 2001. I met with Ms. Fitzgerald and Mr. Shutleff
in July in his office at 26 Court street. The meeting solved nothing and further
accused me and threatened me with reprisals from Mr. Shurleff but said nothing about
why the Superintendent fired me except they heard some negative information and they
didn't have to give me an explanation based on their rules reguarding substitute teachers

Please let me hear from you as time for legal recourse through higher judicial review
(according to legal statue and procedure) has almost run out. I need to hear from
within the next seven days if I am going to pursue this further. ( I do plan to pursue)

My last conversation was with Jenna in August and the first of September. I also,
went by and called Mr. Surtleff office. His secretary, Amy, said he could not be
reached nor could I apply for a job without this matter being cleared up first.
I thought my Union understood that I have no income but subtitute work. This matter
obviously doesn't seem urgent to you but it is to me.

PLEASE LET ME HEAR FROM YOU VERY , VERY SOON!  I remain,

Unemployed and Destitute,

Sincerely,

Theodus Jordan

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY,
THIS DAY , 10/31/01, by

Theodus Jordan

CC //(last correspondence copy enclosed)

# Theodus Jordan
# P.O. Box 840
# Jamaica Plain, Massachusetts 02130
## 617-524-9598 (non-direct)
### 617-230-3612 (direct    )

September 1,2000

BOSTON TEACHERS UNION
Jenna Fitzgerald, Field Repr.
180 Mount Vernon Street
Boston, Massachusetts 02125

Dear Jenna:
In response to your letter dated August 25, 2000 (copy enclosed) you again have found
another way to delay this process.  And your excuse about "negotiations every day..."
does not excuse anything at all. After all, isn't your job about doing Union business,
everyday?  Why do you continue to throw obstacles like this into the fray and then use
these same excuses to further delay your responsibility toward Union paying members (
such as myself) ? Do you think that this makes me feel that my issue (which I have been
contacting you about ) for over a year now —all during last school term— any less important?
The answer is NO!  In fact , the Union member's everyday issue should always take precedent
over and beyond your everyday routine year end-year out job duties as a designated field
representative for the Boston Teachers Union. You have not done that(nor have your superiors-
namely, Doherty Pres., and Gosnell VP., respectively)   for this Union member.

I remember distinctively giving you dates and times as to my availability before.  It seems
you are a master at this game of fox-trotting. I admit, I am not. In fact, I 'm giving up
on this pursuit. I know I have said this before, but this is my last time writing you about
meeting with you. From now on I will leave it up to you to give me times you can meet and
I will respond accordingly to those times and will call you. No more writing about a meeting
time from this member.

If I don't hear from you soon then  I will assume you are too busy and this matter is not
important to you.  I remain,

Sincerely yours,

Theodus Jordan
Theodus Jordan

Signed under the pains and penalties of perjury this day Sept. 1,2000

# BOSTON TEACHERS UNION

**180 MOUNT VERNON STREET**
**BOSTON, MASSACHUSETTS 02125**
**PHONE** (617) 288-2000
**FAX** No. (617) 288-0024

**LOCAL 66**



**AFL-CIO**

73

EDWARD J. DOHERTY
PRESIDENT

THOMAS J. GOSNELL
EXECUTIVE VICE PRESIDENT

EDWARD A. WELCH
SECRETARY-TREASURER

CAROL PACHECO
ELEMENTARY FIELD REPRESENTATIVE

RICHARD STUTMAN
SECONDARY FIELD REPRESENTATIVE

JENNA FITZGERALD
PARAPROFESSIONAL / SUBSTITUTE TEACHER
FIELD REPRESENTATIVE

PATRICIA ARMSTRONG
POLITICAL DIRECTOR

**EXECUTIVE BOARD**

GERALD P. BALL
CAREN M. CAREW
BRENDA B. CHANEY
MARY F. GLYNN
PATRICIA GLYNN
PAT GREENE
CHARLES JOHNSON
CHERYL KELLY
JAMES TIMO PHILIP
MARY ANN URBAN
RON WALKER
ALICE M. YONG

August 25, 2000

Dear Theodus,

Again I have tried to reach you by phone and have been told by the operator that your phone #524-9598, is not in service. I have left you a message on your #230-3612.

I have asked you to call me with a list of dates that you will be available to meet with Tom Gosnell and myself.

We have been in negotiations every day this week and expect to be doing the same next week.

I will be expecting your call, so we may set a date.

Sincerely,

Jenna Fitzgerald
Para/Sub Field Representative

*Note: → (Partial list of turn down letters with-out an Interview)*

# BOSTON PUBLIC SCHOOLS



### OFFICE OF THE NORTH ZONE SUPERINTENDENT
MARY GRASSA O'NEILL

**EDWARD R. SULLIVAN**
Administrative Assistant

**CAROLYN RILEY**
Administrative Assistant

## October 9, 1992

**ALLSTON/BRIGHTON**
*Elementary Schools:*
Baldwin
Early Learning Center
Gardner
Garfield
Hamilton
Jackson-Mann
Winship
*Middle Schools:*
Edison
Taft

Theodus J. Jordan
P.O. Box 840
Boston, MA 02130

**CHARLESTOWN**
*Elementary Schools*
Harvard-Kent
Warren-Prescott
*Middle School:*
Edwards

Dear Mr. Jordan,

We regret to inform you that you were not selected to be interviewed for the position of Parent-Coordinator for the North Zone Parent Information Center.

**DOWNTOWN/FENWAY/ROXBURY**
*Elementary Schools:*
Eliot
Emerson
Farragut
Mason
Quincy
Tobin (K-8)
*Middle School:*
Dearborn

A strongly qualified group of candidates made our decision a difficult one.  We wish to thank you for your expression of interest in this position and wish you every success in the future.

**EAST BOSTON**
*Elementary Schools:*
Adams
Alighieri
Bradley
Guild
P. J. Kennedy
McKay
O'Donnell
Otis
*Middle School:*
Umana-Barnes

Sincerely,

Mary Grassa O'Neill
Superintendent
North Zone

**SOUTH END/DORCHESTER**
*Elementary Schools:*
Blackstone
Hurley
Winthrop

Screening  Committee
Co-Chairpersons:
Miguel Dip, Carolyn Riley,
Maureen Jelloe, Charles
McAfee

MGO'N/mjt

885 WASHINGTON STREET, BOSTON, MASSACHUSETTS 02111 • 426-5552 AREA 617