## Career Specialist

The Boston Private Industry Council (PIC), a non-profit organization committed to workforce development and education reform. The Career Specialist is responsible for the recruitment of employer participation and implementation of the PIC's school-based operations in an assigned Boston public high school or program to help prepare young people to enter the workforce. The Career Specialist will place and provide worksite support, develop and maintain relationships with employers. Qualifications include: Bachelor's Degree and demonstrated experience working with students. Must have strong organizational, oral and written skills, interpersonal skills and ability to work well with students, parents, school personnel and employers. **Cover letter and resume to:** Human Resources, Private Industry Council, 2.Oliver Street, 7th floor, Boston, MA 02109 or fax to (617) 423-1041.

# Theodus Jordan
## P.O. Box 840
## Jamaica Plain, Massachusetts 02130
### 617-524-9598 (non-direct)
617-230-3612 (direct   )

12/30/00

Human Resources, Private Industry Council
2 Oliver Street, 7th floor,
Boston, Massachusetts 02109

Dear Madam:

Please find my resume enclosed. Based on your announcement (attached) it does appear that my skills, educational background, and experiences are the perfect match for the position of Career Specialist. "Persistence in in the face of frustration is the internal personal quality that often separates success from failure...", so says Dean Keith Simonton, author of the book called, Greatness.   Because of my many setbacks throughout my own career, I have learned what success is all about. What is more, I'now know how to teach others how they too can learn how to be success-ful.

Please let me hear from you regarding an interview to further explain why I feel I am the perfect match for this position. Thank you for your con-sideration. My name is ,

yours truly,

Theodus Jordan

NO. 73, 2000-01
December 11, 2000

# BOSTON PUBLIC SCHOOLS
## Personnel Circular

### Project Coordinator
### Part-time
### Exam School Initiative

To Cluster Leaders, Headmasters, Principals, and other Administrative Heads:

## PLEASE BRING THIS CIRCULAR TO THE ATTENTION OF ALL STAFF UNDER YOUR JURISDICTION BY MEANS OF A DATED CHECKLIST.

## GENERAL DESCRIPTION AND GOALS:

The goal of this three-year grant is to increase the number of Boston Public School students admitted to the three examination schools. The Project Coordinator will be responsible for organizing activities related to family/community involvement, and curriculum development.

## Title:

Project Coordinator

## Terms:

Managerial Class 4, 12 months, $43,338. This is a part-time position. The salary is prorated based on twenty (20) hours workweek.

## Reports To:

Project Director, Exam School Initiative

## Responsibilities:

1. Develop and implement a family outreach plan.
2. Work with after school and Saturday program sites to encourage family involvement.
3. Facilitate meetings with students, parents and teachers.
4. Work with external organizations to coordinate curriculum for the initiative's program.
5. Generate informational materials to be distributed to families.
6. Support community organizations in implementing the goals of the grant.

## Required:

NO. 36, 2000-01
October 6, 2000

# BOSTON PUBLIC SCHOOLS
## Personnel Circular

## SCHOOL-TO-CAREER COORDINATOR

## BURKE TECHNOLOGY PATHWAY

To Cluster Leaders, Headmasters, Principals, and other Administrative Heads:

**PLEASE BRING THIS CIRCULAR TO THE ATTENTION OF ALL STAFF
UNDER YOUR JURISDICTION BY MEANS OF A <u>DATED CHECKLIST.</u>**

### GENERAL DESCRIPTION AND GOALS:

The School-to-Career Coordinator has the primary responsibility for assisting and
organizing teachers, administrators and support staff in the Burke Technology Pathway to
coordinate or create school-to-career efforts. The coordinator will develop curriculum
which adheres to school-to-career and educational reform objectives and goals,
implement new instructional approaches that embrace school-to-work based learning
concepts, integrate classroom and work-based learning concepts. The Coordinator will
identify training needs, schedules professional development opportunities, and assist with
dissemination of program information.

**TITLE:**      School to Career Coordinator

**TERMS:**      BTU, Group I, plus flextime as assigned

**REPORTS TO:**      Headmaster

### RESPONSIBILITIES:

1. Develops a professional development with school to career personnel at the school
   and the office of School to Career Technical Vocational Education. Will work one
   day a week at the STC office.
2. Support high school teachers in both content and teaching strategies for technology
   courses in Technology Career Pathway.
3. Work with teachers around intersection of BPS Standards and School to Career
   Competencies with technical curricula.
4. Conducts technical workshops for teachers in the areas of Technology Career
   Education.

Any questions or concerns regarding equity in the selection and assignment process should be addressed to the Office of Equity, (617) 635-9650. Questions regarding recruitment should be addressed to the Recruitment Office (617) 635-9639.

## AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

### FOR OTHER JOB OPPORTUNITIES, PLEASE VISIT OUR WEBSITE AT
www.bostonpublicschools.com

**ALL INQUIRIES CONCERNING THIS CIRCULAR SHOULD BE DIRECTED TO STEVEN LEONARD, HEADMASTER, BURKE HIGH SCHOOL, 60 WASHINGTON ST., DORCHESTER, MA 02121, TEL. 635-9837.**

**Office of Human Resources**

# Employment



**Application Procedures**

## Current Openings

**BPS Job Hotline: (617) 635-9067**

**Main Office: (617) 635-9600**

**Evaluation Unit: (617) 635-9647**

**Recruitment Unit: (617) 635-9639**

**Staffing: (617) 635-9610**

**Teacher Placement: (617) 635-9380**

Thank you for your interest in employment with the Boston Public Schools.

**In addition** to the positions posted below, BPS considers applicants on an ongoing basis for teaching and other professional positions. Click here for information about submitting your resume for consideration.

For information about applying for one of the positions listed below, check for **specific instructions/forms following each linked description**. These procedures may differ from the general Application Procedures listed.

| Posting # | Title of Position | Closing Date |
|---|---|---|
| 1 | After-School Home & Hospital Teacher | Year Around |
| 10A | Site-Based Technology Professional Development Productivity Coachee | Nov. 1 |
| 30 | Assistant Director, Cohorts 3 and 4 | Nov. 1 |
| 32 | Elementary Library Information/Media Service Coordinator | Nov. 1 |
| 34 | Program Director - World Languages, Boston Latin Academy | Nov. 14 |
| 36 | School-to-Career Coordinator Burke Technology Pathway | Oct. 27 |
| 37 | School Psychologist, Bilingual | Oct. 31 |
| 38 | Private School Evaluation Team Facilitator, Special Educationl | Oct. 31 |
| 39 | Exempt Confidential Secretary, Office of Legal Advisor | Oct. 31 |
| 40 | A+ Advanced Work Class Social Studies Coached, English Language Arts | Oct. 31 |
| 41 | Department of Facilities Management, Area Managers (Nights) 2 | Oct. 31 |
| 42 | Academic Support Project Before School/After School/Saturdays Grades 3, 4, 6,7,9 & 10 | Nov. 1 |
| 43 | Assistant Director of Facilities Management/Director | Nov. 7 |
| 44 | Student Support Service Coordinator | Nov. 7 |

| | | |
|---|---|---|
| **44** | Student Support Service Coordinator<br>Taft School | Nov. 7 |
| **45** | Coaches - High School, Winter Season | Nov. 14 |
| **46** | School-to-Career Outreach Coordinator | Nov. 14 |
| **47** | Assistive Technology (AT) Assessor Training | Nov. 14 |
| **48** | Guidance Counselor, Taft Middle School | Nov. 14 |
| **49** | Community Field Coordinator - Spanish Bilingual | Nov. 14 |
| **50** | Related Services Coordinator | Nov. 14 |
| **51** | Bilingual Literacy/Math Specialist | Nov. 14 |
| **52** | School Library Media Paraprofessional | Nov. 14 |
| **n/a** | Teacher Positions, Fall 2000 | OPEN |

This page last updated on October 26, 2000.

---

Interested Applicants must submit the following documents for employment consideration:

- **A Completed** CANDIDATE DATA FORM (use a separate form for each position of interest)
- **TWO (2) copies of your resume** (not more than five pages) **WITH**
- **TWO (2) letters of recommendation** (on letterhead from current or former employers)
- **Educational transcripts and certificates** (if required)

**Forward Completed Packets by Closing Date to:**

BOSTON PUBLIC SCHOOLS
OFFICE OF HUMAN RESOURCES/EVALUATION UNIT
26 COURT STREET
BOSTON MA 02108
(617) 635-9647

*Thank you for your interest in BPS*

**BOSTON PUBLIC SCHOOLS is an EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER.**

Minorities and Women are encouraged to apply.

The recruitment, selection and assignment policies and procedures of Boston Public Schools are covered by federal court order.

Home | About the BPS | School Committee | Superintendent
Schools | Family Resources | Teaching & Learning | Administration | Employment

Search | Contact Us | Site Map

NO. 56, 2000-01
November 3, 2000



# BOSTON PUBLIC SCHOOLS
## Personnel Circular

### Office of Human Resources

### K-12 Staffing Specialist

To Cluster Leaders, Headmasters, Principals, and other Administrative Heads:

**PLEASE BRING THIS CIRCULAR TO THE ATTENTION OF ALL STAFF
UNDER YOUR JURISDICTION BY MEANS OF A <u>DATED CHECKLIST</u>.**

### GENERAL DESCRIPTION AND GOALS:

To ensure timely and efficient deployment of K-12 workforce in order to efficiently staff
schools and provide services to employees.

### TITLE:

K-12 Staffing Specialist, Office of Human Resources.

### TERMS:

Managerial, Class 5, $51,638-$58,277, 12 months.

### REPORTS TO:

Assistant Director for Recruitment and Staffing, Human Resources.

### RESPONSIBILITIES:

- Apply work rules related to the deployment of the K-12 workforce including
  applicable contractual provisions and departmental procedures.
- Identify and verify budgeted vacancies caused by terminations, leaves, transfers and
  promotions.
- Assign employees to fill budgeted vacancies according to court orders, collective
  bargaining contracts, and state and city qualifications.
- Assist school administrators to ensure that staffing needs are met and staffing records
  are current.
- Maintain regular meetings with Principals/Headmasters addressing their immediate
  staffing needs as well as potential staffing changes.

1

NO. 56, 2000-01
November 3, 2000

Any questions or concerns regarding equity in the selection and assignment process
should be addressed to the Office of Equity, (617) 635-9650. Questions regarding
recruitment should be addressed to the Recruitment Office (617) 635-9639.

## THIS POSITION WILL BE SUBJECT TO THE CITY OF BOSTON RESIDENCY ORDINANCE

## AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

## FOR OTHER JOB OPPORTUNITIES, PLEASE VISIT OUR WEBSITE AT
www.bostonpublicschools.com

**ALL INQUIRIES CONCERNING THIS CIRCULAR SHOULD BE DIRECTED
TO RAY SHURTLEFF, DIRECTOR, HUMAN RESOURCES, PHONE: 617-635-
9600, 26 COURT STREET, BOSTON MA. 02108.**

**Office of Human Resources**



Boston Public Schools

Position # BRA/EDIC79-01

**Title:**

PROGRAM COORDINATOR, WRITEBOSTON

**General Description and Responsibilities:**

- Under the direction of the Deputy Director for WriteBoston, develop and oversee core schoolbased and out-of-school writing supports for a community-wide effort aimed at improving writing proficiency among Boston middle and high school students.
- Serve as the primary liaison both with schools and with out-of school youth settings.
- Lead a team of school-based and community writing coaches to provide high quality staff development in effective writing skills to teachers and out-of-school/community program staff.
- Develop annual operating plan with goals, objectives and benchmarks for all WriteBoston core school-based and out-of-school writing supports.
- Successfully manage plan by overseeing all program activities, including program design, implementation and evaluation.
- Interview, select, orient, train and supervise WriteBoston's team of school-based and community writing coaches.
- Work with selected schools and after-school, youth employment and community youth programs to determine staff training and resource needs.
- Design and oversee a staff training and resource distribution system that meets these needs.
- Develop and implement a strategy for training and deploying community volunteers as writing mentors, tutors and classroom writing aides.
- Manage WriteBoston's relationship with community partners who directly contribute to writing support programs.
- Coordinate and lead meetings of the WriteBoston Writing Advisory Group.
- Collaborate with Director and WriteBoston's Steering Committee on operational and strategic planning.
- Perform other related duties as assigned.

**Terms:**

GRADE: 20 HIRING RANGE: $44, 681.00-$53,715.48

**Qualifications**

Required:
A. Work requires a minimum of a Masters Degree in Education or equivalent; including extensive course work in secondary school literacy.
B. Must have more than 10 years of teaching, staff training and curriculum development experience.
C. Requires evening and weekend hours as program demands.

APPLICANTS MUST BE RESIDENTS OF BOSTON ON DATE OF HIRE.

Preferred:
A. Knowledge of Boston Public Schools is desirable.
B. Budget experience is preferred.

**Application Procedure:**

PROGRAM COORDINATOR, WRITEBOSTON

To apply: Submit resume/application to Human Resources, BRA, 43 Hawkins Street, Boston MA 02114.
E-mail: hr.bra@ci.Boston.MA.US all questions concerning this position should be directed to Mary Graham at 617-918-5453
An Affirmative Action/Equal Opportunity Employer
Auxiliary aids and services are available upon request to individuals with disabilities.



Boston Public Schools

Position # 40

**Title:**

Program/Staff Assistant, TEACHBoston

**General Description and Goals:**

TEACHBoston is a School to Career program of the Boston Public Schools (BPS) and was created as a result of a partnership between the BPS and the Boston Teachers Union. Its mission is to inspire and prepare young people to pursue a career in the field of education. A founding goal of the program is to increase the number of Boston Public School graduates who return to the school system as educators with the skills and passion to inspire and prepare their own students for future success. TEACHBoston's focus is to develop programming that supports students along a grade 6 to grade 16 continuum. The TEACHBoston Program/Staff Assistant will work with the TEACHBoston Director to fulfill TEACHBoston's mission.

**Terms:**

Managerial, Tier B, $36,575 - $39,941, 12 months

**Reports to:**

Director of TEACHBoston

**Responsibilities:**

1. Manage the TEACHBoston summer programs.
2. Design and maintain the TEACHBoston web site.
3. Assist the Director in developing TEACHBoston's public relations materials.
4. Manage the budget for TEACHBoston program components - education career. pathways, FEA chapters and Tomorrow's Teachers Clubs citywide, and grants.
5. Manage the TEACHBoston program data and be the liaison to the School to Career database team.
6. Travel to each high school and middle school on a regular basis to assist school-based chapter Advisors.
7. Assist chapters with workshops and field trips.
8. Performs necessary research for reports and analysis.
9. Prepares reports, memorandum, and other communications.
10. Undertakes and manages special projects.
11. Perform other related duties as assigned by the Director of TEACHBoston.

**Qualifications**

**Required:**
A. Bachelor's Degree
B. Minimum of 1-3 years experience as a program or staff assistant
C. Working knowledge of a wide variety of software including Microsoft Office (e.g., Word, PowerPoint, Excel, Entourage, Internet Explorer and Access. Desktop Publishing: Adobe PhotoShop, Filemaker Pro,) Finance: (Quicken)
D. Ability to use the Internet to conduct research and data analysis
E. Proven ability to work independently, exercise judgement, and manage multiple tasks and priorities
F. Excellent verbal communication skills
G. Excellent organizational and managerial skills

This position is subject to the City of Boston residency ordinance.

**Preferred:**
A.  Master's degree in education or related field

## Application Procedure:

Applicants must submit the following documents **on or before November 19, 2001**:

- **Two Completed** CANDIDATE DATA FORMS. (Please include the Posting Number on each form) This is a Word document; if you do **not** have Word or have Word2000, we recommend that you use a PDF version. You need the FREE Acrobat Reader for this.
- **TWO (2) copies of your resume WITH**
- **TWO (2) letters of recommendation** (copies of both letters stapled to each resume)
- **Educational transcripts and certificates** (if required)

All inquiries concerning this position should be directed to Ceronne B. Daly, Director, TEACHBoston, Office of School to Career, 55 Malcolm X Blvd., Building #1, Roxbury, MA 02120. Telephone: 617-635-8079 extension 115.

No. 125, 1999-00
April 12, 2000

# BOSTON PUBLIC SCHOOLS
## Personnel Circular

## JOB EVALUATION SPECIALIST

## OFFICE OF HUMAN RESOURCES

To Cluster Leaders, Headmasters, Principals, and other Administrative Heads:

**PLEASE BRING THIS CIRCULAR TO THE ATTENTION OF ALL STAFF UNDER YOUR JURISDICTION BY MEANS OF A <u>DATED CHECKLIST</u>.**

### GENERAL DESCRIPTION AND GOALS:

Human Resources is in the process of strengthening its Recruitment and Staffing (R&S) capabilities. These efforts include the consolidation of several small units into a customer-focused R&S Section and the redefinition and/or addition of key positions. The Job Evaluation Specialist's mission is to ensure that all existing and new positions are properly defined, evaluated, graded and (as needed) posted. The position includes some traditional and new responsibilities and is a key element of BPS plans to develop and implement new performance management systems.

**TITLE:**     Job Evaluation Specialist

**TERMS:**     Managerial, Class 5, $51,638,  12 months

**REPORTS TO:**     Assistant Manager, Human Resources

### RESPONSIBILITIES:

1.  Maintains/provides access to central database of BPS job descriptions.

2.  Prepares and/or assists with preparation of new or modified job descriptions.

3.  Sets and/or assists with setting of criteria for evaluating and classifying jobs.

4.  Annually review all existing job descriptions for accuracy, consistence, etc.

5.  Develops and posts announcements of new and vacant positions.

6.  Makes recommendations to Section Leader on requests for position upgrades.

No. 125, 1999-00
April 12, 2000

## THIS POSITION IS SUBJECT TO THE CITY OF BOSTON
## RESIDENCY ORDINANCE

## FOR OTHER JOB OPPORTUNITIES, PLEASE VISIT OUR WEBSITE AT
www.bostonpublicschools.com

## ALL INQUIRIES CONCERNING THIS CIRCULAR SHOULD BE DIRECTED
## TO BEVERLY PINA, SECTION LEADER, OFFICE OF HUMAN RESOURCES,
## 26 COURT ST., BOSTON, MA 02108, TEL. 635-9609.

**Office of Human Resources**

NO. 122, 1999-00
April 4, 2000

# BOSTON PUBLIC SCHOOLS
## Personnel Circular

## PROMOTIONAL RATING

## DIRECTOR
## STUDENT SERVICES UNIT

To Cluster Leaders, Headmasters, Principals, and other Administrative Heads:

**PLEASE BRING THIS CIRCULAR TO THE ATTENTION OF ALL STAFF UNDER YOUR JURISDICTION BY MEANS OF A <u>DATED CHECKLIST</u>.**

### GENERAL DESCRIPTION AND GOALS:

The Department of Implementation is responsible for the administration of the Controlled Choice Student Assignment Plan in the Boston Public Schools. The Director of the Student Services Unit is expected to ensure efficient operational activities and equality of access to schools, programs and instructional opportunities within the Boston Public Schools. This position will be filled on a permanent basis.

**TITLE:**      Director, Student Services Unit

**TERMS:**      BASAS, Group 8, $65,500, 207 days

**REPORTS TO:**      Senior Officer/Implementation

### RESPONSIBILITIES:

1. Supervision of the receipt, processing, transmittal and filing of each student's application for assignment/transfers.

2. To ensure staff responsiveness to inquiries of parents/community.

3. Administration of annual application process, annual assignment process and two yearly transfer periods.

4. Issuance of procedures for verification of data for students and facilities.



1

NO. 122, 1999-00
April 4, 2000

5.  Development of planning activities.

6.  Liaison with schools, other departments of the school system and other units of the Department of Implementation.

7.  Preparation of enrollment projections.

8.  Development of annual matrices for assignments, programmatic allocations, and the computerized street directory.

9.  Performance of other duties relative to student assignments and policies assigned by the Senior Officer.

## QUALIFICATIONS:

### Required:

- Bachelor's Degree
- Minimum two (2) years urban teaching experience or two years related experience in a desegregated setting
- Minimum of one (1) year administrative experience in urban education or desegregated setting in a related field
- Comprehensive knowledge of Boston's Controlled Choice Student Assignment Plan
- Demonstrated technical skill with processing extensive data and providing statistical analysis
- Outstanding written and oral presentation skills including responsive parent communication
- Evidence of a proven record for developing creative solutions to current issues
- Strong organizational skills for responding to short and long term responsibilities, concurrent tasks and projects while at the same time supportively managing a professional, technical and support staff.

### Preferred:

- Extensive familiarity with computer technology
- Experience reflecting effective collaboration with colleagues and community groups
- Demonstrated planing and problem solving skills

## APPLICATION PROCEDURE:

Please forward to the Evaluation Unit, 26 Court Street, Boston MA 02108 on or before **APRIL 26, 2000** a CANDIDATE DATA FORM.

NO. 122, 1999-00
April 4, 2000

In addition please submit (2) two resumes (not more than five pages) and two (2) letters
of recommendation stapled to each resume. Submit copies of transcripts showing
completion of educational requirements and proof of appropriate experience on letterhead
of current or former employer on or before April 26, 2000.

## AFFIRMATIVE ACTION:

The recruitment, selection and assignment policies and procedures of the Boston Public
Schools are covered by federal court orders, by state and federal non-discrimination laws
and by the Affirmative Action Policy of the Boston Public School Committee.

Any questions or concerns regarding equity in the selection and assignment process
should be addressed to the Office of Equity, (617) 635-9650. Questions regarding
recruitment should be addressed to the Recruitment Office (617) 635-9639.

### AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

### FOR OTHER JOB OPPORTUNITIES, PLEASE VISIT OUR WEBSITE AT
www.bostonpublicschools.com

### ALL INQUIRIES CONCERNING THIS CIRCULAR SHOULD BE DIRECTED
### TO JOHN HALLORAN, SENIOR OFFICER, IMPLEMENTATION, 26 COURT
### ST., BOSTON, MA 02108, TEL. 635-9501.

**Office of Human Resources**

# Theodus Jordan
# P.O. Box 840
# Jamaica Plain, Massachusetts 02130
## 617-524-9598 (non-direct)
617-230-3612 (direct      )

## COMPLAINT

6/17/00

BOSTON PUBLIC SCHOOLS
DEPARTMENT OF "EQUITY"
%Barbara Fields, Director; Maria Irrizary, Sr. Asst.
26 Court Street , 5th. floor
Boston, Massachusetts 02108

Dear Madam:

> THIS IS A COMPLAINT OF DISCRIMINATION;
> DENIAL OF MY RIGHTS;
> DENIAL OF OPPORTUNITIES ;
> DENIAL OF MY LIVELIHOOD ;
> DOUBLE STANDARD AND FLAWED INSTITUTIONALIZED
> RACIST SELECTION PROCESS IN EMPLOYMENT PROCEEDINGS;
> INVASION OF MY RIGHT TO PRIVACY ;
> AND CHARACTER ASSASINATION AND DEFAMATION ;
> AND "BLACKLISTING" AS WELL AS "RETALIATION" ,
> AGAINST , THEODUS JORDAN....

Enclosed, please find several or more negative responses from
the Boston Public SChools various job sites turning me down in
so much as to give me an interview for a job, not based on my
credentials and experience but on some other criteria which
has nothing to do with my qualifications... others of whom with
less experience or less education or professional training as
I have with this system. This selection process is flawed and
designed to deny this previous griving complaintant any new opport-
unities what-so-ever. I have also enclosed two letters written
to the Boston Public Schools by Steven Leonard denouncing me and
telling the BPS to negate me. I recently discovered these letters
because the BPS gave my records to unauthorized sources without my
knowledge (I could not get my total records upon request) and
I discovered that my whole record has never been given to me.

>>>>>>>nx.pg.

# BOSTON TEACHERS UNION

EDWARD J. DOHERTY
PRESIDENT

THOMAS J. GOSNELL
EXECUTIVE VICE PRESIDENT

EDWARD A. WELCH
SECRETARY-TREASURER

CAROL PACHECO
ELEMENTARY FIELD REPRESENTATIVE

RICHARD STUTMAN
SECONDARY FIELD REPRESENTATIVE

JENNA FITZGERALD
PARAPROFESSIONAL / SUBSTITUTE TEACHER
FIELD REPRESENTATIVE

PATRICIA ARMSTRONG
POLITICAL DIRECTOR

180 MOUNT VERNON STREET
BOSTON, MASSACHUSETTS 02125
PHONE (617) 288-2000
FAX No. (617) 288-0024

**LOCAL 66**



AFL-CIO

73

**EXECUTIVE BOARD**

GERALD P. BALL
CAREN M. CAREW
BRENDA B. CHANEY
MARY F. GLYNN
PATRICIA GLYNN
PAT GREENE
CHARLES JOHNSON
CHERYL KELLY
JAMES TIMO PHILIP
MARY ANN URBAN
RON WALKER
ALICE M. YONG

Theodus Jordan
P.O. Box 840
J.P. Ma. 02130

Dear Theodus,

I received your letter dated June 14, 2000. You state that negative information was in your personnel file and withheld from you by the Human Resources Department.

Also, you state that certain Principals have denied you employment.

Your files are available and open to your viewing at any time. You can go to the reception desk in the Office of Human Resources at 26 Court Street, third floor. They must show you your files.

Sincerely,

Jenna Fitzgerald
Para/Sub Field Rep.

# BOSTON PUBLIC SCHOOLS



OFFICE OF THE SUPERINTENDENT

May 1, 1995

Mr. Theodus Jordan, Substitute Teacher
192 Chestnut Ave. Apt. #H
Jamaica Plain, Mass. 02130

Dear Mr. Jordan:

Enclosed is a copy of a letter which outlines a lack of compliance with your responsibilities as a substitute teacher. The complaint was filed by the administration of the Mary E Curley Middle School.

You have the right to respond to the complaint. A copy of your response will be forwarded to the administrator of the Mary E. Curley Middle School. Please respond to this complaint by May 16, 1995. After a review of all responses, my office will determine if the complaint becomes official. If you receive three (3) official complaints, your services as a substitute teacher may be discontinued.

Sincerely,

Alvin Shiggs, Unit Leader
Teacher Placement

# BOSTON PUBLIC SCHOOLS



**MARY E. CURLEY MIDDLE SCHOOL**

VALERIA LOWE
Principal

STMS
22695

Memorandum

To: Alma Diggs
Human Res/Teacher
Placement

From: Veda Daly
Director of Instruction

Date: April 11, 1995

Re: Theodore Jordan/Substitute Teacher
#22695

I am requesting that Mr. Jordan not be assigned to the Mary E. Curley Middle School. Mr. Jordan has been assigned to the Curley in the past year. On numerous occasions, he has sent students out of the class to the Cluster Leaders. For example, on April 10, 1995, Mr. Jordan was assigned to the Science class. It was reported to me that a significant number of students

-2-

had been sent to the cluster
leader. I spoke to Mr. Jordan
regarding our discipline
policy, it was impossible
for us to reach an agreement.
I am, therefore, requesting
he be advised to seek school.

P.O. Box 840
Jamaica Plain, Ma.
May 12, 1995

OFFICE OF THE SUPERINTENDENT

Mr. Alvin Shiggs, Unit Leader
Teacher Placement
26 Court Street
Boston, Massachusetts 02108

RE: Letter of May 1, 1995 (copy enclosed)

Dear Mr. Shiggs:

I am appalled and shocked over the letter you sent to me on Superintendent Stationery accussing me of "non-compliance" with schools rules as a substitute teacher. It would appear that you have already concluded that I have violated some rule as your statement reads " a lack of compliance with your responsibilities as a substitute teacher". You have already decided without any response from me that I am guilty of some false accussation leveled against me by this administrator of Mary E. Curley Middle School.

Be that as it may, my position is this:
1. I have not violated any school rules as a substitute teacher or any other rules, ever.
2. This accussation is totally false and without merit and unfounded.
3. This accussation as written, makes no sense to me. It never happened. There is no name of injured person. I have never been involved with any cluster leader at that school.
4. This administrator is lying. Outright lying. Here's why. The day she accusses me of violating school policies is a day in which I did not have a classroom assigned to me. April 11, was the last day I worked at the Curley. It was the same day that I was called to the school and there was no assignment for me. I had to wait until this administrator call you after 9am. before I could be reassigned. She (Vela Daly) was angry already because you told her she made the mistake of calling me and therefore she was stuck with me for the day. She had to pay me. But she never gave me a class that day. Only lunch-room duty. She also assigned me one task then took it back and pretended she had another task and walked me over the entire building before she again decided that she didn't have another assignment for me at all. But the day was almost over now.. When the bell rang for school 's end , as other teacher ahead of me, I left. No one said anything to me about bad performance, ever.
5. The administrator is lying when she claims "on numerous occassions". How many times have I been at that school? And she never said I was in violation of some rule to my face. What kind of administrator is she? I'll tell you, based on my experience with her:
   a. She's a liar, as demonstrated by this false accussation against me.
   b. She is two faced. She never once spoke to me about violating school rules.
   c. She is lacking in administrative skills.  I have witness her assigning adult-teacher responsibilities to students (the students complained to me, they could not do the task).
   d. She is never organized and takes forever to complete a simple  task., or give a simple

response to letter of May 1;    pg. -2- of -2-

task to someone.

e. I have never seen her disciplining students even when they deserve and need it, and are crying for it. (Two students, on April 11, were standing in the office swearing at the assistant principal as if she was the child. I intervened and told the children "don't talk that way to her, she is one of your principals".... Coming into the office at that time was this same administrator who heard me saying this to the students. Instead of her reprimanding the students, she was upset with me and demanded that I come out of the office and go to another room with no chairs in it. Very rude.. . ) I said nothing to her as I have never exchange words of argument with her. She has belittled me in front of others. She has raised her voice at me. She has constantly tried to embarrass me. I really don't know what her problem is. But, if she thinks she is going to falsely accuse me and walk away from that, she is wrong!

f. This same administrator has not once, when I have come to that school to substitute, given me a schedule, teacher program (the teacher I'm there for) or folder for substitutes with work in it for the students. She always says, "it's on the desk". It never is, except once, a Spanish teacher. And that folder had been used up. That school has a lot of substitute coming and going.( nor a bell schedule)

g. I have been treated rudely by this administrator and the principal on several occasions. Also by the secretary, not the Spanish lady, she has always been kind. But these others seems to think that, it's ok to mis-treat me. I'm only there to help them. The school department sent me. They seem to focus on me and my hat for some reason. Meanwhile, their young students are out in the corridors-constantly- without passes; swearing at adults, being vulgar, sassin teachers, thumbing their noses, sucking their thumbs, and talking back as if they are the teachers; while the two administrators are focused on my hat. Mind you, neither has offered a place for me to rest my hat and coat til.. this day; no hospitality. But now accusing me of sending students out of class?! This is ludicrous and ridiculous , petty and trivial."Majoring in minors and minoring in majors." But then what should I expect from someone who runs a school in this awkward manner.

h. May I remind you too Mr. Shiggs, that never has this school system given to this substitute teacher any information regarding the disciplining of students in a classroom. I am a TEACHER and A VERY GOOD ONE. I AM ALSO AN ADMINISTRATOR AND A VERY GOOD ONE. IF THIS IS ANOTHER ATTEMPT ON THE PART OF THE BOSTON PUBLIC SCHOOLS TO DESTROY ME OR MY GOOD NAME, MY REPUTATION AND DENY ME FURTHER EMPLOYMENT,  I WILL CHALLENGE YOU OR THIS SCHOOL IN A COURT OF LAW.(Remember, substitute selection is on a computer basis to eliminate schools biases and discriminatory practices)
Finally, if this administrator want to apologize and forget this, I am willing to do so. Please, don't send me no more threatening letter. I have enough issues going on in my life.

Signed under the pains and penalty of perjury, this day, May 12, 1995.  I am,

Yours sincerely,

Theodus Jordan

Theodus Jordan
617-262-0619 (you may call me as well)

P.O.Box 840
Jamica Plain, Ma.
June 23, 1997

TO:  BOSTON PUBLIC SCHOOLS, Superintendent
     SCHOOL COMMITTEE, (Attn: Mr. Gittens)
     PARENT COUNCILS (Attn: Mary Mara)
     TEACHERS UNION (Gosnell, Stutman, Doherty, Fitzgerald)

Dear _____ :

Enclosed, please find a position statement and a legal notice sent to you as
notification and review.  Please respond  accordingly or appropiately to your
schedules.  I am,

Respectively yours,

Theodus J. Jordan
Ph. 617-524-9598
SSN# 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

Theodus Jordan as substitute teacher & voice for the Boston Public Schools:
P.O. Box 840
Jamaica Plain, Ma. 02130-0007
Ph. 617-524-9598                    LEGAL NOTICE

TO: ALL PARENT GROUPS
and the SUPERINTENDENT ;
also, SCHOOL COMMITTEE
& TEACHERS UNION

POSITION STATEMENT OF THEODUS JORDAN ON:

" The importance of support and respect for the 'substitute teachers' within the
    BOSTON PUBLIC SCHOOLS  in the pursuit of Quality Education  for all students..."

(THIS IS NOT SIMPLY A ONE PERSON'S OPINION: MORE THAIN 98% OF SUBSTITUTES FEEL THIS WAY AND
ARE WILLING TO EXPRESS THEIR OWN EXPERIENCE, GIVEN THE CORRECT OPPORTUNITY TO DO SO.)

I.    For the record, the Boston Public Schools (BPS- throughout this position paper) positional
      attitude and conduct toward  its "substitute teachers" is one of gross neglect,inane, atrocious,
      ineptitude. From the placement office of Alvin Shiggs and staff to the various schools they
      (substitutes) are sent out to. Substitutes are treated with the dubious distinction of both
      persona non grata, and a necessary undesired person . He or she is not respected by the
      placement office, Boston Teacher's Union, the teachers, the administrators who send for them,
      the paras(who incidentally are paid more and have full health benefits while the substitute
      teachers struggle to  even get paid a very low salary without any benefits on per/diem basis,
      but must pay,without legal representation, substantial Union dues without an alternative or
      choice.)   If the substitue complains he/she suddenly isn't called anymore or their name become
      a stigma attached to it and is relegated or dismissed from the active substitute list with no
      further notice of service or recall... even though the so called Teacher's Union is suppose to
      represent her/him based on the fact that they are Union paying members. The substitute has no
      recourse or method of redress, or representation. The Placement office and the Teachers Union
      officers       (Ed Doherty, Tom Gosnell, Richard Stutman, Jerne Fitzgerald, and the only two
      blacks represented on the Union Board of directors—Brenda Chaney, James'Timo'Phillips) and the
      various principals and teachers act as if "substitute teachers" are worthy of disrespect and
      propagate this message throughout their particular schools ...so that students, custodians, paras,
      cooks and others staff translate this message into more disrespect for the'subs'as if this is
      acceptable behaviour .  The substitute teacher is the lowest person on the totam pole of the
      BPS. Yet, he/she is called upon to do  miracles while being disrespected and put in impossible
      situation, while the principals- and  teachers-., more often than not, turn their heads knowing
      the awkardness of the "subs" position.  The new superintendent will not even return mail or calls.

II.   The Boston Public Schools Teacher Placement Unit— the late 80's and early 90's—converted to
      its present system called, "Substitute Teacher Management System" (SIMS). It was designed
      to eliminate discrimination and abuse of using the same people; also to weed out any kind of
      inefficiencies that would cause the BPS to miss placement opportunities of good and qualified
      substitute teachers, who could become teachers, for the BPS. But this system, though highly
      computerized, under Alvin Shiggs' leadership, find ways to discriminate, manipulate and deny
      opportunities to those he decides (without due process) who should work, not work, and how often....
      Who should be denied certain schools, without cause; when they should be paid--even though
      they have been called and others  made the mistake; causing further undue hardship for that
      particular substitute. Alvin Shiggs has absolute and total control of the substitutes life and
      pay. He can deny you on his personal whim or feeling about you,without any hearing, due process,
      or redress or recourse. Yet, the substitute pays Union dues no matter how much  or how little he
      draws from a single pay check. This is cruel and unusual punishment without representatation; this
      is unjust; this is discrimination;   this is unfair; this is abuse; this is denial of opportunity;
      this is tyrannical; this is illegal.  This system and how Mr. Shiggs is running it needs to be
      reexamined and exposed.  He is a manipulator and a control freak. You don't want to be on the wrong
      side of him if you are a "substitute teacher". Substitutes are treated with contempt and disgust by BPS.
                                          ⍰

III.  If the goal of the Boston Public Schools is quality education for all students, this means that
      every part of the system must be geared toward that same goal: itstructure, its parts, its function,
      its elements, its people and equipment must be all treated with the same equal protection and respect
      to achieve the sum of its total  and goal.Substitute teachers are not treated as such within the BPS ,
      at this time.          Signed under the pains and penalties of perjury this day, 6/23/97, by

P.O. Box 840
Jamaica Plain, Ma. 02130
March 26, 1993

BOSTON PUBLIC SCHOOLS
Hermoine Freeman, Unit Leader/Evaluation
Office of Personnel
26 Court Street    4th. Floor
Boston, Massachusetts 02108

Dear Hermoine Freeman:
Enclosed, please find additional copies of the materials I have already sent to you
and hand delivered (September 30, and also October 26, 1992) regarding this position of
Principal of Dearborn Middle School.  I have also enclosed your original job announcement
(P.C. #12). If you were to look at the requirements, there is no mention of 12 copies of
documents, nor is there a specific distinction made between secondary principal certifi-
cation and middle school.  Does this distinction apply only to Theodus Jordan or to everyone?

Hermoine, you and Carlos Abreams, along with several others have consistently discriminated
against me for the last 10 years. You have successfully manipulated me out of my job and have
continued to keep me out of a job by the kind of manipulative and discriminative tactics as
you've shown in your most recent correspondence to me. For example, you sent me a check off
sheet dated on the inside for March 16, 1993. The envelope is dated March 22, 1993. I actually
received it on March 26, 1993. Your turn-a-round date is for March 28, 1993... which, by the
way is on a Sunday; Boston Public Schools Central office isn't even open on Sunday.  Isn't
this another way of discriminating against me? Never-the-less, I have resubmitted all my
credentials you asked for again— which is also another discriminatory act because it is
another tactic used to frustrate the applicant.  Boston Public Schools Personnel (including
you, Hermoine) has consistantly used these tactics, in addition to other discriminatory
actions, to both get me out of a job and then to use these same tactics, and others, to
keep me out of a job.

Finally, enclosed please find the following documents:
1.  This cover letter;
2.  Your P.C. #12 job announcement check list; your second one;/ copy of envelope;
3.   The original job announcement P.C.#12;
4.  All certifications (including principal)
5.  Two letters of recommendation;
6.  Work verification sheets.
I am,

                                        Yours sincerely,

                                        Theodus Jordan

PS. My certifications are under legal scrutiny right now, but when all is done they will
    show you and everyone who has consistantly discriminated against me, my certification
    should should have been granted under the old standards as well as the new standards.

cc/M.C.A.D.

Lø i, Hørvlimãmes

P.O. Box 840
J.P., Massachusets
September 9, 1991

Superintendent, Boston Public Schools
26 Court Street, Floor 5
Boston, Massachusetts 02108

Dear Honorable Superintendent:
I am sorry to introduce myself to you in this manner ~~but~~ but the  Boston
Public Schools (personnel, general council, credit union, Martin Luther KingSchool--
Principal, Steven Leonard, Joe Bage, William Buckley, Pat Bellinger, Evaluation
Unit, Recruitment, all have left me no choice. This also include the embarrasing
and horrendous, unprofessional conduct of personal staff.

I simply want my job, to be restored fully, to be given my tenure, to be restored
in benefits and my welfare status, to be compensated for all the time I've lost
because of the negligence , discriminatory practices of your pesonnel office, and
 denial of my civil rights by this institution.

I do not fault you  or hold you responsible in any way for what has aready happened
to me. My do however, hod the Boston Public Schools responsible.

Please let me hear from you as this is a most urgent matter. Thank you.

Respectively,  I am ,

Theodus Jordan

Theodus Jordan

P.S. Enclosed, please find  a court summons and a complaint.

P.O. Box 840
Jamaica Plain, Ma.
June 17, 1995


BOSTON PUBLIC SCHOOLS
Office of Assistant Superintendent, High Schools
Albert D. Holland
55 Dudley Street
Boston, Massachusetts 02120-3198

Dear Mr. Holland:

Needless to say I am very disappointed that I did not merit even so much as to rate an interview for the Headmaster's position at the Jeremiah Burke High School.

It has occurred to me that I have mis-read you. Or, more importantly, you have mis-read me. I thought that of all the people I have worked with and worked under within the BPS, you were the one person who truly understood me and my abilities. I also thought that you knew and believed in my qualifications; that you had full knowledge of my background and experience within the Boston Public Schools and within the entire religious and social communities in and out of Boston and elsewhere. And finally, I thought you understood the urgency, sincerity and longevity of my search for qualified employment. To be certain, I have worked for the BPS since 1978. I started as a substitute, and worked my way up through the ranks even to teacher, coordinator, acting principal, and intern (under you) and received my certification as a headmaster, and several other teacher certifications. Plus my background as an administrator goes beyond Boston Public Schools. My resume is not just impressive sir, but it is very true. I have done all those things and more within my work experience.

If anyone deserves an interview for this position, it is, Theodus Jordan. I am a better candidate for this position (or any principal's position, as far as that matters) than the individual that you have suggested from the Martin Luther King School. Far better qualified. In fact, Albert, I am a far better qualified candidate now for this position than you were when you went to the Burke back in the early 80's. And, you know this to be true. I remember those days well when you had to become certified, but you were already in the job. Somebody gave you a chance too.

Please do not look at this letter as an angry retort, it is not. It is simply another attempt on my part to gain a decent job which I am qualified for, prepared myself for, and deserve because I have earned it. Please reconsider your decision not to interview me; or recommend me for another position which has equal qualification standards. Please help me get a job? Thank you, I remain,


Respectively yours,

*Theodus Jordan*

Theodus J. Jordan
617-262-0619 , hm. ph.


P.S. Please won't you respond soon, or at your earliest convenience. I would like to know before September '95 . Thank you.

2002-2003
September 16, 2002



**Boston Public Schools**

| **Employment Opportunities** |
|---|

| **Position Title** | **Posting Number** |
|---|---|
| **Stipend Opportunity,** High School Head Coach, Coach and Assistant Coach for <u>Winter Season 2002-2003</u> | **13** |
| PM Surround Care Paraprofessional (3), East Boston Early Education Center | **14** |
| Assistant Program Director for Service Options (2), Unified Student Services | **15** |
| Assistant Director of School Health Services, Unified Student Services | **16** |
| Special Education Student Registration Specialist (2), Unified Student Services | **17** |

1

2002-2003
September 16, 2002



**Boston Public Schools**
## Job Postings

To Cluster Leaders, Headmasters, Principals, and other Administrative Heads:

---

**APPLICATION PROCEDURE:**

**Applicants must submit the following documents to be considered for employment.
If you are applying for more than one position, please submit a package of
documents for _each_ position. Each package _must_ include:**

- Two completed Candidate Data Forms **(Please include the Posting Number on each
  form) Candidate Data Forms will be found at the back of this posting.**
- Two copies of your resume
- Two letters of recommendation, with copies of both letters stapled to each resume
- Educational transcripts and certifications (current BPS employees are not required to
  submit these documents if up-to-date transcripts and certifications have been
  submitted to Human Resources previously)

**Note: Faxed applications/resumes will NOT be accepted.**

**Please Forward Completed Packets by the Closing Date to:**
Brenda Hector Williams
Boston Public Schools
Office of Human Resources
26 Court Street
Boston MA 02108

**The Boston Public Schools is an affirmative action/equal opportunity employer that
actively seeks applications from candidates of color, women and all candidates
committed to our focus on children.**

Any questions or concerns regarding equity in the selection and assignment process
should be addressed to the Office of Equity at (617) 635-9650.

---

2002-2003
September 16, 2002

**Closing Date: Applications for this position _must_ be submitted on or before**
**September 30th, 2002.**

**Posting Number: 15**

**Title:** Assistant Program Director for Service Options (2), Unified
Student Services

**Terms/Salary Grade:** BASAS, Group 11, $80,746 - $83,680. The work year is 12
months, but not to exceed 220 days.

**Reports To:** Director, Special and General Education Service Options, Unified Student
Services

**General Description and Goals:**

The Special and General Education Service Options is a unit within Unified Student
Services that is responsible for special education student assignment/transfers, special
education interim placements, special education enrollment projections, budget and grant
management, and payroll and human resource functions. The Assistant Program Director
for Service Options will work closely with the Family Resource Centers and families, the
Department of Implementation, the Department of Transportation, the Office of Human
Resources, and the Budget and Payroll departments to ensure appropriate management of
the above functions.

The Assistant Program Director for Service Options will collaborate with the Assistant
Program Directors for Clusters, the Office for Litigation, Home and Hospital, Assistant
Program Directors for Private Placements and Itinerant Services as well as the Manager
of Quality Assurance. The Assistant Program Director will also work directly with
Principals/Headmasters, Special Education Administrators in schools, and Citywide and
School Based Evaluation Team Facilitators (ETF).

**Responsibilities:**

1. Complete student assignments/transfer process for special needs students.
2. Work with parents, Assistant Program Directors, ETFs, the family resource center
   staff, advocates, and social service and other agencies to effect appropriate student
   placements.
3. Coordinate the use of existing special education seats from early childhood through
   grade 12.
4. Verify the assignment or reassignment of each special education student annually.
5. Complete the student assignment process for Extended School Year students.
6. Work with Headmasters/Principals, Assistant Program Directors and ETFs on special
   education safety transfers and expulsions.
7. Analyze overall special education staffing and resources for projections and
   budgetary purposes.

2002-2003
September 16, 2002

The Assistant Director will serve as the BPS representative in partnerships with the Massachusetts Department of Public Health and other external agencies involving health services. As part of a unified approach to health and wellness initiatives, the Assistant Director will supervise and oversee all aspects of health education curriculum and implementation, AIDS and Sexuality Education, and school health programs. The Assistant Director will supervise the formulation, writing, and reviewing of grant opportunities within the health services arena to ensure alignment with BPS initiatives and appropriateness of implementation within Boston Public Schools.

### Responsibilities:

1. Oversees nursing staff within BPS regarding clinical supervision and consultation.

2. Works with headmasters and principals on developing consistent and promising practice standards for all nursing staff during the school year and during summer programs.

3. Assists in the development, implementation, and management of partnerships with internal and external agencies regarding health initiatives within BPS.

4. Supervises implementation of Citywide Learning Standards in the health education areas and builds accountability mechanisms for consistent promising practice standards for staff involved in health education.

5. Ensures the implementation and delivery of specific curricula that supports high standards in health education.

6. Supervises the implementation of the AIDS/Sexuality Education initiative to ensure access for schools and consistent standards of implementation.

7. Supervises the implementation of the Comprehensive School Health model and school health services programs in all Boston Public Schools.

8. Develops and monitors Section 504 Accommodation Plans necessary to meet student health needs.

9. Formulates, assists in the writing of, and monitors funding opportunities and grants concerning school health services initiatives.

10. Coordinates, supervises and provides professional development opportunities for nurses and other staff related to school health initiatives.

11. Serves as the liaison for successful collaboration with the nurse labor management team.

2002-2003
September 16, 2002

**Closing Date: Applications for this position _must_ be submitted on or before
September 30th, 2002.**

**Posting Number: 17**

**Title:** Special Education Student Registration Specialist (2), Unified Student Services

**Terms/Salary Grade:** Managerial, Tier B, $43,616, 12 months

**Reports To:** Assistant Program Director for Service Options

### General Description and Goals:

Special and General Education Service Options is a unit within Unified Student Services that is responsible for special education student assignments and transfers within the BPS, interim placements, enrollment from other districts and countries, and re-entries to the district.

The Special Education Student Registration Specialist will work directly with families, other educational districts, Headmasters/Principals, Assistant Program Directors for Clusters, Special Education Administrators and Evaluation Team Facilitators (ETFs) to ensure efficient and appropriate placements. The Special Education Student Registration Specialist must be knowledgeable in the areas of special education services, Individual Education Plans, special education regulations, registration procedures, and special education programs in schools from early childhood through grade 12.

### Responsibilities:

1. Work directly with families of special needs students who are moving into Boston to complete the registration process and to convert the Individual Education Plan from another school district into an appropriate Boston Public School placement.

2. Work with parents, Assistant Program Directors and ETFs regarding placement options for students from ages 3 to 22 with special needs.

3. Enter all information into the Special Education Information Management System and determine the time line and type of special education team meeting required.

4. Process referrals and identify seat availability for new special education placements and notify sending and receiving schools of placements/assignments.

5. Collect required documentation for "T" or temporary student assignment for the purpose of special education evaluations.



**FOCUS**
**On Children**
Boston Public Schools

# CANDIDATE DATA FORM

**For Posting #:** _____

**Position Title:** _____

Name: _____

Address : _____

City/State/Zip _____

Phone (daytime) _____

Phone (evening) _____

E-mail Address: _____

Are you a BPS Employee? Yes ☐  No ☐

If yes, please give your current location: _____

**Referral Source:**

BPS Web site ☐   Walk-in ☐

BPS Employee ☐  Internal Posting ☐        Other ☐
                                          (please specify)

Boston Public Schools is required by law to obtain the following information. Please check the appropriate designation for race/national origin.

**Race/National Origin:**

African-American/ Black ☐   American Indian/Alaskan Native ☐   Asian American/Pacific Islander ☐

Hispanic/Latino ☐        White ☐

**Gender:** Male ☐  Female ☐

P.B. NO.5, 2000-01
December 20, 2000

# BOSTON PUBLIC SCHOOLS

## PERSONNEL BULLETIN

### Recruitment Fair
### For
### BPS Paraprofessionals, Substitute
### And
### Student Teachers

To Cluster Leaders, Headmasters, Principals and Other Administrative Heads:

**PLEASE BRING THIS BULLETIN TO THE ATTENTION OF ALL STAFF UNDER YOUR JURISDICTION BY MEANS OF A <u>DATED CHECKLIST.</u>**

All Paraprofessionals, Substitute Teachers, Student Teachers and Interns who will be certified to teach in Massachusetts by August 31, 2001 are eligible to interview for teaching positions at the February 10, 2001 Recruitment Fair. The Fair will be held at the Boston Teachers Union from 9:00 a.m. to 2:00 p.m.

The attached application, with two copies of your resume, and a copy of a Massachusetts certificate, if applicable, must be submitted by January 19, 2001 to:

Lois Hart
C/O Human Resources
Recruitment and Staffing Section
26 Court Street
Boston, MA 02108

You will receive confirmation by telephone of your interview time from the Recruitment and Staffing Section.

ALL INQUIRIES CONCERNING THIS BULLETIN SHOULD BE ADDRESSED TO LOIS HART, C/O HUMAN RESOURCES, RECRUITMENT AND STAFFING SECTION, 26 COURT STREET, BOSTON, MA 02108. TELEPHONE (617) 635-9240.

P.B. NO.5, 2000-01
December 20, 2000

## RECRUITMENT FAIR
### FOR
## BPS PARAPROFESSIONALS, SUBSTITUTES AND STUDENT TEACHERS

### APPLICATION FORM

### FOR 2001 - 2002 SCHOOL YEAR

Name _____

Address _____

City _____ Zip _____ Phone _____

School/Work Location _____

Work Phone _____

Certification (s) Held _____
                              Subject                          State

If enrolled in a Certificate program, please show the anticipated graduation date:

_____

_____

_____

### Eligibility Guidelines For Recruitment Fair

Paraprofessionals and Substitutes – must have been employed with BPS by December 1, 2000.

Student Teachers/Interns - must be in a full-year, fall or spring placement in the Boston Public Schools.

### Application Procedure

Please submit this completed application form and two (2) copies of an updated resume **no later than 5 p.m. on Friday, January 19, 2001.** These materials should be sent to:

NO. 117, 1999-00
March 30, 2000

# BOSTON PUBLIC SCHOOLS
### Personnel Circular

## HEADMASTER

### BRIGHTON HIGH SCHOOL
### ENGLISH HIGH SCHOOL
### HYDE PARK HIGH SCHOOL
### SOUTH BOSTON HIGH SCHOOL

To Cluster Leaders, Headmasters, Principals, and other Administrative Heads:

**PLEASE BRING THIS CIRCULAR TO THE ATTENTION OF ALL STAFF
UNDER YOUR JURISDICTION BY MEANS OF A <u>DATED CHECKLIST.</u>**

## GENERAL DESCRIPTION AND GOALS:

The Boston Public Schools District is currently seeking visionary and dynamic
individuals to serve as educational leaders in our district's High Schools.   We are
seeking highly motivated, exceptional results oriented professionals who are committed
to high standards of performance and achievement by both students and educators.

**<u>TITLE:</u>**       Headmaster

**<u>TERMS:</u>**      $84,773 Base Salary 223 days, additional differential paid based upon
student enrollment

**<u>REPORTS TO:</u>**       Superintendent

## RESPONSIBILITIES:

1. Provides instructional leadership, resulting in high achievement for all students.
   Organizes and supervises curricular and instructional activities, and provides
   supervision for community and extracurricular activities.

2. Promotes student learning as the fundamental purpose of schooling and assesses
   student improvement using a variety of methods.



FOCUS
On Children
Boston Public Schools

NO. 117, 1999-00
March 30, 2000

14. Pursues collaborative relationships with various agencies, organizations, and individuals, such as business, cultural and community organizations, and institutions of higher education.

15. Promotes the nearby and larger community's understanding and support of the school system and school. Establishes practices and procedures whereby the staff maintains positive contact and a working relationship with students, parents, and the community at large.

16. Cooperates with law enforcement, social services agencies, and juvenile authorities with legal and policy limits.

17. Ensures the safety and security of all students, staff, visitors, and public and private property. Supervises the care of books, supplies, equipment and facilities. In order to facilitate the effectiveness of operations, opens the building for emergencies outside of regular school hours if the custodian is not available.

18. Manages school operations, including facilities maintenance and repairs and oversight of school records and resources.

19. Actively seeks alternative funding sources to support school programs.

20. Develops the total school organization, as well as prepares and executes an effective instructional schedule.

21. Works within the organizational structure by informing the Superintendent's Office and/or other appropriate offices in central administration of significant events, problems, and accomplishments in a timely manner.

22. Implements procedures established by the Superintendent designed to comply with School Committee policies within the framework of local, state, and federal laws and regulations, Court Orders, and collective bargaining agreements.

23. Exhibits a high degree of professionalism in all elements of this position, while serving as a contributing member of the Boston Public Schools Team and a dedicated role model for other employees.

24. Assumes other responsibilities and performs other duties as assigned by the Superintendent or his designee.

## QUALIFICATIONS:

### Required:

- Master's Degree

NO. 117, 1999-00
March 30, 2000

Any questions or concerns regarding equity in the selection and assignment process should be addressed to the Office of Equity, (617) 635-9650. Questions regarding recruitment should be addressed to the Recruitment Office (617) 635-9639.

### AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

### FOR OTHER JOB OPPORTUNITIES, PLEASE VISIT OUR WEBSITE AT
www.bostonpublicschools.com

### ALL INQUIRIES CONCERNING THIS CIRCULAR SHOULD BE DIRECTED TO KAY VEY, SPECIALIST, OFFICE OF HUMAN RESOURCES, 26 COURT ST., BOSTON, MA 02108, TEL. 635-9649.

**Office of Human Resources**

NO. 118, 1999-00
March 30, 2000

# BOSTON PUBLIC SCHOOLS
## Personnel Circular

## PRINCIPAL – MIDDLE SCHOOL

### MARY E. CURLEY
### ROBERT G. SHAW
### UMANA/BARNES

To Cluster Leaders, Headmasters, Principals, and other Administrative Heads:

**PLEASE BRING THIS CIRCULAR TO THE ATTENTION OF ALL STAFF UNDER YOUR JURISDICTION BY MEANS OF A <u>DATED CHECKLIST.</u>**

**<u>GENERAL DESCRIPTION AND GOALS:</u>**

The Boston Public Schools District is currently seeking visionary and dynamic individuals to serve as educational leaders in our district's Middle School.   We are seeking highly motivated, exceptional results oriented professionals who are committed to high standards of performance and achievement by both students and educators.

**<u>TITLE:</u>**       Principal – Middle School

**<u>TERMS:</u>**     $78,987 Base Salary 217 days, additional differential paid based upon student enrollment

**<u>REPORTS TO:</u>**    Superintendent

**<u>RESPONSIBILITIES:</u>**

1. Provides instructional leadership, resulting in high achievement for all students. Organizes and supervises curricular and instructional activities, and provides supervision for community and extracurricular activities.



FOCUS
On Children
Boston Public Schools

NO. 118, 1999-00
March 30, 2000

14. Pursues collaborative relationships with various agencies, organizations, and individuals, such as business, cultural and community organizations, and institutions of higher education.

15. Promotes the nearby and larger community's understanding and support of the school system and school. Establishes practices and procedures whereby the staff maintains positive contact and a working relationship with students, parents, and the community at large.

16. Cooperates with law enforcement, social services agencies, and juvenile authorities with legal and policy limits.

17. Ensures the safety and security of all students, staff, visitors, and public and private property. Supervises the care of books, supplies, equipment and facilities. In order to facilitate the effectiveness of operations, opens the building for emergencies outside of regular school hours if the custodian is not available.

18. Manages school operations, including facilities maintenance and repairs and oversight of school records and resources.

19. Actively seeks alternative funding sources to support school programs.

20. Develops the total school organization, as well as prepares and executes an effective instructional schedule.

21. Works within the organizational structure by informing the Superintendent's Office and/or other appropriate offices in central administration of significant events, problems, and accomplishments in a timely manner.

22. Implements procedures established by the Superintendent designed to comply with School Committee policies within the framework of local, state, and federal laws and regulations, Court Orders, and collective bargaining agreements.

23. Exhibits a high degree of professionalism in all elements of this position, while serving as a contributing member of the Boston Public Schools Team and a dedicated role model for other employees.

24. Assumes other responsibilities and performs other duties as assigned by the Superintendent or his designee.

NO. 118, 1999-00
March 30, 2000

## AFFIRMATIVE ACTION:

The recruitment, selection and assignment policies and procedures of the Boston Public Schools are covered by federal court orders, by state and federal non-discrimination laws and by the Affirmative Action Policy of the Boston Public School Committee.

Any questions or concerns regarding equity in the selection and assignment process should be addressed to the Office of Equity, (617) 635-9650. Questions regarding recruitment should be addressed to the Recruitment Office (617) 635-9639.

### AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

### FOR OTHER JOB OPPORTUNITIES, PLEASE VISIT OUR WEBSITE AT
www.bostonpublicschools.com

**ALL INQUIRIES CONCERNING THIS CIRCULAR SHOULD BE DIRECTED TO KAY VEY, SPECIALIST, OFFICE OF HUMAN RESOURCES, 26 COURT ST., BOSTON, MA 02108, TEL. 635-9649.**

**Office of Human Resources**

NO. 119, 1999-00
March 30, 2000

# BOSTON PUBLIC SCHOOLS
## Personnel Circular

## PRINCIPAL – ELEMENTARY SCHOOL

### HARRIET A. BALDWIN
### JAMES J. CHITTICK
### MARGARET FULLER
### ELIHU GREENWOOD
### NATHAN HALE
### PATRICK J. KENNEDY
### RICHARD J. MURPHY
### OLIVER H. PERRY
### LUCY STONE
### WILLIAM M. TROTTER

To Cluster Leaders, Headmasters, Principals, and other Administrative Heads:

**PLEASE BRING THIS CIRCULAR TO THE ATTENTION OF ALL STAFF
UNDER YOUR JURISDICTION BY MEANS OF A <u>DATED CHECKLIST.</u>**

**GENERAL DESCRIPTION AND GOALS:**

The Boston Public Schools District is currently seeking visionary and dynamic
individuals to serve as educational leaders in our district's Elementary Schools.   We are
seeking highly motivated, exceptional results oriented professionals who are committed
to high standards of performance and achievement by both students and educators.

**TITLE:**       Principal – Elementary School

**TERMS:**       $76,795 Base Salary 213 days, additional differential paid based upon
                 student enrollment

**REPORTS TO:**       Superintendent



FOCUS
On Children
Boston Public Schools

NO. 119, 1999-00
March 30, 2000

12. Works actively with and provides support to the School Site Council and other appropriate bodies to ensure implementation of School-Based Management.

13. Works to create a school climate in which staff, students, and parents, can develop a mutual sense of trust, participation, understanding, and appreciation of diversity among staff, students, and the school community.

14. Pursues collaborative relationships with various agencies, organizations, and individuals, such as business, cultural and community organizations, and institutions of higher education.

15. Promotes the nearby and larger community's understanding and support of the school system and school. Establishes practices and procedures whereby the staff maintains positive contact and a working relationship with students, parents, and the community at large.

16. Cooperates with law enforcement, social services agencies, and juvenile authorities with legal and policy limits.

17. Ensures the safety and security of all students, staff, visitors, and public and private property. Supervises the care of books, supplies, equipment and facilities. In order to facilitate the effectiveness of operations, opens the building for emergencies outside of regular school hours if the custodian is not available.

18. Manages school operations, including facilities maintenance and repairs and oversight of school records and resources.

19. Actively seeks alternative funding sources to support the school programs.

20. Develops the total school organization, as well as prepares and executes an effective instructional schedule.

21. Works within the organizational structure by informing the Superintendent's Office and/or other appropriate office in central administration of significant events, problems, and accomplishments in a timely manner.

22. Implements procedures established by the Superintendent designed to comply with School Committee policies within the framework of local, state, and federal laws and regulations, Court Orders, and collective bargaining agreements.

23. Exhibits a high degree of professionalism in all elements of this position, while serving as a contributing member of the Boston Public Schools team and a dedicated role model for other employees.

24. Assumes other responsibilities and performs other duties as assigned by the Superintendent or his designee.

NO. 119, 1999-00
March 30, 2000

## AFFIRMATIVE ACTION:

The recruitment, selection and assignment policies and procedures of the Boston Public Schools are covered by federal court orders, by state and federal non-discrimination laws and by the Affirmative Action Policy of the Boston Public School Committee.

Any questions or concerns regarding equity in the selection and assignment process should be addressed to the Office of Equity, (617) 635-9650. Questions regarding recruitment should be addressed to the Recruitment Office (617) 635-9639.

### AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

### FOR OTHER JOB OPPORTUNITIES, PLEASE VISIT OUR WEBSITE AT
www.bostonpublicschools.com

**ALL INQUIRIES CONCERNING THIS CIRCULAR SHOULD BE DIRECTED TO KAY VEY, SPECIALIST, OFFICE OF HUMAN RESOURCES, 26 COURT ST., BOSTON, MA 02108, TEL. 635-9649.**

**Office of Human Resources**

NO. 55, 2000-01
November 3, 2000

# BOSTON PUBLIC SCHOOLS
## Personnel Circular

### Office of Human Resources

## Assistant Director for Recruiting & Staffing

To Cluster Leaders, Headmasters, Principals, and other Administrative Heads:

**PLEASE BRING THIS CIRCULAR TO THE ATTENTION OF ALL STAFF
UNDER YOUR JURISDICTION BY MEANS OF A <u>DATED CHECKLIST</u>.**

### GENERAL DESCRIPTION AND GOALS:

To provide effective leadership and support for the Recruitment and Staffing area to meet
the current, changing and future needs of the Boston Public Schools.

### TITLE:

Assistant Director for Recruiting and Staffing, Human Resources

### TERMS:

Managerial, Class 9, $67,959-$76,149, 12 months
(Actual salary will be based on qualifications and experience.)

### REPORTS TO:

Director of Human Resources

### RESPONSIBILITIES:

- Oversee the hiring and placement of all Boston Public School employees.
- Chair Recruitment and Staffing management team, support implementation of new
  Recruitment and Staffing structure, and ensure section-wide collaboration and
  customer focus.
- Serve as an active member of the HR management team along with the Director of
  Human Resources, the HRIM and the Performance Management & Development
  Section Leaders.
- Actively promote use of technology for R&S processes, champion the applicant
  tracking system project, and lead effort to develop tools and collect data for long
  range R&S planning.

1

NO. 55, 2000-01
November 3, 2000

**FOR OTHER JOB OPPORTUNITIES, PLEASE VISIT OUR WEBSITE AT**
www.bostonpublicschools.com

**ALL INQUIRIES CONCERNING THIS CIRCULAR SHOULD BE DIRECTED TO RAY SHURTLEFF, DIRECTOR, HUMAN RESOURCES, 617-635-9600, 26 COURT STREET, BOSTON MA. 02108.**

**Office of Human Resources**

# BOSTON PUBLIC SCHOOLS



### OFFICE OF THE SUPERINTENDENT

THOMAS W. PAYZANT
Superintendent

July 9, 1998

Mr. Theodus Jordan
P.O. Box 840
Jamaica Plain, MA  02130

Dear Mr. Jordan:

Thank you for your letter which I received June 26, 1998.

You have every right to apply for Boston Public Schools positions for which you are
qualified.  There are many qualified applicants for positions and none has a guarantee for
a position.  Each applicant must go through the selection process which will determine
who among the qualified applicants is selected.

Sincerely,

Thomas W. Payzant
Superintendent

TWP:mc

jordan.ltr

*What happen when you are Kept or denied the process.*

*Shouldn't this be the other way around... "Selected qualified from application."*

# THE SCHOOL COMMITTEE OF THE CITY OF BOSTON




July 9, 1998

Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Dear Mr. Jordan:

Thank you for your letter of June 1, 1998, which has been referred to Superintendent Thomas Payzant.

As you may be aware, Supt. Payzant has the exclusive authority to assign, reassign, suspend, layoff, demote, remove or dismiss any School Department employee. The issues you have raised are within the management purview of the Superintendent.

Sincerely,

Elizabeth Reilinger, Ph.D.
Chair, Boston School Committee

cc: Thomas W. Payzant, Superintendent
Thomas J. Gosnell, BTU

w/o due process, for whites too? Or is only applied to blacks - i.e. w/o "due process"

w/o redress, cause, or grievance. There is no grievance process. No "Due process" Is this for everyone or just for me?

No one is here questioning his Authority. It is the process that is flawed with discrimination and civil ... like you did have, constantly being ... "proved ...

Printed on recycled paper

# BOSTON PUBLIC SCHOOLS



**THE ENGLISH HIGH SCHOOL**
Founded 1821

GERALD L. SULLIVAN
Headmaster

Assistant Headmasters
Dalia E. Alvarez
William E. Coffey
Patricia A. O'Brien

**March 5, 1997**

Mr. Theodus J. Jordan
P. O. Box 840
Boston, MA  02130

Dear Mr. Jordan

I am sorry to inform you that you were not selected to be
interviewed for the position of Assistant Headmaster at English
High School.

We appreciate your interest in our school and wish you well in
your future endeavors.

Sincerely,

*Gerald L. Sullivan*

Gerald L. Sullivan
Headmaster

*No interview*
*or any consideration*
*at all"*

Printed on recycled paper

P.O. Box 840
Jamica Plain, Ma. 02130
December 12, 1994

Boston Public SChools
School Committee , respectively
Superintendent  , respectevely
26 Court Street,
Boston, Massachusetts 02108

Madam  and Sirs:

Enclosed, please find identical copies of documents and credentials of this applicant
sent to Mr. Conley in an effort to gain employment.I feel I have done all I know to do
at this point to gain acceptance in acquiring acceptable, decent  employment which I
am  qualified for.  To date, however, I have not heard directly from  Mr. Conley. In
fact, I have not been able to see him at all.

Please , at least acknowledge my correspondence.  I am,

yours  sincerely,

Theodus Jordan



# BOSTON PUBLIC SCHOOLS
## APPLICATION FOR EMPLOYMENT



**APPLICATION**

AN EQUAL OPPORTUNITY EMPLOYER

Date of application _December 1, 1997_

[Please print]

Date available for employment _December, 1997_

Serial #_____

Social Security # _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_

Date of Birth _6-12-47_

Name: _Theodus Jordan_

Permanent Address (_804 Centre Street J.P._)

Street _P.O. Box 840_ _____ Apt. No. ___

City _Jamaica Plain_ (Res.) State _M∂_ Zip _02130_

Mail Address (if different)

Street _P.O. Box 840_ _____ Apt. No. ___

City _Jamaica Plain_ (Res.) State _M∂_ Zip _02130-0007_

Home Telephone: _617_ ] _524-9598_

Work Telephone: [_617_ ] _635-9000_

In case of an emergency please contact

_Mac A. Jordan, (205) 472-2297_

Foreign Language Fluency: _____

Place of Birth (Country) (_Etowah_) _Gadsden, AL._

Have you ever worked for the Boston Public Schools?

(Yes)   No   If yes, under what name?

Position _Teacher/Sub./Cord._

Year hired 19_79_   (_Applied in '78, St. James st. Bos._)

Have you ever been discharged or resigned _after being told_ your performance was unsatisfactory?

____ Yes ___✓___ No   If yes, please explain: _____

_____

**CHECK POSITION(S) DESIRED:**

*Academic*

✓ Administrator: _Headmaster/Prin. Asst./Ast._

✓ Teacher   Certified in: ___

  Subject(s) _Soc./Str. Hist./ Behavior Sciences._

  Preferred Subject _History(s)_

✓ Substitute _Teacher / Act. Adm'n._

___ Nurse

✓ Other _Coordinator /Asst._

*Non-academic*

___ Paraprofessional

___ Clerical

___ Food Service

___ Lunch Hour Monitor

___ SPED Cab Monitor

___ Custodian

___ Transportation Attendant

___ Student Worker

✓ Other

_'REC'D 4'97 AM 8:51 ARTPU_

To assist the Boston Public Schools in complying with court orders regarding equality of opportunity, please check the appropriate designation:

✓ Male           ✓ Black

___ Female       ___ White

✓ Veteran        ___ Hispanic

                 ___ American Indian/Alaskan Native

                 ___ Asian American/Pacific Islander

NAME: _Jordan, Theodus,_
SS#: _424 64 8269_

**SIGNATURES**

## RESIDENCY AFFIDAVIT

### TO BE COMPLETED BY APPLICANTS FOR POSITIONS REQUIRING RESIDENCY

School police staff, Facilities Management staff, clerical, cab monitors, transportation attendants, Supervisors of Attendance, storekeepers, stores delivery staff, lunch monitors, laborers, central supply staff, custodians, food service workers, and some managerial positions must be residents of the City of Boston.

### RESIDENT OATH

I affirm and make oath that I am currently a resident of the City of Boston and reside at:

_P.O. Box 840, Jamaica Plain_

_Massachusetts  02130  (Jamaica Plain)_

This address is my principal residence and is the location where I normally eat, sleep and

maintain my personal and household effects.

_Theodus Jordan_ _____ Signature

### NON-RESIDENT

I am not a resident of the City of Boston. I understand that residency in the City of Boston is a

condition of hire and continued employment.

_____ Signature

### TO BE COMPLETED BY ALL APPLICANTS

The information submitted on this application is accurate to the best of my knowledge. I concur in the above statements and requirements. I understand that falsification of any information submitted on this application shall be cause for dismissal from service. The Office of Human Resources has my permission to contact all past and present employers. I certify that I have read the above statements, understand their meanings and implications and will comply if employed.

_Theodus Jordan_ _____ Signature

_December 1, 1994_ _____ Date

Boston Public Schools is an affirmative action/equal opportunity employer and does not discriminate against any employee or applicant for employment because of race, sex, color, religion, age, national origin, sexual orientation, disability, veteran status, or marital status, in accordance with applicable laws. If you believe that any of the factors above have entered into the consideration of your application for employment, please contact the Office of Equity.



# BOSTON PUBLIC SCHOOLS
## PERSONNEL ACTION

**SUPERINTENDENT**

195 ___ DESIGNATION
195 ___ APPOINTMENT
195 ___ PROMOTION
640 ___ RECALL (administrator)
740 ___ DEMOTION
440 ___ SUSPENSION
515 ___ TERMINATION
830 ___ UPGRADING
830 ___ RECLASSIFICATION
870 ___ SALARY ADJUSTMENT
196 ___ APPOINTMENT LIST
    ☒ OTHER
410 ___ LEAVE - UNPAID
420 ___ LEAVE - PAID
660 ___ RETURN FROM LOA
505 ___ RESIGNATION
565 ___ RETIREMENT
570 ___ DEATH
310 ___ WORK LOCATION
310 ___ ASSIGNMENT
310 ___ TRANSFER
    ___ AMEND SWR

**PERSONNEL**

___ NAME
___ ADDRESS/TELEPHONE
830 ___ SALARY LANE
810 ___ SALARY STEP
S55 ___ CAREER AWARD/DIFFERENTIAL
640 ___ RECALL
___ CHANGE P.P.A.
195 ___ HIRE
560 ___ TERMINATE TEMP
195 ___ HIRE SUB
___ SUB START LTA
___ SUB END LTA
___ SICK LEAVE EXHAUSTED
___ ADJUSTED PAYROLL DATE
___ CREATE "A" RECORD
___ REMOVE FROM PAYROLL
___ OTHER

| | | |
|---|---|---|
| NAME | JORDAN | THEODUS J |
| | LAST | FIRST |
| ADDRESS | 192 CHESTNUT AVENUE | H |
| | JAMAICA PLAIN | MA  02130 |
| | 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  22695  BLACK  M | |
| | SERIAL  RACE  SEX | |

NEW NAME

NEW ADDRESS/TELEPHONE

POSITION FROM:

| POSITION NO. | TITLE | STATUS |
|---|---|---|
| R.C.  EXP | FUND  FUNC  FTE | CLASS/GRADE/STE |
| $_____ SALARY | BARGAINING UNIT | SCHOOL OR OFFICE |

POSITION TO:

| POSITION NO. | TITLE | STATUS |
|---|---|---|
| R.C.  EXP | FUND  FUNC  FTE | CLASS/GRADE/STEI |
| $_____ SALARY | BARGAINING UNIT | SCHOOL OR OFFICE |

| VACANCY CAUSED BY | POSTING NO. *Forthwith* | ADVERTISED |
|---|---|---|
| DATE-NEWLY BUDGETED | EFFECTIVE DATE | TERMINATION DATE |

Additional Information

\* Worked 96-97 school year
as a substitute teacher

| W.M. | 09/02/97 | | |
|---|---|---|---|
| HUMAN RESOURCES | DATE | EQUITY | 9-2-97 DATE |
| FISCAL | DATE | DEPUTY SUPERINTENDENT | DATE |
| | | SUPERINTENDENT | DATE |

FA-04