# THE SCHOOL COMMITTEE OF THE CITY OF BOSTON



BOSTON PUBLIC SCHOOLS
EDUCATION/EMPLOYMENT
JAMES A. CARADONIO, Director

December 3, 1986

Jordan Theodus
South Boston High School
95 G Street
South Boston, MA.   02127

Dear Mr. Theodus:

Thank you for applying for two positions recently
announced in Personnel Circular #13:

> Vocational Assessment Specialist
> Non-Traditional Guidance Specialist

I regret to inform you that you were not selected
for these positions.

Thank you for your interest in our programs.  I wish
you every success in the future at South Boston High.

Sincerely yours,

Jean Michaels
Vocational Grants Manager

Oct. 19, 1987.

Mr. Monteiro,
The state will also
waive this practicum
if the school department
will show them I've
been teaching in the system
since 1979.

Theodore Verdon

P.S. Please let me hear
from you. I would very
much like to meet with you.

33.

# THE SCHOOL COMMITTEE OF THE CITY OF BOSTON



BOSTON PUBLIC SCHOOLS
OFFICE OF THE SUPERINTENDENT

C. MICHAEL ROBINSON
Executive Assistant to the Superintendent

August 19, 1987

Mr. Theodus J. Jordan
192 H Chestnut Avenue
Jamaica Plain, Mass.   02130

Dear Mr. Jordan,

The Superintendent received your letter dated July 24, 1987, in which you requested an interview to discuss employment matters.  The Superintendent has referred your letter to Manuel Monteiro, Senior Manager for Personnel who can assist you in resolving employment issues.

I would recommend that you contact Mr. Monteiro to discuss concerns that you may have.

Sincerely,

C. Michael Robinson

CMR/ab

cc:  Manuel Monteiro

26 COURT STREET, BOSTON, MASSACHUSETTS 02108 • 726-6200 AREA 617



*The Commonwealth of Massachusetts*
*Bridgewater State College*
*Bridgewater 02324*

June 6, 1986

School Committee of City of Boston
Recruitment and Evaluation Unit
26 Court Street
Boston, Massachusetts 02108

To Whom it May Concern:

Please be informed that Mr. Theodus Jordan of 126 Pine
Street, Cambridge, Massachusetts, is a graduate student in
Bridgewater State College's Certificate of Advanced Graduate
Study Program in School Administration. Mr. Jordan is near-
ing the completion of the Program and, quite possibly, will
begin his internship in the Fall, 1986.

If any question or problems arise, please contact me
at Bridgewater State College, 697-1326.

Cordially,

Robert Sharples

Robert Sharples, Ed.D.
School Administration Program

RS/mjm



*The Commonwealth of Massachusetts*
*Bridgewater State College*
*Bridgewater 02324*

PROGRAM OF GRADUATE AND
CONTINUING EDUCATION

GRADUATE SCHOOL OFFICE
(617) 697-1300
CONTINUING EDUCATION OFFICE
(617) 697-1262

January 17, 1986

To Whom It May Concern:

This is to certify that Mr. Theodus J. Jordan,
126 Pine Street, Cambridge, Massachusetts, has
been a participant in the school administration
certification program which Bridgewater State
College has offered to Boston area teachers.
Mr. Jordan is currently enrolled in our school
administration seminar through which a master's
degree and Certificate of Advanced Graduate
Study candidates are formally admitted.    I
see no problem with Mr. Jordan's status and
eventual completion of our certification
program in school administration.

Sincerely,

Paul F. Wright
Associate Dean, Graduate School
PFW:sw
c.c. Mr. T. Jordan





*The Commonwealth of Massachusetts*
*Bridgewater State College*
*Bridgewater 02324*

**PROGRAM OF GRADUATE AND
CONTINUING EDUCATION**

GRADUATE SCHOOL OFFICE
(617) 697-1300
CONTINUING EDUCATION OFFICE
(617) 697-1252

June 6, 1986

Mr. Victor A. McInnis, Unit Leader
Personnel Board
School Committee of the City of Boston
Recruitment and Evaluation Unit
26 Court Street
Boston, Massachusetts  02108

Dear Mr. McInnis:

This is to certify that Mr. Theodus J. Jordan, 126 Pine Street, Cambridge,
Massachusetts, has been accepted at Bridgewater State College in the
Certificate of Advanced Graduate Study in Education program. Mr. Jordan
is pursuing a program of study which has been approved by the State for
the certification of School Principal, 9-12.

Sincerely,

Paul F. Wright
Associate Dean, Graduate School

PFW:sw

c.c. Mr. T. Jordan

# THE BOSTON SCHOOL COMMITTEE NOMINATING PANEL

December 4, 1995

Mr. Theodus J. Jordon
P.O. Box 840
Jamaica Plain, MA  02130-0007

Dear Mr. Jordon:

Thank you for your application to serve as a member of the Boston School Committee for the term beginning January 1, 1996. The applications the Nominating Panel received were of the highest quality and we appreciate your interest in applying.

The Panel has deliberated and selected its nominees for the Mayor's consideration. Although your application was not acted upon favorably in this round of the nominating, we urge you to resubmit your application for consideration in the next round for terms beginning January 1, 1997.

Again, thank you for interest in and support of the Boston Public Schools.

Very truly yours,

Victoria L. Williams, Chair
Boston School Committee
Nominating Panel

# BOSTON PUBLIC SCHOOLS

23.



### OFFICE OF THE GENERAL COUNSEL

November 2, 1990

Thomas J. Gosnell
Executive Vice President
Boston Teachers Union
180 Mount Vernon Street
Dorchester, MA   02125

Re:   AAA#1139-0517-90 (T-16-89/90)

Dear Mr. Gosnell:

Pursuant to our agreement in the above captioned
grievance/arbitration filed by the Boston Teachers Union on
behalf of Theodus Jordan, the parties agree to full and complete
settlement of all claims that were asserted or could have been
asserted in this case as follows:

The School Department agrees to rescind the annual overall
performance evaluation received by Theodus Jordan during the
1988-89 school year.

The parties agree that for academic year 1988-89, Mr. Jordan
will have no annual overall performance evaluation.

The Boston Teachers Union agrees to withdraw AAA
#1139-0517-90 filed in this matter.

This agreement does not constitute an admission by the
School Department of a violation of any provision of the
collective bargaining agreement.

This agreement is without precedential effect and shall not
be introduced in any other proceedings.

# BOSTON PUBLIC SCHOOLS



## OFFICE OF THE GENERAL COUNSEL

November 2, 1990

Thomas J. Gosnell
Executive Vice President
Boston Teachers Union
180 Mount Vernon Street
Dorchester, MA  02125

Re:  AAA#1139-0517-90 (T-16-89/90)

Dear Mr. Gosnell:

Pursuant to our agreement in the above captioned
grievance/arbitration filed by the Boston Teachers Union on
behalf of Theodus Jordan, the parties agree to full and complete
settlement of all claims that were asserted or could have been
asserted in this case as follows:

The School Department agrees to rescind the annual overall
performance evaluation received by Theodus Jordan during the
1988-89 school year.

The parties agree that for academic year 1988-89, Mr. Jordan
will have no annual overall performance evaluation.

The Boston Teachers Union agrees to withdraw AAA
#1139-0517-90 filed in this matter.

This agreement does not constitute an admission by the
School Department of a violation of any provision of the
collective bargaining agreement.

This agreement is without precedential effect and shall not
be introduced in any other proceedings.

22691

SETTLEMENT AGREEMENT
between
BOSTON SCHOOL COMMITTEE
and
BOSTON TEACHERS UNION

In full settlement of all claim and damages arising
out of grievance filed by the Boston Teachers Union on behalf
of Theodus Jordan alleging that Mr. Jordan was disciplined
without just cause:

1.   The Boston School Committee agrees to withdraw
the disciplinary action on May 17, 1989.

2.   The Boston School Committee agrees to compensate
Mr. Jordan $124.

3.   The Boston Teachers Union agrees to withdraw
AAA Case No. 1139-0502-90 file in this matter.

4.   The parties agree this Settlement Agreement is
without precedential effect and shall not be introduced in
any other proceedings except as may be necessary to enforce
its terms.

5.   This agreement is subject to the approval of the
Boston School Committee.

For the Boston School Committee        For the Boston Teachers Union

By  _____              By  _____

Title _Asst General Counsel_           Title _Vice President_

Date  _11/15/90_                       Date  _10/31/96_

The above Settlement Agreement is voluntarily accepted in
full settlement of all claims and damages.

_____
Theodus Jordan   Soc.Sec. #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        Date  _10/24/90_

copy to pync  12/10/90

SETTLEMENT AGREEMENT
between
BOSTON SCHOOL COMMITTEE
and
BOSTON TEACHERS UNION

In full settlement of all claim and damages arising out of grievance filed by the Boston Teachers Union on behalf of Theodus Jordan alleging that Mr. Jordan was disciplined without just cause:

1.  The Boston School Committee agrees to withdraw the disciplinary action on May 17, 1989.

2.  The Boston School Committee agrees to compensate Mr. Jordan $124.

3.  The Boston Teachers Union agrees to withdraw AAA Case No. 1139-0502-90 file in this matter.

4.  The parties agree this Settlement Agreement is without precedential effect and shall not be introduced in any other proceedings except as may be necessary to enforce its terms.

5.  This agreement is subject to the approval of the Boston School Committee.

For the Boston School Committee        For the Boston Teachers Union

By _____            By _____

Title _MIT General Counsel_           Title _Vice President_

Date ___11/5/90___                    Date ___10/31/90___

The above Settlement Agreement is voluntarily accepted in full settlement of all claims and damages.

_____               __10/24/90__
Theodus Jordan   Soc.Sec. #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    Date

.as J. Gosnell
ember 2, 1990
je Two

Please advise me in writing if this agreement is acceptable.

Thank you.

Very truly yours,

Stephani A. Carter

SAC/ctc:362

# BOSTON PUBLIC SCHOOLS *47.*



### MARTIN L. KING, JR. MIDDLE SCHOOL

STEVEN C. LEONARD
Principal
FRANCIS GUASTALLI
Assistant Principal
DR. JAMES L. BUCKLEY
Director of Instruction
MICHELE SPRATLING
School Development Officer

M E M O R A N D U M

TO:     Mr. Joseph Bage

FROM:   Mr. Steven Leonard

RE:     Theodus Jordan

DATE:   June 20, 1989

I am recommending that Mr. Theodus Jordan, a provisional teacher, be denied re-hiring to the Boston Public School System.  I have found his performance to be far below the minimum acceptable standard.  Even though I have offered him support and a very specific prescription, he has not improved. His attitude toward constructive criticism from me has been extremely negative.  The Boston Public School system and its children will be better without Mr. Jordan.  Please do not re-hire him.

# BOSTON PUBLIC SCHOOLS



DEPOSITION
EXHIBIT
2
12\14\06 mm



MARTIN L. KING, JR. MIDDLE SCHOOL

STEVEN C. LEONARD. Ed.D.
Principal

M E M O R A N D U M

TO:    Alvin Shiggs
FROM:  Steven Leonard
RE:    Theodus Jordan, Substitute Teacher
DATE:  October 6, 1994

Mr. Shiggs, Theodus Jordan was sent to the King School as a
substitute teacher on October 6, 1994.  Mr. Jordan formerly
taught at the King School and was dismissed due to
unsatisfactory performance.

Please do not send Theodus Jordan to the King School as a
substitute teacher in the future.

# BOSTON PUBLIC SCHOOLS



**MARTIN L. KING, JR. MIDDLE SCHOOL**

STEVEN C LEONARD
Principal
FRANCIS GUASTALLI
Assistant Principal
DR JAMES L BUCKLEY
Director of Instruction
MICHELE SPRATLING
School Development Officer

M E M O R A N D U M

·TO:     Marsha, Personnel

FROM:    Steven Leonard

RE:      Theodus Jordan's Sick Days

DATE:    May 26, 1989

As per our telephone conversation this morning, I am requesting
that Theodus Jordan be coded 208 (personal-no pay) for May 9,
10, 11, 12 and 15.  He had no sick leave left after May 8, 1989
and was coded 100 in error.  Thank you for your cooperation.

*How does Leonard know
my sick-leave status + days
w/o going into my Personnel
file or obtaining that
specific information from
someone?*

77 LAWRENCE AVENUE, DORCHESTER, MASSACHUSETTS 02121 • 445-4120 AREA 617

# BOSTON PUBLIC SCHOOLS

## MARTIN L. KING, JR. MIDDLE SCHOOL

STEVEN C. LEONARD
Principal
FRANCIS GUASTELL
Assistant Principal
DR. JAMES L. BUCKLEY
Director of Instruction
MICHELE SPRATLING
School Development Officer

# M E M O R A N D U M

TO:     Mr. Jordan

FROM:   Steven Leonard SCL

RE:     Lunchroom Duty

DATE:   April 5, 1989

Mr. Jordan, when I checked the lunchroom you were not present
on your lunchroom duty.  According to my records, you should
have been in the lunchroom on April 5, 1989 from 11:40 to 12:08
as part of the second lunch supervision team.  Please do not
miss lunch duty for any reason without authorization from me,
Mr. Guastalli, or Dr. Buckley.

77 LAWRENCE AVENUE, DORCHESTER, MASSACHUSETTS 02121 • 445-4120 AREA 617

# BOSTON PUBLIC SCHOOLS

### MARTIN L. KING, JR. MIDDLE SCHOOL

STEVEN C. LEONARD
Principal
FRANCIS GUASTALLI
Assistant Principal
DR. JAMES L. BUCKLEY
Director of Instruction
MICHELE SPRATLING
School Development Officer

## M E M O R A N D U M

TO:   Mr. Jordan

FROM:   Steven Leonard

RE:   Pre-conference/Class Visit

DATE:   April 4, 1989

There will be a pre-conference in my office on Tuesday, April 11, 1989 during 2nd period.  Bring grade and attendance book with you and a lesson plan for Wednesday, April 12, 1st period.

I will be visiting your 1st period class on Wednesday, April 12.

# BOSTON PUBLIC SCHOOLS



### MARTIN L. KING, JR. MIDDLE SCHOOL

STEVEN C. LEONARD
Principal
FRANCIS GUASTALLI
Assistant Principal
DR. JAMES L. BUCKLEY
Director of Instruction
MICHELE SPRATLING
School Development Officer

M E M O R A N D U M

TO:    Mr. Jordan

FROM:  Steven Leonard SCL

RE:    Performance Evaluation on Monday, June 12, 1989 During
       3rd Period

DATE:  June 7, 1989

I will be formally evaluating your performance during 3rd
period on Monday, June 12, 1989. Please report to my office
Friday, June 9th, 1989 at 7:25 A.M. for a pre-conference.
Thank you in advance for your cooperation.

*Sir! Mr. Leonard:*
*I cannot meet you 7:25 Am. That
is before school officially opens for me.
School starts, technically at 7:45.
All time prior to that is my personal time.
However I can meet with you at
8 AM or 9 AM. the same day. Not before
School or after school. My schedule
is full. Thank You for your cooperation*
*Sincerely.*
*Theshus John  6/2/89 - Submitted 6/8/89*

CC. Dr. Buckley, Representatives

77 LAWRENCE AVENUE, DORCHESTER, MASSACHUSETTS 02121 • 445-4120 AREA 617

# BOSTON PUBLIC SCHOOLS



### MARTIN L. KING, JR. MIDDLE SCHOOL

STEVEN C. LEONARD
Principal
FRANCIS GUASTALLI
Assistant Principal
DR. JAMES L. BUCKLEY
Director of Instruction
MICHELE SPRATLING
School Development Officer

M E M O R A N D U M

TO:   Mr. Jordan

FROM:   Steven Leonard

RE:   At-Risk Students

DATE:   April 28, 1989

The following at-risk students have signed contracts on file with Mr. Connell and according to his memo of March 1989 were to have received a grade of "Incomplete" instead of a failing grade. (see attached).  These particular students, however, were issued a failing grade, or no grade, by you for this third marking period.

| FAILURES | NO GRADES |
|----------|-----------|
| P. Britt | A. Robles |
| H. Mendes | C. Cepeda |
| J. Blackwell | R. Collins |
| N. Acevedo | V. Delatorre |
| D. Waller | E. Zayas |
| L. Price | J. Alegria |
| N. Yancey | L. Jacobs |
| H. Rodriguez | |
| T. Jordan | |
| A. Santiago | |
| L. Garvin | |

I need a valid explanation for this.  I have scheduled you for a conference in my office on Monday, May 1, 1989 at 7:25 A.M. Without an appropriate explanation, I expect a grade change for these students.


cc.  Mrs. Belanger, Dr. Buckley

P.O. Box 840
Jamaica Plain, Ma.
June 1, 1998


BOSTON PUBLIC SCHOOLS
Superintendennt Thomas Payzant
26 Court Street, 5th. Flr.
Boston, Massachusetts 02108

Dear Sir:            SEVEN OR EIGHT ATTEMPT TO RESOLVE DISPUTE!
Enclosed, please find a capy of the grievance handed to you
by me in hand on March 9, 1998, at the Boston Teachers Union
meeting .   Back in December of 1995, I sent to you a certified
letter asking you for a very important meeting regarding my
serious predicament involving my unemployment woes and dis-
crimination problems coming from prior mistreatment and abuses
by the Boston Public Schools toward this certified teacher and
administrator . I never heard from you even though you promised
me during our brief but fruitful encounter on November(or Oct.)
at an introduction session you had at Northeastern University
during your advent in Boston Public Schools then.This was just
for Boston Teachers only at Ell Hall.

The reason I'm writing to you now is simply to inform you that
I'm still without a job even though I am more qualified than
some of the people you've hired and put into various positions
throughout the Boston Public School system. I can prove this
in any court of law given the opportunity to do so. Now, I am
indigent, destitute, and without basic living support even though
I have the experience and the ability with very little supervision
could do your job even. But yet I do not have a job. Not even
an interview even though I have made over a 500 applications
and sent in over 800 resumes since 1983.  I have received only
1 or 2 interviews during this entire period.

Finally, I hope you will find the time to respond to this "notice"
if you so choose.  I have every intention of seeking full justice
and full restitution for all abuses, negligence, denials of access,
retaliations, discriminations, and denials of "due processes", and
all other illegal and unlawful conduct done to me by Boston
Public Schools and its Systems.    I remain,

Under the pains and penalties of perjury, this day, 6/1/98,

Respectively submitted,

_____

Theodus Jordan

A LEGAL NOTICE

(hand delivered, 3/18/98)

P.O. Box 840
Jamaica Plain, Ma. 02130
March 9, 1998

LETTER OF EXTREME  GRIEVANCE and COMPLAINT

TO: BOSTON TEACHERS UNION (BTU)
    Viz., Ed Doherty, Pres.
        Tom Gosnell,  vice-pres.
        Richard Stutman, sec. repres.
        Jenna Fitzgerald, para/subs, repres.
        Tom Payzant, Superintendent of BOSTON PUBLIC SCHOOLS
    FROM: Theodus Jordan, Substitute teacher/certified teacher/administrator since 1979-present,
          and BTU, paying member.

Date: March 9, 1998

RE:  NEGLIGENCE; DENIAL OF DUE PROCESS; DISCRIMINATION(age, gender, race, retaliation) ;
     FRAUD, CONSPIRACY TO COMMIT FRAUD: DENIAL OF OPPORTUNITY AND INCOME( A consistant
     deliberate effort of the BTU, Alvin Shiggs/BPS, to deny this member access to school
     assignments, my rights, and due process before any grievance process or exercise of:
     - rights to "due process"  (right of hearing, right to rebutt, right to be evaluated
     by a formal legal process, and no representation of this substitute's membership rights
     what-so-ever, in any form.)


Dear Union Leaders and Superintendent of BPS:

I, _Theodus Jordan_ , due now submit  this letter of EXTREME GRIEVANCE
Theodus Jordan
and COMPLAINT:  I have been denied  my "due process" by this BTU in which I am appearing
up-to-date  dues paying member, to present my grievance(s) AND  complaints which I
once again this day will attempt to submit:

1. I have been denied work opportunities as a substitute teacher without due process of
   law to attend the following schools: Ellis Elem. ; Martin Luther King, MS.; Jeremiah
   Burke HS.; Mary E. Curly MS.; Hyde Park HS.; G. Shaw MS.; English HS.; et.al.

2. I have been blacklisted by Boston Public Schools Personnel-Alvin Shiggs/ Supt. Payzants'
   strange silence; Ed.Doherty, Tom Gosnell, Richard Stutman, Jenna Fitzgerald, School Comm.,
   silence, Equitys'character assasinations and outright lies about my record.

3. I am constantly denied job considerations, job opportunities, and school assignments as
   a substitute, Mistreated by administrators and teachers, also denied professional courtesies,
   as well as freedom to teach,in most schools. Almost always ,  in most schools—not all—
   I am not treated as a teacher/professional. Students are not told or introduced to me
   as the teacher of the day or authority in the room for the day. Usually, I am relegated
   to working for the paras, if they choose to stay in the room.

4. Most of the schools do not have substitute folders, or because of teacher burn-out and
   absence, these folders are never prepared with up-to-date materials to teach the students
   for a day or a week.

5. Usually, the school rooms are filthy, trash left from the day before. Most principals
   if they see you or speak to you as a substitute, expect you to know who they are and

LETTER OF GRIEVANCE AND COMPLAINT

never will tell you they are the principal as if they are spying on you or something.
I am not treated as a fellow-professional, but expected to treat them with 'awe" and "
glory". Most , but not all principals,behave in this manner. They 'are detached from the
students, except for disciplining them. There is very little interaction on a human
level between students and administrators and teachers as for as that matters. The environment
seem to be a hostile situation all the time, very strained and very tersed.

5b. My experience within the Boston Public Schools as a teacher, as a subtitute teacher, as
   a certified administrator/teacher, is in agreement with the Deputy Superintendent's
   (Janice E. Jackson)  in her article, Herald 2/12/98, p.20, that for the most part,
   (I do not agree that all white teachers do this, but most are afraid and have hostile
   attitudes and resentments toward the majority black and hispanic students, especially
   toward the black youngsters).   The few white kids that are left in the BPS system,
   seem to be understood better by the white teachers and some black teachers more than they
   are toward the black and hispanic students.  Again, not all white teachers, but most.
   I know of white teachers who are beyond the exception and who are , in my experience,
   are excellent teachers for any student.

6. The school system continues to deny me access, opportunity, school assignements, without
   due process but based purely on pure discrimination, blacklisting, and retaliation as well as
   age.  The BPS fails to recall based on blacklisting not on performance,always  without due
   process.

7. The BTU has failed to assist this memeber and denied me  access even though Iam a paying
   member of the Teachers Union. It also failed to represent me properly or respond to my
   needs, as well as others.  There is a historical pattern of neglect for the substitute
   teachers such as myself.   Disenfranchised, denied, neglected, abandoned, and ostracised
   relegated and disrespected by this Union, Administrators, teachers, parents and students
   because of the attitude of the School Officials and this Union failure to upgrade and enforce
   policies or establish good policies that support substitute teachers status—safety, health,
   benefits, income and working conditions.This Union has failed to uphold the law and by-laws in
   its failure to represent this members best interest; also has failed to represent this member
   in good-faith and in bargaining.

                  SUBMITTED UNDER PAINS AND PENALTIES OF PERJURY THIS DAY, 3/18/98, by,

Yours Sincerely,

Theodus Jordan

cc/ BTU;SUPT. PAYZ.: DEPUTY SUPT.: SUBSTITUTE UNITED:

(hand delivered, 3/18/98)

P.O. Box 840
Jamaica Plain, Ma. 02130
March 9, 1998

## LETTER OF EXTREME GRIEVANCE and COMPLAINT

TO: BOSTON TEACHERS UNION (BTU)
   Viz., Ed Doherty, Pres.
      Tom Gosnell, vice-pres.
      Richard Stutman, sec. repres.
      Jenna Fitzgerald, para/subs, repres.
      Tom Payzant, Superintendent of BOSTON PUBLIC SCHOOLS
FROM: Theodus Jordan, Substitute teacher/certified teacher/administrator since 1979-present,
      and BTU, paying member.

Date: March 9, 1998

RE: NEGLIGENCE; DENIAL OF DUE PROCESS; DISCRIMINATION(age, gender, race, retaliation) ;
    FRAUD, CONSPIRACY TO COMMIT FRAUD: DENIAL OF OPPORTUNITY AND INCOME( A consistant
    deliberate effort of the BTU, Alvin Shiggs/BPS, to deny this member access to school
    assignments, my rights, and due process before any grievance process or exercise of:
    - rights to "due process" (right of hearing, right to rebutt, right to be evaluated
    by a formal legal process, and no representation of this substitute's membership rights
    what-so-ever, in any form.)


Dear Union Leaders and Superintendent of BPS:

I, _Theodus Jordan_ , due now submit this letter of EXTREME GRIEVANCE
and COMPLAINT: I have been denied my "due process" by this BTU in which I am appearing
up-to-date dues paying member, to present my grievance(s) AND complaints which I
once again this day will attempt to submit:

1. I have been denied work opportunities as a substitute teacher without due process of
law to attend the following schools: Ellis Elem. ; Martin Luther King, MS.; Jeremiah
Burke HS.; Mary E. Curly MS.; Hyde Park HS.; G. Shaw MS.; English HS.; et.al.

2. I have been blacklisted by Boston Public Schools Personnel-Alvin Shiggs/ Supt. Payzants'
strange silence; Ed.Doherty, Tom Gosnell, Richard Stutman, Jenna Fitzgerald, School Comm.,
silence, Equitys'character assasinations and outright lies about my record.

3. I am constantly denied job considerations, job opportunities, and school assignments as
a substitute, Mistreated by administrators and teachers, also denied professional courtesies,
as well as freedom to teach,in most schools. Almost always , in most schools—not all—
I am not treated as a teacher/professional. Students are not told or introduced to me
as the teacher of the day or authority in the room for the day. Usually, I am relegated
to working for the paras, if they choose to stay in the room.

4. Most of the schools do not have substitute folders, or because of teacher burn-out and
absence, these folders are never prepared with up-to-date materials to teach the students
for a day or a week.

5. Usually, the school rooms are filthy, trash left from the day before. Most principals
if they see you or speak to you as a substitute, expect you to know who they are and

LETTER OF GRIEVANCE AND COMPLAINT

never will tell you they are the principal as if they are spying on you or something.
I am not treated as a fellow-professional, but expected to treat them with 'awe" and "
glory". Most , but not all principals,behave in this manner. They "are detached from the
students, except for disciplining them. There is very little interaction on a human
level between students and administrators and teachers as for as that matters. The environment
seem to be a hostile situation all the time, very strained and very tensed.

5b. My experience within the Boston Public Schools as a teacher, as a subtitute teacher, as
a certified administrator/teacher, is in agreement with the Deputy Superintendent's
(Janice E. Jackson)  in her article, Herald 2/12/98, p.20, that for the most part,
(I do not agree that all white teachers do this, but most are afraid and have hostile
attitudes and resentments toward the majority black and hispanic students, especially
toward the black youngsters).   The few white kids that are left in the BPS system,
seem to be understood better by the white teachers and some black teachers more than they
are toward the black and hispanic students. Again, not all white teachers, but most.
I know of white teachers who are beyond the exception and who are , in my experience,
are  excellent teachers for any student.

6. The school system continues to deny me access, opportunity, school assignements, without
due process but based purely on pure discrimination, blacklisting, and retaliation as well as
age. The BPS fails to recall based on blacklisting not on performance,always  without due
process.

7. The BTU has failed to assist this memeber and denied me  access even though I am a paying
member of the Teachers Union. It also failed to represent me properly or respond to my
needs, as well as others.  There is a historical pattern of neglect for the substitute
teachers such as myself.    Disenfranchised, denied, neglected, abandoned, and ostracised
relegated and disrespected by this Union, Administrators, teachers, parents and students
because of the attitude of the School Officials and this Union failure to upgrade and enforce
policies or establish good policies that support substitute teachers status--safety, health,
benefits, income and working conditions.This Union has failed to uphold the law and by-laws in
its failure to represent this members best interest; also has failed to represent this member
in good-faith and in bargaining.

SUBMITTED UNDER PAINS AND PENALTIES OF PERJURY THIS DAY, 3/18/98, by,

Yours Sincerely,

*Theodus Jordan*
Theodus Jordan

cc/  BTU;SUPT. PAYZ.: DEPUTY SUPT.: SUBSTITUTE UNITED:

316 79 -45
JORDAN, THEODUS
P.O. BOX 840
JAMAICA PLAIN, MA 02130

180397

MEDICAL SECURITY

CONFIDENTIAL

ADDENDUM A1

BCC
J. WILLIAM

## SELF-IDENTIFICATION OF DISABILITY
### PURPOSE OF FORM

In accordance with Executive Order #227, the Governor's Code of Fair Practice, and Executive Order #246, Affirmative Action Program for the Handicapped, each employee and applicant for employment within the executive branch of state government is invited to indicate whether s/he is handicapped, for purposes of receiving the affirmative action benefits of protected status. This information is intended for use solely in connection with the Commonwealth's affirmative action efforts. It is being requested on a voluntary basis, and refusal to provide it will not subject you to any adverse treatment. The information will be kept confidential and used only in accordance with the State Office of Affirmative Action guidelines and any applicable Federal regulations (e.g. 45 C.F.R. Part 84) implementing Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. §794).

A self-identification is presumed accurate, pending verification and issuance of a document confirming the individual's protected status.* This process is completed only once to confirm protected status for purposes of affirmative action by any agency within the executive branch. A self-identified applicant for employment is not required to provide verification of disability during the hiring process, and hiring cannot be made contingent on verification, but protected status must be documented within 30 days of employment. The self-identifying individual must submit to the Affirmative Action Manager a separate Verification of Disability form completed by a physician, or a state agency such as the Commission for the Blind, Commission for the Deaf and Hard of Hearing, Department of Mental Health, Department of Mental Retardation or Massachusetts Rehabilitation Commission.

### DO YOU QUALIFY FOR PROTECTED STATUS

You will qualify for protected status if you (1) have a physical or mental impairment which substantially limits one or major life activities or (2) have a record of such an impairment. (You may not claim protected status for affirmative action purposes on the grounds that you are "regarded as having such an impairment" but you may, on that basis, invoke the protection of state and federal laws prohibiting discrimination on the basis of handicap.) "Major life activities" means functions such as caring for one's self, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning and working.

### SELF-IDENTIFICATION

PLEASE PRINT: I _Theodus Jordan_ , _Admin./Teaching_ ,
                       (name)                        (job title, if any)

_PO BN 840_   _Jamaica Plain, Ma. 02130_   [ ] am employed
(street address)   (city and state)   (zip code)

[✔] an applicant for employment at the: _Dept. of Education, Mass._
                                                    DEPARTMENT/DIVISION/AGENCY

_350 Main Str._  _Malden_   _02148_
(street address)   (city)   (zip code)

Voluntarily self-identify as handicapped, according to the definition given above. I understand that my protected status is subject to verification.

Signature: _Theodus Jordan_   Date: _11/20/97_

*IF PROTECTED STATUS IS DENIED, THE SELF-IDENTIFIED INDIVIDUAL MAY APPEAL THE DECISION TO THE STATE OFFICE OF AFFIRMATIVE ACTION

CONFIDENTIAL    <u>VERIFICATION OF DISABILITY</u>    ADDENDUM B
<u>PURPOSE OF FORM</u>

In accordance with Executive Order #227, the Governor's Code of Fair Practice and
Executive Order #246, Affirmative Action Program for the Handicapped, each employee
and applicant for employment within the executive branch of state government is
invited to indicate whether s/he is handicapped, for purposes of receiving the
affirmative action benefits of protected status. A self-identification is presumed
accurate, pending verification and issuance of a document confirming the
individual's protected status. This process is completed only once to confirm
protected status for purposes of affirmative action by an agency within the
executive branch of government. Verification of disability must be provided on this
form by a physician, or a state agency such as the Commission for the Blind,
Commission for the Deaf and Hard of Hearing, Department of Mental Health, Department
of Mental Retardation, or the Massachusetts Rehabilitation Commission.

<u>AUTHORIZATION FOR COMPLETION OF FORM BY PHYSICIAN OR AGENCY</u>

I authorize _____ to complete this form.
           (name of physician or agency)

PLEASE PRINT
NAME  _Theodur Jordan_                  Telephone _617-524-8588_

ADDRESS _P.O. BOX 840_        City/State/Zip _Jamaca Plain, Ma. 02130_

Signature: _Theodus Jordan_             Date: _____

<u>INSTRUCTIONS TO PHYSICIAN OR AGENCY</u>

The above individual has a limited time (normally twenty-20-working days) to provide
verification of his/her disability. Your cooperation in promptly completing and
returning this form to the individual for submission to the Affirmative Action
Manager will be appreciated. If the above individual has, or has a record of, any
of the handicaps listed in the three categories (A,B and C) on the attached form,
please check the appropriate box, print your name, office and address and telephone
number on the lines below, and sign the form. Check <u>ONLY ONE</u> box. <u>DO NOT</u> identify
the individual's precise disability or add information about the individual's
medical condition or history to this form. .

GROUP A [ ] (check this box if you can verify a handicap in Group A, even if you
            could also verify a handicap in Group B or C)
GROUP B [ ] (check this box if you can verify a handicap in Group B but none in
            Group A, even if you can also verify a handicap in Group C)
GROUP C [X] (check this box if you can verify a handicap in Group C, but none in
            Group A or Group B)

PLEASE PRINT    Name: _WILLIAM  A.  KORMOS_

                Address: _WANG ACC 635   IMA 9   MASS General HOSP_

                City/State: _BOSTON._          Zip Code _02114_

                Telephone: _(617)  726 8157_

                                                    _____ ___ __ __ ___
                                                    __ _____ Hospital

Signature of Physician or Authorized Officer
of Agency: _W. M. Kormos_          Date: _12/3/97_   Boston, Ma.  02114

ADDENDUM B1    Side 1

## CATEGORIES OF HANDICAP

For purposes of verification, the verifying signee will choose one of these groups within which the self-identifying individual falls.

### GROUP A

#### HEARING IMPAIRMENTS
Severe to profound hearing impairment in the better ear without amplification.

Hearing impairment of any degree or an auditory condition resulting in visual input as the primary receptive avenue of communication

#### VISION IMPAIRMENTS
Inability to read ordinary size print not correctable by glasses. (Can read oversized print or use assisting devices such as glass or projector modifier). "Tunnel Vision" – Visual field less than 10 degrees. Legally blind in both eyes. Definition from Chapter 6, S136, MGL.

#### BLIND AND DEAF

#### MISSING EXTREMITIES
One arm – One leg
One hand or arm and one foot or leg
Both hands or arms and one foot or leg
Both hands or arms and both feet or legs

Both feet or legs
One hand or arm and both feet or legs
Both hands or arms

#### PARTIAL PARALYSIS
(Because of a brain, nerve or muscle problem, including palsy and cerebral palsy, there is some loss of ability to move or use a part of the body, including legs, arms and/or trunk.)
Both hands                                    Both legs, any part
Both arms, any part
One side of body, including one arm and one leg
Three or more major parts of the body (arms and legs.)

#### OTHER IMPAIRMENTS
Mental retardation (A chronic and lifelong condition involving a limited ability to learn, to be educated and to be trained for useful productive employment as certified by a State Vocational Rehabilitation agency under section 213..3102 (t) of Schedule A.)

Convulsive Disorder (e.g., epilepsy)

Mental or emotional illness (a history of treatment for mental or emotional problems.)
Severe distortion of limbs and/or spine (e.g. dwarfism, kyphosis (severe distortion of back.)

#### COMPLETE PARALYSIS
(Because of a brain, nerve or muscle problem, including palsy and cerebral palsy, there is a complete loss of ability to move or use a part of the body including legs, arms and/or trunk.)

Both hands                         One arm
Both arms                          One leg
Both legs                          Lower half of body (including legs)
One side of body, (including one arm and one leg)
Three or more major parts of the body (arms and legs.)

VETERAN'S APPLICATION FOR PROVISIONAL APPOINTMENT Form 82 8/81

THIS IS NOT AN APPLICATION FOR A CIVIL SERVICE EXAMINATION.
THIS APPLICATION IS KEPT IN THE DPA FILE FOR ONLY 1 YEAR.
INSTRUCTIONS: PRINT ALL ENTRIES. CHECK BLOCKS AS APPLICABLE.

Mail to: Division of Personnel Administratic
One Ashburton Place, Boston 021
or deliver to: Information Counter, Room 2:
One Ashburton Place, Bost

Exact Title of the Position Applied For
Educational Specialist III /MOE

Applicant's Name (Last, First, Initial)
Jordan, Theodus J.

Social Security Number
424 16 8269

Date of Birth
6-12-49

Mailing Address (Number & Street, City or Town, State, Zip Code)
P.O. BOX 840, Jamaica Plain, Ma. 02130-0007

Telephone Number
617-

☒ I wish to be considered as a veteran applicant, under General Laws Chapter 31, Section 26, for provisional appointment to the above position.
☒ I wish to be notified of the date of the examination for this position if one is to be held within a year of this date.
I am a ☒ veteran. Copy of DD214 must be submitted with application.
False information provided in this application could lead to removal from a civil service position.
I hereby declare that the statements and answers on this application are true and are made under the penalties of perjury.
-For information call 727-8370 or toll free 1-800-392-6178.

Date of Application: 11/20/97   Signature: Theodus Jordan

---

VETERAN'S APPLICATION FOR PROVISIONAL APPOINTMENT Form 82 8/81

THIS IS NOT AN APPLICATION FOR A CIVIL SERVICE EXAMINATION.
THIS APPLICATION IS KEPT IN THE DPA FILE FOR ONLY 1 YEAR.
INSTRUCTIONS: PRINT ALL ENTRIES. CHECK BLOCKS AS APPLICABLE.

Mail to: Division of Personnel Administratic
One Ashburton Place, Boston 0210
or deliver to: Information Counter, Room 201
One Ashburton Place, Boston

Exact Title of the Position Applied For
Administrator / Manager 6/8/5.

Applicant's Name (Last, First, Initial)
Jordan, Theodus J.

Social Security Number
424 16 8269

Date of Birth
6-13-49

Mailing Address (Number & Street, City or Town, State, Zip Code)
P.O. BOX 840, Jamaica Plain, Ma. 02130-0007

Telephone Number
617-524-9598

☐ I wish to be considered as a veteran applicant, under General Laws Chapter 31, Section 26, for provisional appointment to the above position.
☒ I wish to be notified of the date of the examination for this position if one is to be held within a year of this date.
I am a ☐ veteran. Copy of DD214 must be submitted with application.
False information provided in this application could lead to removal from a civil service position.
I hereby declare that the statements and answers on this application are true and are made under the penalties of perjury.
-For information call 727-8370 or toll free 1-800-392-6178.

Date of Application: 11/20/97   Signature: Theodus Jordan

1997 NOV 20 P 12 33
CENTER
DIVISION

---

VETERAN'S APPLICATION FOR PROVISIONAL APPOINTMENT Form 82 8/81

THIS IS NOT AN APPLICATION FOR A CIVIL SERVICE EXAMINATION.
THIS APPLICATION IS KEPT IN THE DPA FILE FOR ONLY 1 YEAR.
INSTRUCTIONS: PRINT ALL ENTRIES. CHECK BLOCKS AS APPLICABLE.

Mail to: Division of Personnel Administratic
One Ashburton Place, Boston 0210
or deliver to: Information Counter, Room 20
One Ashburton Place, Bosto

Exact Title of the Position Applied For
Coordinator Aut. Stud. Serv. / UMass/Bost

Applicant's Name (Last, First, Initial)
Jordan, Theodus J.

Social Security Number
424 16 8269

Date of Birth
6-12-49

Mailing Address (Number & Street, City or Town, State, Zip Code)
P.O. BOX 840, Jamaica Plain, Ma. 02130-0007

Telephone Number
617-524-9598

☐ I wish to be considered as a veteran applicant, under General Laws Chapter 31, Section 26, for provisional appointment to the above position.
☒ I wish to be notified of the date of the examination for this position if one is to be held within a year of this date.
I am a ☐ veteran. Copy of DD214 must be submitted with application.
False information provided in this application could lead to removal from a civil service position.
I hereby declare that the statements and answers on this application are true and are made under the penalties of perjury.
-For information call 727-8370 or toll free 1-800-392-6178.

Date of Application: 11/20/97   Signature: Theodus Jordan



**DEPARTMENT OF VETERANS AFFAIRS**
VA Regional Office
JFK Federal Building
Government Center
Boston MA  02203

October 10, 2003

THEODUS JORDAN
P. O. BOX 840
JAMAICA PLAIN MA 02130

In Reply Refer To:  SECTION ID
CSS 424 64 8269
JORDAN, Theodus

Dear Mr. Jordan:

The following certificate is furnished for your use in establishing civil service preference.  This Certificate is considered a permanent record of the veteran's service-connected disability(ies).

> This is to certify that the records of the Department of Veterans Affairs disclose that the above named veteran is entitled to compensation for service-connected disability(ies) rated at 30 percent or more.  This payment is made in accordance with public laws administered by the Department of Veterans Affairs.  Our records indicate the veteran served on active duty in the Armed Forces, and was separated under honorable conditions.

Sincerely yours,

*7. O'Brien*

T. O'BRIEN
Veterans Service Center Manager

Email us at:  boston.query@vba.va.gov

Standard Form 15 (Rev. 2/90)
U.S. Office of Personnel Management
FPM Supplement 296-33
FPM Chapter 211

# APPLICATION FOR 10-POINT
# VETERAN PREFERENCE
### (TO BE USED BY VETERANS & RELATIVES OF VETERANS)

Form Approved:
O.M.B. No. 3206-0001

## PERSON APPLYING FOR PREFERENCE

| 1. Name (Last, First, Middle) | 2. Name and Announcement Number of Civil Service or Postal Service Exam You Have Applied For or Position Which You Currently Occupy |
|---|---|

| 3. Home Address (Street Number, City, State and ZIP Code) | |
|---|---|
| | 4. Social Security Number | 5. Date Exam Was Held or Application Submitted |

## VETERAN INFORMATION (to be provided by person applying for preference)

6. Veteran's Name (Last, First, Middle) Exactly As It Appears on Service Records

| 7. Veteran's Periods of Service | | | | 8. Veteran's Social Security Number |
|---|---|---|---|---|
| Branch of Service | From | To | Service Number | |
| | | | | 9. VA Claim Number, If Any |

## TYPE OF 10-POINT PREFERENCE CLAIMED

INSTRUCTIONS: Check the block which indicates the type of preference you are claiming. Answer all questions associated with that block. The "DOCUMENTATION REQUIRED" column refers you to the back of this form for the documents you must submit to support your application. [PLEASE NOTE: Eligibility for veterans' preference is governed by 5 U.S.C. § 2108, 5 CFR Part 211, and FPM chapter 211. All conditions are not fully described in this form because of space restrictions. The office to which you apply can provide additional information. Instructions on how to apply for five point preference are on SF 171, Application for Federal Employment, or PS Form 2591, Application for Employment (U.S. Postal Service Application).]

DOCUMENTATION REQUIRED
(See reverse of this form.)

☐ 10. VETERAN'S CLAIM FOR PREFERENCE based on non-compensable service-connected disability; award of the Purple Heart; or receipt of disability pension under public laws administered by the VA. ————————————————▶ A and B

☐ 11. VETERAN'S CLAIM FOR PREFERENCE based on eligibility for or receipt of compensation from the VA or disability retirement from a Service Department for a service-connected disability. ————————————————▶ A and C

|  |  | YES | NO |  |
|---|---|---|---|---|
| ☐ 12. PREFERENCE FOR A SPOUSE of a living veteran based on the fact that the veteran, because of a service-connected disability, has been unable to qualify for a Federal or D.C. Government job, or any other position along the lines of his/her usual occupation. (If your answer to item "a" is "NO", you are ineligible for preference and need not submit this form.) | a. Are you presently married to the veteran? | | | C and H |
| ☐ 13. PREFERENCE FOR WIDOW OR WIDOWER of a veteran. (If your answer is "NO" to item "a" or "YES" to item "b", you are ineligible for preference and need not submit this form.) | a. Were you married to the veteran when he or she died? | | | A, D, E, and G (Submit G when applicable.) |
| | b. Have you remarried? (Do not count marriages that were annulled.) | | | |
| ☐ 14. PREFERENCE FOR (NATURAL) MOTHER of a service-connected permanently and totally disabled, or deceased veteran provided you are or were married to the father of the veteran, and —your husband (either the veteran's father or the husband of a remarriage) is totally and permanently disabled, or —you are now widowed, divorced, or separated from the veteran's father and have not remarried, or —you are now widowed or divorced from the veteran's father and have remarried, but are now widowed, divorced, or separated from the husband of your remarriage. (If your answer is "NO" to item "c" or "d", you are ineligible for preference and need not submit this form.) | a. Are you married? | | | DISABLED VETERAN: C, F, and H (Submit F when applicable.) |
| | b. Are you separated? If "YES", do not complete "c". Go to "d". | | | |
| | c. If married now, is your husband totally and permanently disabled? | | | DECEASED VETERAN: A,D,E, and F (Submit F when applicable.) |
| | d. If the veteran is dead, did he/ she die in active service? | | | |

### PRIVACY ACT AND PUBLIC BURDEN STATEMENT.

The Veterans' Preference Act of 1944 authorizes the collection of this information. The information will be used, along with any accompanying documentation, to determine whether you are entitled to 10-point veterans' preference. This information may be disclosed to: (1) the Department of Veterans Affairs, or the appropriate branch of the Armed Forces to verify your claim; (2) a court, or a Federal, State, or local agency for checking on law violations or for other related authorized purposes; (3) a Federal, State, or local government agency, if you are participating in a special employment assistance program; or (4) other Federal, State, or local government agencies, congressional offices, and international organizations for purposes of employment consideration, including suggestions for reducing this burden to Reports and Forms Management Officer, U.S. Office of Personnel Management list of eligibles. Executive order 9397 authorizes Federal agencies to use the Social Security Number (SSN) to identify individual records in Federal personnel records systems. Your SSN will be used to ensure accurate retention of records pertaining to you and may also be used to identify you to others from

whom information about you is sought. Furnishing your SSN and the other information sought is voluntary. However, failure to provide any part of the information may result in a ruling that you are not eligible for 10-point veterans' preference or in delaying the processing of your application for employment.

Public burden reporting for this collection of information is estimated to take approximately 10 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Reports and Forms Management Officer, U.S. Office of Personnel Management, 1900 E Street, N.W., Room 6410, Washington, D.C. 20415; and to the Office of Management and Budget, Paperwork Reduction Project (3206-0001), Washington, D.C. 20503.

| I certify that all of the statements made in this claim are true, complete, and correct to the best of my knowledge and belief and are made in good faith. [A false answer to any question may be grounds for not employing you, or for dismissing you after you begin work, and may be punishable by fine or imprisonment (U.S. Code, Title 18, Section 1001).] | This Form Must Be Signed By All Persons Claiming 10-Point Preference |
|---|---|
| | Signature of Person Claiming Preference | Date Signed (Month, Day, Year) |

| FOR USE BY APPOINTING OFFICER ONLY | ☐ Preference Entitlement Was Verified |
|---|---|
| Signature and Title of Appointing Officer | Name of Agency | Date Signed (Month, Day, Year) |

| **Rating Decision** | **Department of Veterans Affairs**<br>**Boston Regional Office** | | | Page 1<br>03/20/98 |
|---|---|---|---|---|
| NAME OF VETERAN<br>THEODUS J JORDAN | VA FILE NUMBER<br>424 64 8269 | SOCIAL SECURITY NR<br>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 | | POA<br>Disabled American Veterans |

## ISSUE:

Evaluation of right flatfoot currently evaluated as 0 percent disabling.

## EVIDENCE:

VA examination dated 01-02-98.

## DECISION:

Evaluation of right flatfoot, which is currently 0 percent disabling, is increased to 30 percent effective December 1, 1997, the date of claim for increase.

## REASONS AND BASES:

The VA examination showed complaints of weakness, stiffness and swelling of the right foot with numbness on the outside of the foot. There are bunion deformities and joints are painful and the foot is tender. The veteran exhibits an antalgic gait. There are no callosities but there is edema of the right foot. Pes planus is not correctable by manipulation. Muscle strength is decreased. There is increased pronation on weight bearing and paresthesias. The Achilles tendon is painful upon manipulation with mild valgus not correctable by manipulation. There is forefoot and mid foot malalignment with increased pronation not correctable by manipulation. Because of marked pronation, tenderness, valgus, and painful Achilles tendon, a 30 percent evaluation is warranted.

The evaluation of flatfoot is increased to 30 percent disabling effective December 1, 1997, the date of claim for increase. An evaluation of 30 percent is granted if the record shows flatfoot, not improved by orthopedic shoes or appliances, with marked pronation, extreme tenderness of plantar surfaces of the feet, marked inward displacement, and severe spasm of the tendo achillis on manipulation.

Referral to the Director, Compensation and Pension Service, for consideration of an extraschedular evaluation under 38 CFR 3.321(b)(1) is not warranted because the record does not show frequent periods of hospitalization or a marked interference with employment. The veteran's disability does not pose such an unusual disability picture as to render impractical the application of the regular schedular standards.

| **Decision Review Officer** **Decision** | *Department of Veterans Affairs* *Boston Regional Office* | | Page 1 01/26/2000 |
|---|---|---|---|
| NAME OF VETERAN T. J. JORDAN | VA FILE NUMBER 424 64 8269 | SOCIAL SECURITY NR 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 | POA Disabled American Veterans |

### ISSUE:

Service connection for pseudofolliculitis barbae.

### EVIDENCE:

Service medical records for the period 1-28-77 to 7-15-77
VA examination dated 12-16-99
Report from Dr. Kormos 2-23-99

### DECISION:

Service connection for pseudofolliculitis barbae is granted with an evaluation of 10 percent effective April 15, 1998.

### REASONS AND BASES:

Service connection for pseudofolliculitis barbae has been established as directly related to military service. This condition is evaluated as 10 percent disabling from April 15, 1998. Since the disability at issue does not have its own evaluation criteria assigned in VA regulations, a closely related disease or injury was used for this purpose. An evaluation of 10 percent is assigned for exfoliation, exudation, or itching involving an exposed surface or extensive area. A higher evaluation of 30 percent is not warranted unless the record shows constant exudation or itching, extensive lesions, or marked disfigurement.

Referral to the Director, Compensation & Pension Service, for consideration of an extraschedular evaluation under 38 CFR 3.321 (b) (1), is not warranted because the record does not show frequent periods of hospitalizations or marked interference with employment. The veteran's disability does not pose such an unusual disability picture as to render impractical the application of the regular schedular standards.

Service medical records for the period 1-28-77 to 7-15-77 show veteran seen 7-11-77 with a mild eruptive pseudofolliculitis development on face. Review exam on 7-15-77, also noted pseudofolliculitis barbae. A Reserve Drill record on 9-18-77, following active duty noted irritation due to shaving. The veteran was given an excuse from shaving for that drill.

Report from Dr. Kormos 2-23-99 states that the most recent exam did reveal changes consistent with pseudofolliculitis barbae in a small area on the side of his neck.

VA examination dated 12-16-99 reports that the veteran was initially diagnosed with a facial rash while he was a marine in 1977. The veteran states that the rash can be managed as long as he does not shave. The

| **Decision Review Officer** **Decision** | *Department of Veterans Affairs* *Boston Regional Office* | | Page 2 01/26/2000 |
|---|---|---|---|
| NAME OF VETERAN T. J. JORDAN | VA FILE NUMBER 424 64 8269 | SOCIAL SECURITY NR 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 | POA Disabled American Veterans |

principle problems are itching, pain, and worsening of the rash if and/or when he shaves. The veteran states that bumps appear after shaving.

The skin exam was unremarkable on the torso and extremities. The face for the most part, exhibited no rash. There was a full mustache and beard. At the neck, near the junction of the beginning of his beard, there were some "bumps" on the skin. These papules were not grossly inflamed. There was no gross tenderness, no severe tenderness. There were no areas of ulceration, exfoliation, or crusting. There are no skin lesions associated with any systemic disease, or associated with any nervous condition.

There is apparent continuity, temporally , with the rash he developed while in the armed services which necessitated his leaving the military. Diagnosis of pseudofolliculitis barbae is established with military connection.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**New York District Office**          7 World Trade Center, 18th Floor
                                      New York, NY 10048-1102
                                      Phone: (212) 748-8500
                                      TDD: (212) 748-8399
                                      General FAX: (212) 748-8464
                                      Legal FAX: (212) 748-8465

April 11, 1995

Mr. Theodus Jordan
P.O. Box 840
Jamaica Plain, MA

Dear Mr. Jordan:

Some time ago you forwarded your resume/application to this office
for employment consideration. We had no vacancies at that time for
which you could be considered. Unfortunately nothing has developed
since that time, we are keeping your application on file for any
openings in the near future.

Thank you for your interest in working for the Equal Employment
Oppotunity Commission.

Sincerely,

Wilma Buckle
Wilma Buckle
Personnel Management Specialist

**NEWTON PUBLIC SCHOOLS**
**100 Walnut Street**
**Newtonville, Massachusetts 02160-1398**

**Office of Human Resources**

June 12, 1996

Mr. Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Dear Mr. Jordan:

Thank you for submitting an application for the position of Principal of the Oak Hill Middle School. Unfortunately, after careful consideration by the Search Committee, you were not selected for further consideration.

Thank you for your interest in the Newton Public Schools.

Sincerely yours,

Ray F. Shurtleff, Ed.D.
Director of Human Resources

•

RFS:jl



**Massachusetts Teachers Association**

**Meline Kasparian**, President
**Stephen E. Gorrie**, Vice President
**Edward P. Sullivan**, Executive Director-Treasurer

November 27, 1996

Mr.Theodus Jordan
P.O. Box 840
Boston, MA 02130

Dear Mr. Jordan:

Thank-you for submitting a resume for the position of Higher Education Consultant. This is to advise you that the position has been filled.

We appreciate your interest in the Massachusetts Teachers Association and wish you every success in your professional endeavors.

Sincerely,

Donna Hoffman
Personnel Manager

45707

*MTA Headquarters 20 Ashburton Place, Boston, MA 02108*
*An Equal Opportunity Employer / Affiliated with the National Education Association*

*Telephone*    (617) 742-7950 or 1-800-392-6175
*Fax Number*   (617) 742-7046





# The Commonwealth of Massachusetts
# Department of Education

350 Main Street, Malden, Massachusetts 02148-5023

Robert V. Antonucci
Commissioner

February 14, 1996

Theodus Jordan
P.O. Box 840
Jamaica Plain, Ma  02130

Dear Mr. Jordan,

Thank you very much for your interest in serving on a Development Committee for the Massachusetts Comprehensive Assessment System. Because we received over 700 applications from across the Commonwealth, we were faced with many tough choices. Unfortunately, you were not placed on a working committee, however we would like to request your service as a member of our Assessment Focus Group. In addition to providing you special updates on the development process, we propose to send you draft copies of documents and materials for your review and comment. Critical areas where we would like to gather your feedback are the setting of standards for student performance and categories for reporting test results.

As you know, the development of a comprehensive testing program for Massachusetts represent the next critical phase in Education Reform. Your participation as Assessment Focus Group member will offer an important opportunity to contribute to this crucial initiative. Please indicate whether you plan to serve by kindly returning the enclosed acceptance form.

Once again, I very much appreciate your interest in the Massachusetts Comprehensive Assessment System. We look forward to keeping in touch.

Sincerely,

*Robert V. Antonucci*

Robert V. Antonucci
Commissioner

Enclosures

**ANCRUM & SOLOMON, INC.**

THE ORGANIZATION,

MANAGEMENT AND FUND

DEVELOPMENT CONSULTANTS

FOR NON-PROFITS

15 COURT SQUARE

SUITE 430

BOSTON, MA 02108

617/342-7291

FAX 617/742-7673

June 20, 1996

Mr. Theodus J. Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Dear Mr. Jordan:

We want to again thank you for your application for the position of Director of Human Resources at Planned Parenthood League of Massachusetts. Unfortunately, you were not among the candidates chosen as a finalist in the search.

The finalists brought an unusual level of experience, including extensive knowledge in the field of human resources. They also brought the necessary skills to develop and maintain a more culturally diverse organization.

On behalf of PPLM, we are grateful for the opportunity to learn about your past successes and background. We would like to keep your resume and application on file for other job searches coordinated by our firm.

I wish you the best of luck as you pursue your future plans. We encourage you to keep us informed on changes in your career.

Sincerely,

Ron Ancrum

# Center for
# Survey Research

University of Massachusetts at Boston

100 Morrissey Boulevard    Telephone 617/287-7200
Boston, MA 02125-3393      FAX: 617/287-7210

July 18, 1996

Dear Applicant:

Thank you for your recent application for the research assistant positions which are available at the Center for Survey Research.

We were fortunate to have a high number of strong applicants for this position. Many of them are a better fit than you with our present needs. I regret to say that your application is not among those we are considering.

It is likely we'll be advertising for an entry-level research assistant in the near future. If you believe that this may be a more appropriate position given your level of training and experience, please watch for our ad in the Sunday Globe, and resubmit your credentials.

We do appreciate your time and interest in the Center, and wish you good luck with your search.

Sincerely yours,

Robert Aseltine

Robert Aseltine, Chair
Search Committee

 NORTHEASTERN UNIVERSITY
SCHOOL OF LAW

Office of the Associate Dean

October 16, 1998

Mr. Theodus J. Jordan
P.O. Box 840
Jamaica Plain, MA  02130

Dear Mr. Jordan:

Thank you for your recent expression of interest in the position of Administrative Coordinator at Northeastern University School of Law.  We received a large number of applications for this position from very well-qualified candidates.  After an exhaustive screening and interviewing process, we selected a candidate whose background and experience most closely met our needs.

Thank you for your interest in the law school, and we wish you the best in your future career.

Very truly yours,

Diane L. Tsoulas
Associate Dean

400 Huntington Avenue
Boston, Massachusetts 02115
Office: 617/373-3307
Fax: 617/373-8793

# THE SCHOOL COMMITTEE OF THE CITY OF BOSTON



October 15, 1998

Theodus Jordan
P.O. Box 840
Boston, MA  02130

Dear Mr. Jordan:

Thank you for your interest in the Communications Specialist position with the Boston School
Committee.  Although your experience and skills are impressive, we are unable to extend an
offer of employment to you at this time.

We will retain a copy of your resumé in our file so that we may contact you if a more appropriate
opportunity arises in the future.  Best of luck with your job search.

Sincerely,

Christopher M. Horan
Executive Secretary



# FENWAY HIGH SCHOOL
A Pilot School of Boston Public Schools



Coalition of
Essential Schools

December 2, 1998

Dear Theodus,

Thank you for submitting your credentials to our school for consideration as our School-to-Career Coordinator. We greatly appreciate your interest in the school and your willingness to assemble the necessary paperwork.

Unfortunately, the review committee has decided that we will not be able to grant you an interview and have instead chosen a small number of candidates to proceed further in our rating process. Those we selected are candidates with experiences we felt were more directly related to success in the position we have open.

Thank you again for your submission of materials to the Fenway School.

Cordially,

Larry M. Myatt, Ed.D.
Director

174 Ipswich Street, Boston, MA 02215
Tel: (617) 635 9911 • Fax: (617) 635 9204

Printed on recycled paper

 Harvard Business School Publishing

**HUMAN RESOURCES DEPARTMENT**

June 3, 1998

Theodus Jordan
P.O. Box 840
Boston, MA 02130

Dear Theodus,

We appreciate your response to our advertisement for Staff Assistant II. We chose another candidate whose skills and experience most closely match our business needs.

You were among many qualified applicants and we will keep your resume on file should an equivalent position become available.

Thank you for your interest in Harvard Business School Publishing.

Sincerely,

HBS PUBLISHING HUMAN RESOURCES

HARVARD UNIVERSITY
THE DIVINITY SCHOOL

MANAGER OF HUMAN RESOURCES

45 FRANCIS AVENUE
CAMBRIDGE, MASSACHUSETTS 02138

November 2, 1998

Mr. Theodus J. Jordan
P.O. Box 840
Boston, MA 02130

Dear Mr. Jordan:

I am writing to thank you for your interest in the position of Staff Assistant to the Coordinator of Educative Planning and Academic Services at Harvard Divinity School. We received applications from a number of outstanding candidates. Although your application was carefully considered, our review of applicants has been completed and the position is now filled.

I encourage you to apply for other positions at Harvard. Enclosed are instructions for accessing job openings at Harvard, including through the Internet.

Thank you again for your interest in the Divinity School, and I wish you much success in finding the kind of work you are seeking.

Sincerely,

Nancy L. Grimes

Nancy L. Grimes

NLG:tlt
Enclosure

# HARVARD UNIVERSITY
## FACULTY OF ARTS AND SCIENCES

DIVISION OF CONTINUING EDUCATION



51 BRATTLE STREET
CAMBRIDGE, MASSACHUSETTS 02138

January 29, 1996

Theodus J. Jordan
PO Box 840
Jamaica Plain, MA 02130

Dear Mr. Jordan,

Thank you for submitting your resume to the Division of Continuing Education for the position of Program Administrator. However, we are no longer accepting resumes for this position.

We will keep your resume on file for six months, and in the event that you should see an appropriate opening advertised in the Harvard Gazette or at the Employment Office, please submit a cover letter, and we will retrieve your resume for consideration.

Again, thank you for your interest, and best wishes on your career search.

Sincerely,

Ruth Faris

Ruth Faris
Personnel Officer

# HARVARD UNIVERSITY
# FACULTY OF ARTS AND SCIENCES

## VOLUNTARY SELF-IDENTIFICATION PROGRAM

In accordance with federal law, we invite you to provide the following information on a voluntary basis. Any information provided will be kept confidential and will not be included in the personnel file of any employee or applicant for employment.

---

### AFFIRMATIVE ACTION

For Affirmative Action purposes, Harvard is required by law to keep track of the race and sex of all applicants. We invite you to assist us in keeping accurate records by self-disclosing your race and sex. This information is completely voluntary and will not be kept in your personnel file.

           ☐ MALE             ☐ FEMALE

☐ BLACK     ☐ ASIAN OR PACIFIC ISLANDER     ☐ HISPANIC

☐ NATIVE AMERICAN OR ALASKAN NATIVE     ☐ WHITE

---

### VIETNAM ERA VETERAN

A Vietnam Era Veteran is defined as one who served on active duty for more than 180 days, any part of which duty occurred during the period between August 5, 1964 and May 7, 1975, and who received other than a dishonorable discharge as defined in the regulations implementing the Vietnam Era Veterans Readjustment Assistance Act of 1974.

☐ Disabled Vietnam Era Veteran

☐ Vietnam Era Veteran

### SPECIAL DISABLED VETERAN

Veteran who is entitled to compensation (or who but for receipt of military retired pay would be entitled to compensation) under laws administered by the Department of Veteran Affairs for a disability:
- a. Rated at 30 percent or more, or
- b. Rated at 10 to 20 percent in the case of a veteran who has been determined under section 3106 or Title 38, U.S.C., to have a serious employment handicap; or person who was discharged or released from active duty because of service-connected disability.

---

### PERSONS WITH DISABILITIES

The following are examples of some, but not all, disabilities which may be included: AIDS, asthma, arthritis, color or visual blindness, cancer, cerebral palsy, deafness or hearing impairment, diabetes, epilepsy, HIV, heart disease, hypertension, learning disabilities, mental or emotional illnesses, multiple sclerosis, muscular dystrophy, orthopedic, speech or visual impairments, or any other physical or mental impairment which substantially limits one or more of your major life activities.

☐ Disabled

*Name* _____

*Signature* _____

*Date* _____

Please fold this form along the dotted lines and return to FAS Personnel Services at the address on the reverse side.

HARVARD UNIVERSITY

THE DIVINITY SCHOOL

MANAGER OF HUMAN RESOURCES

45 FRANCIS AVENUE
CAMBRIDGE, MASSACHUSETTS 02138

November 18, 1998

Mr. Theodus J. Jordan
P.O. Box 840
Jamaica Plain, MA 021300007

Dear Mr. Jordan:

I am writing regarding your application to the Divinity School for the position of Development Associate, requisition number 84A74, at the Center for the Study of World Religions. We have received close to 100 applications for this position. Although your application was carefully reviewed, your considerable background and work experiences are not as close a match to this position as are some of the other candidates in the pool.

I encourage you to apply for other positions at Harvard. Enclosed are instructions for accessing job openings at Harvard, including through the Internet.

Thank you again for your interest in the Divinity School, and I wish you every success in finding the kind of work you are seeking.

Sincerely,

*Nancy L. Grimes*

Nancy L. Grimes

NLG: tlt