UNIVERSITY OF MASSACHUSETTS BOSTON

*Institutional Advancement*

100 Morrissey Boulevard

Boston, MA 02125-3393

Tel: 617 287-5320

Fax: 617 287-5337

November 3, 1998

Mr. Theodus Jordan
P.O. Box 840
Jamaica Plain, MA  02130-0007

Dear Mr. Jordan,

On behalf of the Search Committee, I would like to thank you for your interest in
the position of Assistant Dean of Students, Technical. The response to our
advertisement was tremendous and we have had the good fortune of reviewing
many interesting resumes, including yours. Narrowing the pool of candidates has
been a difficult challenge for the Committee.

We have carefully reviewed your credentials together with those of other applicants
and have selected, for further consideration, an applicant whose background is more
closely related to the needs of our current job requirements.

Although we are unable to invite you for an interview, we do want to thank you for
your interest in the University of Massachusetts Boston and wish you well as you
consider other opportunities.

Sincerely,

Susan Davis, Chair
Search Committee

UNIVERSITY OF MASSACHUSETTS BOSTON

100 Morrissey Boulevard

Boston, MA 02125-3393

October 19, 1998

Theodus Jordan
P.O.Box 840
Jamaica plain, MA 02130

Dear Theodus,

On behalf of the Search Committee, I would like to thank you for your interest in the
position of Dual Enrollment \ Flex Campus Coordinator. The response to our
advertisement was tremendous and we have had the fortune of reviewing many
interesting resumes, including yours. Narrowing the pool of candidates has been a
difficult challenge for the Committee.

We have carefully reviewed your credentials together with those of the others applicants
and have selected, for further consideration, an applicant whose background is more
closely related to the needs of our current job requirements.

Although we are unable to invite you for an interview, we do want to thank you for your
interest in the University of Massachusetts Boston and wish you well as you consider
other opportunities.

Sincerely,

Terence Phalen, Chair
Search Committee

**UNIVERSITY OF MASSACHUSETTS BOSTON**

| *Office of the Dean* | *College of Public and Community Service* |
| --- | --- |
| | 100 Morrissey Boulevard |
| | Boston, MA 02125-3393 |
| | Tel: 617 287-7100 |
| | Fax: 617 287-7099 |

August 12, 1996

Mr. Theodus J. Jordan
P.O. Box 840
Boston, Massachusetts 02130

Dear Mr. Jordan:

As the Dean of the College of Public and Community Service, I would like to thank you for your interest in the position of Interim Assistant Director of the Masters in Human Services Program. The response to our posting was gratifying and we had the good fortune to review many interesting resumes, including yours.

We have carefully reviewed your credentials together with those of other applicants and have selected an applicant whose background is more closely related to the needs of our current job requirements.

Although we were unable to pursue your application further, I do want to thank you for your interest and to wish you well as you consider other opportunities.

Sincerely,

Ismael Ramírez-Soto, Dean
College of Public and Community Service



University of Massachusetts Boston

*Office of Student Services*
*College of Public and Community Service*

100 Morrissey Boulevard

Boston, MA 02125-3393

Tel 617 287-7120

Fax 617 287-7099

November 21, 1998

Theodus Jordan
P.O. Box 840
Boston, MA 02130

Dear Mr. Jordan,

On behalf of the Search Committee, I would like to thank you for your expressed interest in the position of Assistant Dean of Students with the University of Massachusetts Boston.

The Search Committee received an overwhelming number of applications for this position and this was, consequently, a very competitive search. Your application was impressive and was given careful consideration by the committee. The Committee has identified a finalist pool based on an assessment of each candidate's skills and experiences. In making our final recommendations, the committee felt that there were other candidates better qualified.

We hope you will continue to pursue your career opportunities at the University of Massachusetts Boston. Once again, thank you for your interest in this position and our best wishes for your future endeavors.

Sincerely,

*Sarah Bartlett*

Sarah Bartlett
Chair
Search Committee



University of Massachusetts Boston

*Department of Athletics*

100 Morrissey Boulevard

Boston, MA 02125-3393

Tel  617  287-7801

Fax 617 287-7840

July 14, 1998

Theodus J. Jorden
P O. Box 840
Boston, MA. 02130

Dear Mr. Jorden

On behalf of the search committee, I would like to thank you for your interest in the position of Athletic Academic Advisor at U-Mass Boston.

We received an overwhelming number of qualified applicants and, after careful review, the committee has not chosen your name to forward for further consideration.

Best wishes for continued success in all your future endeavors.

Sincerely,

Anita Miller
Chair-Search Committee



# Grassroots International

*a people-to-people partnership for social change*

**BOARD OF DIRECTORS**

Steve Fahrer, *Chair*
  *Progressive Asset*
  *Management*

Ellen Braune
  *Fenton Communications*

Anuradha Desai
  *Citizen Schools*

Ravi Khanna
  *Haymarket People's Fund*

Farah Ravanbakhsh
  *Springfield College*
  *School of Human*
  *Services*

Byron Rushing
  *Massachusetts House*
  *of Representatives*

Daniel Solomon
  *Attorney at Law*

Joe Stork
  *Human Rights Watch*

Chris Tilly
  *University of*
  *Massachusetts at Lowell*

Tim Wise
  *Executive Director*

**BOARD OF ADVISORS**

Naseer Aruri
Dennis Brutus
Kassahun Checole
Joseph Collins
Dan Connell
Jonathan Fox
Jean Hardisty
Rt. Rev. Barbara Harris
Assaf Kfoury
Frances Moore Lappé
Richard Levins
June Makela
Nancy Murray
Grace Paley
Michael Ratner
Canon Ed Rodman
Nadim Rouhana
Sara Roy
Bereket Habte Selassie
Holly Sklar
Dessima Williams

*organizational affiliations listed*
*for identification purposes only*

July 9, 1998

Dear Applicant,

Thank you for your interest in the Administrative Assistant position at Grassroots International. We unfortunately cannot offer you an interview at this time. The quality and number of applicants force us to limit further consideration to candidates with experience that closely matches our particular organizational needs. While we are pleased with the response to our posting, it means we must turn away otherwise strong and interesting applications, such as yours.

We will keep your résumé on file for the coming year, and if any positions open that appear to match your qualifications, we will contact you. Thank you again for your interest and enthusiasm.

Sincerely,

Orson Moon
Administrative Coordinator

179 Boylston Street, 4th Floor, Boston, MA 02130 USA  617.524.1400  Fax: 617.524.5525  E-mail: grassroots@igc.apc.org

## HARVARD UNIVERSITY
### THE DIVINITY SCHOOL

MANAGER OF HUMAN RESOURCES

45 FRANCIS AVENUE
CAMBRIDGE, MASSACHUSETTS 02138

August 27, 1998

Mr. Theodus J. Jordan
P.O. Box 840
Boston, MA 02130

Dear Mr. Jordan:

I am writing to thank you for your interest in the position of Assistant to the Dean at Harvard Divinity School. We received applications from a number of outstanding candidates. Although your application was carefully considered, our review of applicants has been completed and the position is now filled.

I encourage you to apply for other positions at Harvard.   Enclosed are instructions for accessing job openings at Harvard, including through the Internet.

Thank you again for your interest in the Divinity School, and I wish you much success in finding the kind of work you are seeking.

Sincerely,

Nancy L. Grimes

Nancy L. Grimes

NLG:aml
Enclosure



Banner Publications Inc.

The Fargo Building
68 Fargo Street
Boston, MA 02210
617-357-4900
Fax 617-542-7119

February 2. 1996

Theodus J. Jordan

P.O. Box 840

Boston, Massachusetts 02130

Mr. Jordan:

Thank you for coming in for an interview for the position of part-time proofreader. The advertisement yielded several qualified applicants. Some of which have had previous experience in the publishing field as copy editors. Unfortunately, another candidate was chosen for the position. I will keep your name on file however, for future consideration.

Thanks again for considering the Bay State Banner.

Best Regards,

*Ray Randolph*

Ray Randolph

# BOSTON
# TenPointCoalition

215 FOREST HILLS STREET ■ BOSTON, MA 02130 ■ TEL: (617) 524-4331■ FAX: (617) 524-4962

Tuesday, September 22, 1998

Mr. Theodus J. Jordan
P.O. Box #840
Jamaica Plain, MA 02130

Dear Mr. Jordan

Thank you so much for responding to the Judicial and Law Enforcement Coordinator position listed in the Baystate Banner.

At this time another candidate has been selected for the position. We will keep your resume on file should another position comes up in the future.

We pray God's blessing on you in your future endeavors.

Reba Danastorg

Interim Executive Director

National
Consumer
Law Center
Inc. 18 Tremont Street, Suite 400
Boston, MA 02108-2336
(617) 523-8010   Fax (617) 523-7398
consumerlaw@nclc.org
http://www.consumerlaw.org

Washington Office:

1629 K Street, NW Suite 600
Washington, DC 20006
(202) 986-6060 Fax (202) 463-9462

August 14, 1998

Theodus Jordan
P.O. Box 840
Jamaica Plain, MA  02130

Dear Mr. Jordan:

I am sorry to inform you that the National Consumer Law Center cannot offer you a position at this time. We received an extraordinary number of applications from individuals, such as yourself, who are excellent candidates for our forecloseure prevention project coordinator position. Although we made a decision to hire someone else, we were very impressed with your credentials and background.

Thank you for your interest in our organization.

Sincerely,

Gary Klein
Staff Attorney

GK/dp



CITY OF CAMBRIDGE
795 MASSACHUSETTS AVENUE
CAMBRIDGE, MASSACHUSETTS 02139-2319
TEL. 617-349-4332
FAX. 617-349-4312

PERSONNEL DEPARTMENT
MICHAEL P. GARDNER
Director

20 May 1998

Theodus Jordan
P O Box 840
Jamaica Plain MA 02130

Dear Mr. Jordan:

Thank you for your recently expressed interest in being considered as Affirmative Action Director for the City of Cambridge. The applicant screening committee members were very impressed by the breadth of experience and depth of commitment to Affirmative Action represented by the applicant pool. We have now selected for interview several individuals whose skills and experience more closely match our current needs. We appreciate your interest in this important position and in working in our community.

I certainly hope you will consider reapplying with the City should we have another position of interest to you at some point in the future. In the meantime I wish you the best in your current and future endeavors. Please feel free to contact me if I can be of additional assistance.

Thank you for your interest in the City of Cambridge.

Sincerely,

*R E Elwell*

Ralph Elwell
Employment Manager



**A N N U A L   G I V I N G   P R O G R A M**

Northeastern University, 349 Richards Hall, Boston, MA 02115

617 373 5520  fax 617 373 5519

April 10, 1998

Theodus J. Jordan
Post Office Box 840
Jamaica Plain, Massachusetts  02130-0007

Dear Mr. Jordan:

Thank you very much for expressing interest in a position in the Annual Giving Program at Northeastern University.

While your qualifications are impressive, we have received applications from professionals with experience which more closely matches our immediate needs. We will keep your application and résumé on file for future consideration.

Thank you again for your interest in Northeastern University. Please accept our best wishes for a successful job search.

Sincerely,

*Carol Estes-Schwartz*

Carol Estes-Schwartz
Director



CITY OF CAMBRIDGE
795 MASSACHUSETTS AVENUE
CAMBRIDGE, MASSACHUSETTS 02139-2319
TEL. 617-349-4332
FAX. 617-349-4312

PERSONNEL DEPARTMENT
MICHAEL P. GARDNER
Director

March 24, 1998

Theodus J. Jordan
P. O. Box 840
Boston, MA  02130

Dear  Theodus J. Jordan:

Thank you for your inquiry regarding our Affirmative Action Director vacancy.  We appreciate your interest in contributing to the City's efforts in this important area.

As noted in our job notice, we will continue to accept applications until March 31  and expect to begin scheduling screening interviews early in April.  Because of the volume of inquiries expected, we will contact only those applicants selected for interview.

Please do not hesitate to contact our office at 617-349-4332 during regular business hours if you have any questions regarding our employment process.

Sincerely,

*R E Elwell*

Ralph Elwell
Employment Manager

SEVENTH FLOOR
1350 MASSACHUSETTS AVENUE
CAMBRIDGE MA 02138
TELEPHONE 617 495 4959
FACSIMILE 617 496 3118

H A R V A R D   U N I V E R S I T Y

*Office of Human Resources*                                    *Personnel Services*



April 14, 1998

Mr. Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Dear Mr. Jordan:

Thank you for your interest in employment with Harvard
University's Office of Human Resources and the position of
Director of Personnel Services.

Although your qualifications are impressive, we have hired an
internal candidate whose skills and experience better match the
departmental needs.

Thank you again for your interest and best wishes on obtaining
your career goals.

Sincerely,

Mary Christakis, ...

Mary Christakis
Manager of
Administrative Services



# Northeastern University

Office of Undergraduate Admissions

April 20, 1998

Theodus J. Jordan
P.O. Box 840
Jamaica Plain, MA 02130-0007

Dear Mr. Jordan:

Thank you for your letter of introduction. I am quite impressed with the breadth and diversity of your academic and professional experiences. Clearly, you are a person with exceptional abilities and aspirations.

At this time, we in the Northeastern University Office of Undergraduate Admissions are operating at full staff. However, counseling positions do become available from time to time. I will be happy to keep your resume on file.

Good luck to you as you pursue a career in post-secondary education.

Sincerely,

Alan Kines
Director of Undergraduate Admissions
Northeastern University

150 Richards Hall
Northeastern University
Boston, Massachusetts 02115
617-373-2200, (TTY: 617-373-3100)
Fax: 617-373-8780

*The Commonwealth of Massachusetts*

*Executive Office of Human Services*
*Department of Public Health*

*Massachusetts Hospital School*



**assachusetts**
**Hospital School**

**THE BOARD OF TRUSTEES**
Arthur M. Pappas, M.D., Chairman
Albert J. Norton
Richard A. Simons
Michele Hoiovak Harrison, Esq.
Lucinda H. Stebbins

**JOHN H. BRITT**
**Executive Director**

**HOWARD K. KOH, MD, MPH**
Commissioner

December 18, 1997

Mr. Theodus Jordan
P.O. Box 840
Jamaica Plain, MA  02130

Dear Mr. Jordan:

The Massachusetts Hospital School would like to thank you for your interest in the position of Director of Human Resources. Your resume and cover letter have been received and carefully reviewed.

I regret to inform you that other candidates training and experience more closely matched the needs of the position here at the Hospital School.

Thank you again for considering us.

Yours sincerely,

Beverly Clements
Acting Human Resource Director

HARVARD UNIVERSITY

THE DIVINITY SCHOOL

MANAGER OF HUMAN RESOURCES

45 FRANCIS AVENUE
CAMBRIDGE, MASSACHUSETTS 02138

April 16, 1997

Mr. Theodus Jordan
PO BOX 840
Jamaica Plain, MA 02130

Dear Mr. Jordan:

I am writing to thank you for your interest in the position of Part Time Editorial
Assistant at Harvard Divinity School. We received applications from a number of outstanding
candidates. Although your application was carefully considered, our review of applicants has
been completed and the position is now filled.

I encourage you to apply for other positions at Harvard.    Enclosed are instructions for
accessing job openings at Harvard, including through the Internet.

Thank you again for your interest in the Divinity School, and I wish you much success
in finding the kind of work you are seeking.

No interview

Sincerely,

Nancy L. Grimes

NLG:aml
Enclosure

HARVARD UNIVERSITY

THE DIVINITY SCHOOL

MANAGER OF HUMAN RESOURCES

45 FRANCIS AVENUE
CAMBRIDGE, MASSACHUSETTS 02138

July 29, 1997

Mr.Theodus J. Jordan
P.O. box 840
Jamaica Plain, Ma.

Dear Mr. Jordan:

We have received your application for the position of Director for the Office of
Computer Services at Harvard Divinity School. We are currently reviewing applications and
will be scheduling interviews in the near future. If you are chosen as one of the candidates to
be interviewed, we will contact you to set up an appointment.

Thank you for your interest in the Divinity School.

Sincerely,

Nancy J. Grimes (GZ)

Nancy L. Grimes

NLG:aml

UNIVERSITY OF MASSACHUSETTS BOSTON

*Resource Development Office*

| 100 Morrissey Boulevard |
| Boston, MA 02125-3393 |
| Tel: 617 287-5320 |
| Fax: 617 287-5337 |

August 8, 1997

Mr. Theodus J. Jordan
P.O.Box 840
Boston, MA 02130

Dear Mr. Jordan:

On behalf of the Search Committee, I would like to thank you for your interest in
the position of Associate Director of Alumni Affairs. The response to our
advertisement was tremendous, and we have had the good fortune of reviewing
many interesting resumes, including yours. Narrowing the pool of candidates has
been a difficult challenge for the Committee.

We have carefully reviewed your credentials together with those of other applicants
and have selected, for further consideration, applicants whose backgrounds are
more closely related to the needs of our current job requirements.

Although we are unable to invite you for an interview, we do want to thank you for
your interest in the University of Massachusetts Boston and wish you well as you
consider other opportunities.

Sincerely,

Deirdre McNamee, Chair
Search Committee

 **Northeastern University**

Office of Undergraduate Admissions

November 3, 1997

Theodus J. Jordan
P.O. Box 840
Boston, MA 02130

Dear Mr. Jordan:

Thank you for your interest in Northeastern University and the position of Manager of Operations and Systems. We regret, however, that after a careful evaluation, we have selected a candidate whose qualifications are more appropriate for our current needs.

We appreciate your interest in Northeastern University and wish you every success in the pursuit of your career objectives.

Sincerely,

*Alan Kines*

Alan Kines, Director
Office of Undergraduate Admissions

RAK:avm

150 Richards Hall
Northeastern University
Boston, Massachusetts 02115
617-373-2200, (TTY: 617-373-3100)



COLLEGE OF ARTS AND SCIENCES

Office of the Dean

Northeastern University, 100 Meserve Hall, Boston, MA 02115

617.373.5173  Fax 617.373.2942

December 9, 1997

Theodus Jordan
P.O. Box 840
Jamaica Plain, MA 02130

Dear Theodus:

Thank you for your expression of interest in the coordinator of undergraduate student services position in the College of Arts and Sciences at Northeastern University. Although your resume is very impressive, I had several applicants whose experience is more directly applicable to this particular position.  Therefore you have not been selected for an interview.

Again, thank you for your interest in the position, and I wish you luck in your continued search.

Sincerely,

Mary Mello
Director,
Academic Student Services

FORM SUB I

### EXIT FORM -- SUBSTITUTE TEACHER

SCHOOL _Ellis School_

SUBJECT AREA(s)

Mrs. Cortes

_Bil/Spanis/ Swiss to_

NAME OF TEACHER _Mrs. Vmell_

_anttle/ Cortes_

SIGNATURE _Theodora Jordan_    DATE _3/10/94_

1.  Were you provided with written material which outlines, in general, school policies and procedures, including attendance, specific routines of disciplinary referral, and referral for student illness and other contingencies?

    Yes              No ✓

2.  Were you provided with a general orientation as to the policies and procedures of this building by a regular staff member of the building?

    Yes              No ✓

3.  Were you provided with a Daily Plan Book, a Lesson Plan, or some substitute academic activity for all classes of teacher/teachers you are replacing?

    Yes              No ✓

4.  Were you provided with a copy of the program of the teacher you replaced, including subject, levels of instruction, room assignments, administrative assignments, and time of lunch?

    Yes              No ✓

5.  Were you provided with homeroom and class lists and seating plans?

    Yes              No ✓

6.  Were you provided with bell schedules?

    Yes              No ✓

7.  Were you provided with the name and location of the Department Head in your particular subject area?

    Yes              No ✓

    _No help:_
    _support std,_

8.  General Comments: _The Principle was extremely late._
    _He approached w/ hostility and an gum antation... Very very_
    _un professionally, I felt I had to defend myself. The hist_

    THIS FORM MUST BE RETURNED TO STAFF MEMBER IN CHARGE OF _te. hist_ _end._
    SUBSTITUTES IMMEDIATELY UPON RELEASING FROM A PARTICULAR SCHOOL

FORM SUB I

## EXIT FORM -- SUBSTITUTE TEACHER

SCHOOL __HYDE PARK HIGH SCHOOL__     SUBJECT A

NAME OF TEACHER _for_ _Mrs. Band / Theodor_     _Health_

_D. Gordon Jordan_
Signature     _3/13/97_
Date

1. Were you provided with written material which outlines, in general
   school policies and procedures, including attendance, specific rou:
   of disciplinary referral, and referral for student illness and othe
   contingencies?

   Yes ____     No ✓     _I found them on the desk. Not enough work assigne_

2. Were you provided with a general orientation as to the policies and
   procedures of this building by a regular staff member of the build:

   Yes ____     No ✓

3. Were you provided with a Daily Plan Book, a Lesson Plan, or some
   substitute academic activity for all classes of teacher/teachers yo
   replacing?

   Yes ____     No ✓

. Were you provided with a copy of the program of the teacher you re;
   including subject, levels of instruction, room assignments,
   administrative assignments, and time of lunch?

   Yes ____     No ✓

5. Were you provided with homeroom and class lists and seating plans?

   Yes ____     No ✓

6. Were you provided with bell schedules?

   Yes ✓     No ____

7. Were you provided with the name and location of the Department Hea(
   your particular subject area?

   Yes ____     No ✓

8. General Comments: _I recieved no support today_
   _from any one  4 cept Counselor / Mrs. Pyram,_
   _Mrs. Pullin → said 1:45 rule_
   _Mr. Posguel applied to all persons)_

THIS FORM MUST BE RETURNED TO STAFF MEMBER IN CHARGE OF SUBSTITUT
IMMEDIATELY UPON RELEASING FROM A PARTICULAR SCHOOL.

FORM 301

## EXIT FORM -- SUBSTITUTE TEACHER

SCHOOL  HYDE PARK HIGH SCHOOL                          SUBJECT AREA(s)

NAME OF TEACHER  Wendys Jordan.

_____                       _____
           Signature                                            Date

1. Were you provided with written material which outlines, in general, school policies and procedures, including attendance, specific routine: of disciplinary referral, and referral for student illness and other contingencies?

   Yes _____          No __✓__

2. Were you provided with a general orientation as to the policies and procedures of this building by a regular staff member of the building?

   Yes _____          No __✓__

3. Were you provided with a Daily Plan Book, a Lesson Plan, or some substitute academic activity for all classes of teacher/teachers you are replacing?

   Yes _____          No __✓__

. Were you provided with a copy of the program of the teacher you replace. including subject, levels of instruction, room assignments, administrative assignments, and time of lunch?

   Yes _____          No __✓__

5. Were you provided with homeroom and class lists and seating plans?

   Yes _____          No __✓__

6. Were you provided with bell schedules?

   Yes _____          No __✓__

7. Were you provided with the name and location of the Department Head in your particular subject area?

   Yes _____          No __✓__

8. General Comments:

   I actuall received little or no support from staff
   The para's had a meeting the first thing in the
   murning. The students in this lab class are the
   worst kids I've ever had to deal with. Especially
   Antony Ayala. He should not be in this class. He is despicable,

   **THIS FORM MUST BE RETURNED TO STAFF MEMBER IN CHARGE OF SUBSTITUTES IMMEDIATELY UPON RELEASING FROM A PARTICULAR SCHOOL.**

FORM SUB I

## EXIT FORM -- SUBSTITUTE TEACHER

SCHOOL ~~_____~~ Beethovan Elem.    SUBJECT AREA(s) _____

NAME OF TEACHER  Theodus Jordan

_Theodus Jordan_ _____    6/10/97_
            Signature                                           Date

1. Were you provided with written material which outlines, in general, school policies and procedures, including attendance, specific routines of disciplinary referral, and referral for student illness and other contingencies?

   Yes _____    No ✓

2. Were you provided with a general orientation as to the policies and procedures of this building by a regular staff member of the building?

   Yes _____    No ✓

3. Were you provided with a Daily Plan Book, a Lesson Plan, or some substitute academic activity for all classes of teacher/teachers you are replacing?

   Yes _____    No ✓

. Were you provided with a copy of the program of the teacher you replace including subject, levels of instruction, room assignments, administrative assignments, and time of lunch?

   Yes _____    No ✓

5. Were you provided with homeroom and class lists and seating plans?

   Yes _____    No ✓

6. Were you provided with bell schedules?

   Yes _____    No ✓

7. Were you provided with the name and location of the Department Head in your particular subject area?

   Yes _____    No ✓

8. General Comments:

   I was switch to a "lab Class" when I arrived and wasn't even bvioted that it was being done. I had to seek out the principal about this sudden change. mentally, I was not prepared for lab kids.

**THIS FORM MUST BE RETURNED TO STAFF MEMBER IN CHARGE OF SUBSTITUTES IMMEDIATELY UPON RELEASING FROM A PARTICULAR SCHOOL.**



IN C       E
2001
U.S. DISTRICT
DISTRICT OF MASS.

TO:          New/Re-entering Substitute Teachers
FROM:        Office of Human Resources -- Teacher Placement Unit
DATE:        School Year 1996-97
SUBJECT:     Substitute Teachers Orientation/General Information

Welcome to Boston Public Schools.  We hope that the following information will be helpful to you in your role as a substitute teacher.

It is important that you become familiar with all the written material you receive from Boston Public Schools.  In addition to the booklet that  explains the procedure for reporting to schools, preparation hints for academic instructions, transportation directions to each school, there are some other useful information pertaining to payroll,  school calendars and clusters.

## CATEGORY OF SUBSTITUTE TEACHERS

There are three (3) categories of  Substitute teachers: Per diem, Long term and Cluster.

*A Per Diem assignment* is opened on a day-to-day basis usually lasting one (1) to five (5) days.

♦ *A Long Term assignment* is a [known] vacancy of thirty (30) or more working days. The assignment must be in the same classroom and performing the following duties: lessons plans, tests, grades, meeting with parents, etc.  The Long Term designation ends when the regular teacher is assigned.

♦ *A Cluster Substitute position* is assigned to the Cluster Office to be used as needed within the cluster or in other clusters.   The Cluster Administrator designates and assigns the Cluster Substitutes to schools under their jurisdiction. These positions are assigned for one (1) academic year.

*School Administrators are required to administer a  performance evaluation for each Long Term and Cluster Substitute teacher after fifteen (15) working days in an assignment.*

When a Long Term Assignment begins Teacher Placement Unit will automatically increase your pay when you progress from one long term group to the next. The increase will be reflected in your paycheck the pay period after you reach the next level. It is not necessary for you to remind us to increase your pay. _Substitute Teachers are paid by the day, not hourly; please disregard any reference on your pay stub to hourly rate._ The smallest increment for which you can be paid is for a half (1/2) day.

## PAYROLL

Payrolls for Substitute Teachers are prepared by the school where you work. You will not be paid if you do not sign in as a substitute each day. We suggest that you maintain a calendar of dates and schools where you work in the event a school fails to put you on its payroll. Paychecks are mailed to your home address from the Treasurers Office at Boston City Hall. [SEE PAYROLL SCHEDULE]

| PAY PERIOD SCHEDULE: | PERIOD ENDING | PAY DATE |
|---|---|---|
| | 09/10/96 | 09/18 |
| | 09/24 | 10/02 |
| | 10/8 | 10/16 |
| | 10/22 | 10/30 |
| | 11/05 | 11/13 |
| | 11/19 | 11/27 |
| | 12/03 | 12/11 |
| | 12/17 | 12/24 |
| | 12/31 | 01/08/97 |
| | 01/14/97 | 01/22 |
| | 01/28 | 02/05 |
| | 02/11 | 02/19 |
| | 02/25 | 03/05 |
| | 03/11 | 03/19 |
| | 03/25 | 04/02 |
| | 04/08 | 04/16 |
| | 04/22 | 04/30 |
| | 05/06 | 05/14 |
| | 05/20 | 05/28 |
| | 06/03 | 06/11 |
| | 06/17 | 06/25 |
| | 07/01 | 07/10 |

## DIRECT DEPOSITS

Substitute Teachers are eligible to have their payroll checks deposited directly to a bank. Contact the Payroll Department, 5th fl - 26 Court Street - or Teacher Placement Unit for an application if you are interested in this service.

## RETIREMENT FUNDS

assignments go through the STM System even if you receive a personal call from a school.

* You must protect your PIN number; keep it in a safe place, but near the touch-tone telephone where you receive your substitute teaching assignment calls. Remember, all push button telephones are not touch tone - but all touch tones use push button.

* *It is not necessary, nor advisable, to give your Personal Identification Number (PIN) to school personnel; schools only need to know your Serial Number in order to enter a request for your services as a substitute teacher.*

* STMS cannot communicate with an answering machine; whenever an STMS call is picked up but a PIN is not entered within 20 seconds, the system records that telephone call as a "hang-up." The Department of Employment Security regards such transaction as a refusal of an assignment. Therefore you should always contact STMS and enter your period of unavailability when you are unavailable to work.

List of Frequently Asked Questions Regarding STMS System

| Inquiry | Response/Solution |
|---|---|
| 16. Does not have touch-tone telephone | Unless you have a touch-tone telephone you cannot communicate with STMS. |
| 17. Needs to know start time, address or or telephone number of school | See Book of Direction |
| 18. Lost/don't know PIN number | See Instruction sheet for steps to follow to hear your PIN # |
| 19. Called by school-not STMS | If you report to a school without being assigned by (Two subs assigned) STMS you risk not receiving pay for the assignment. If two subs report for the same assignment, the substitute who has the Job number will be the person who gets paid. Subs who are not called by STMS risk not being paid properly. |
| 20. Job was canceled by teacher or School | School should notify Teacher Placement Unit or substitute if job was canceled within 24 hours of the start of the assignment. |
| 21. Job Status changed to Prov-STMS not updated | Same as #14 |
| 22. Need assistance canceling job | See Instruction sheet |
| 23. Did not understand message | Call Teacher Placement when you are unsure about the information you hear from the system when you accept an assignment. |
| 24. How late should I accept a job. | Never accept a job if you cannot reach the school at least ten minutes prior to start of class or if you receive a call close to or after the school's starting time. If you accept a late assignment, you must telephone the school to verify that they still want you to report. If you report late you maybe sent home without being paid for the day. |

*[handwritten notes near item 24: "that if change", "got 46 subs", "Making sub for the", "response inadequate in the 5 this system is unbondcionable..."]*

Some useful telephone numbers:

| | | |
|---|---|---|
| Teacher Placement | 635-9380 | - 9:00 AM to 4:30 PM |
| STMS | 635-7980 | - 24 Hours a day |
| Office of Human Resources | 635-9600 | |
| Boston Public Schools Main # | 635-9000 | |
| Boston City Hall | 635-4000 | |
| Treasurer's Office (at City Hall) | 635-4151 | |
| Retirement Board | 635-3797 | |
| Group Insurance | 635-4570 | |



# Boston Public Schools
## Calendar
### 1996-1997

▶ August 23 & 26 ........... New teachers report

■ August 27 & 28. All-Day Professional Days:
No school for students

▲ August 29 ..... Students in gr. 1-12 and gr. 1
ELCs report: Full day of school

☐ September 2 ............. Labor Day: No school

◆ September 4 ..... All KI & KII students report,
including ELCs

● September 5 .................. Students in SPED
Early Childhood programs report

■ October 2 ........... All-Day Professional Day:
No school for students

○ October 14 ......................... Columbus Day:
No school

■ November 1 ........ All-Day Professional Day:
No school for students

⊞ November 11 ....................... Veterans' Day:
No school

⊡ November 27 .................. Early Release Day
for students and staff

⊞ November 28-29 ............ Thanksgiving Day
Recess: No school

⊞ December 23-Jan. 1 ............... Winter Recess:
No school

⊞ January 20 .......... Martin Luther King Day:
No school

⊞ February 17 ...................... Presidents' Day:
No school

⊞ February 17-21 ............... February Recess:
No school

⊞ March 17 ......... Evacuation Day: No school

⊞ March 28 ......... Good Friday: No school

⊞ April 21 ................. Patriots' Day: No school

⊞ April 21-25 ......... Spring Recess: No school

■ May 16 ................ All-Day Professional Day:
No school for students

⊞ May 26 ................ Memorial Day: No school

☆ June 4 ... Last Day for Seniors (or day 170)

⊞ June 17 ............ Bunker Hill Day: No school

⊞ June 25 .......................... Early Release Day
for students (or day 179)

▼ June 26 ..... Last day of school (or day 180)
Early Release Day for students

### MAJOR RELIGIOUS & CULTURAL HOLIDAYS

| | |
|---|---|
| 9/14 .... Rosh Hashanah | 4/17 .... Eidul Adha |
| 9/23 .... Yom Kippur | 4/22 .... Passover |
| 12/6 .... Hanukkah | 4/25 .... Eastern |
| 12/25 .. Christmas | Orthodox |
| 1/6 ..... Three Kings' Day | Good |
| 2/7 ..... Asian New Year | Friday |
| 2/8 ..... Eidul Fitr | 4/27 .... Eastern |
| 3/28 .... Good Friday | Orthodox |
| 3/30 .... Easter | Easter |

## AUGUST 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## SEPTEMBER 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

## OCTOBER 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## NOVEMBER 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## DECEMBER 1996

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## JANUARY 1997

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## FEBRUARY 1997

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | |

## MARCH 1997

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23/30 | 24/31 | 25 | 26 | 27 | 28 | 29 |

## APRIL 1997

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

## MAY 1997

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## JUNE 1997

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

## JULY 1997

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

*Please note: Extenuating circumstances and/or inclement weather may necessitate changes to the schedule during the year.*

# Theodus J. Jordan

P.O. Box 840 • Boston, Massachusetts 02130       Tel: (617) 230-3612

**Objective:**     A position with a public or private agency in need of an effective administrator, program coordinator, and counselor.

**Education:**     University of Alabama       Birmingham, AL
**Bachelor of Science - Sociology**       1971

Samford University       Birmingham, AL
**Master of Arts - Theology/Education**       1975

Columbia Southern University       Orange Beach, AL
Candidate for Ph.D. Degree (Philosophy)       Present

**Experience:**     Boston and Cambridge Public Schools       Boston and Cambridge, MA
**Educator**       1980 to Present
In addition to instruction, provide student counseling, classroom management, discipline, and administrative assistance to Principals.

Eliot Congregational Church       Boston, MA
**Administrator/Associate Minister**       1976 to Recent
Develop effective programs; perform outreach development planning; implement workshops; lecture and instruct in professional training programs.
Prepare and administer budget, supervise building restorations, and developed and implemented educational and employment programs as well as community health and antipoverty programs. Also, former Pastor of several churches.

University of Alabama       Birmingham, AL
**Research Assistant**       1968 to 1970
Collected, analyzed, and interpreted statistical data for study entitled, "The Effects of Fluoridation in the City's Water Supply on the Community," for the Department of Community Dentistry.

University of Alabama       Birmingham, AL
**Personnel Coordinator/Health Counselor**       1972 to 1976
Coordinated interoffice and field activities; investigated health and social condition problems of welfare participants in a $6 million federally funded heart study program involving 110,000 people.

**Military:**     United States Marine Corps (1977-1983)    (Honorable Discharge)
**Other**

     ♦   Currently certified – Commonwealth of Massachusetts – Principal/ Assistant Principal, Teacher (Social Studies, History, & Behavioral Sciences)
     ♦   Hold GSA Rating of GS-0360-12 & GSA-0360-11 (Equal Opportunity Specialist)
     ♦   Supervisor of GSA Federal Agency - Supervised a crew of six individuals
     ♦   While completing Master's program and continued graduate study at Harvard University and Boston University, held a variety of positions, including - Organizer/Field Manager - Fair Share, Inc., Boston, MA
     ♦   Field Supervisor - Boston Herald American Newspaper
     ♦   Sales Manager - Central Systems (copy equipment)

Theodus J. Jordan

**Computer Skills** Attended a 12-week course in introduction to computer operations and office specialist operations.  Course included introduction to PCs, Microsoft Office 97 (MS-Word, MS-Excel, MS-Access, MS-PowerPoint, MS-Outlook), Keyboarding, and Job Search Workshop.    (Veterans Technical Training Institute (Vet Tech), Boston, MA – 1999.

**Affiliations:** National Association for the Advancement of Colored Peoples
Alpha Phi Omega National Fraternity; National Urban League;
Phi Lambda Sigma Honor Society; United Ministerial Association

# BOSTON PUBLIC SCHOOLS

ALBERT D HOLLAND

To Whom It May Concern:

I am pleased to write on behalf of Mr. Theodus Jordan, an individual that
I had the opportunity to observe and work with during his administrative
internship for principal. Mr. Jordan is a very energetic and knowledge-
able individual. Mr. Jordan displayed a sense of caring as well as sought
information on school structure and organization. He was thoughtful and
diligent in his professional development and contributed to creating a
positive environment for learning.

Mr. Jordan performed all duties and assignments in an outstanding manner.
He is an individual who cares about children and had a positive influence on
student achievement. He was respected by the teaching faculty as well as
the administrative staff. Mr. Jordan has always displayed the highest
standards and morals that are positive for children. He was viewed as a
positive role model to encourage and inspire young people.

It is therefore my pleasure to highly recommend Mr. Theodus Jordan for an
administrative position in the field of education and youth services.
Please feel free to call me at 635-9331 if you should have any questions.

Sincerely,

Albert D. Holland

60 WASHINGTON STREET, DORCHESTER, MASSACHUSETTS 02121 .635-9331 AREA 617

*The Veterans Technical Training Institute at the* .... **New England Shelter**

**For**

**Homeless Veterans**

**17 Court Street**
**Boston, Massachusetts 02108**
**Tel: (617) 371-1785/1819**
**Fax: (617) 371-1791**
**E-mail: Vettech@neshv.org**

March 10, 1999

To Whom It May Concern:

I am pleased to write this letter on behalf of Mr. Theodus Jordan, with whom I have been acquainted since November, 1998. Mr. Jordan is a student in my class (I am the instructor) in computer operations and office specialization. As such, he has proven to be a most valued member of the class. His participation has been exemplary, and his performance has been equally outstanding. This course is designed to teach veterans a job skill that will enable them to perform in today's job market. Mr. Jordan has taken advantage of this training to upgrade his computer skills to the level required to meet today's requirements.

Mr. Jordan has been an example and inspiration for others in the class. He has a large number of demands for his time. In spite of this, he has been able to adjust his schedule to be in class on time, every day, and as I say, perform at an exemplary level.

It has been a definite pleasure having Mr. Jordan in my class, and I feel confident in saying that given his commitment to success and his performance in my class, I would not hesitate in recommending him for any position for which he might otherwise be qualified.

Sincerely,

James H. Brown
Dean of Students/COOS Instructor

# THE COMMONWEALTH OF MASSACHUSETTS

# DEPARTMENT OF EDUCATION

This is to certify that the person named hereon is qualified under the provisions of General Laws, C.15, S.1G, C.71, S.38G, C.71A, 71B as amended and under the regulations prescribed by the Board of Education, and is eligible for appointment in the Public Schools of Massachusetts to serve in the capacity indicated. The certificate is valid as issued unless revoked for cause.

CERTIFICATE # 290107 was Issued on        02/12/90

to:

THEODUS J. JORDAN
P.O. BOX 840
JAMAICA PLAIN, MA    02130

| FIELD | LEVEL | EXPIRES |
|---|---|---|
| Principal | 9-12 | LIFE |
| Social Studies | 9-12 | LIFE |
| Behavioral Sciences | 9-12 | LIFE |
| NO ENTRY BELOW THIS LINE | | |

Social Security Number #    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

*John Paul Manning*
Director

*Harold Rayulla Jr.*
Commissioner

# Columbia Southern University



Telephone  (334) 981-3771  •  (800) 977-8449

December 15, 1997

Theodus J. Jordan
P.O. Box 840
Jamaica Plain, MA  02130-0007

Dear Mr. Jordan,

I am pleased to inform you that you have been approved for admission into the Doctor of Philosophy degree program with a major in Human Resource Management.

On the basis of your previous academic record and applicable work/life experience, you have been awarded 0 credit hours.  Those courses that your program evaluator has determined should comprise your personalized degree program appear below.

## PhD Human Resource Management

HRM 700 The History of Human Resources Management
HRM 720 Statistical Methods for Human Resources
    Management II
HRM 740 Employee Testing & Performance Evaluation
HRM 750 Employee Benefits Administration
HRM 770 Planning for and Managing Diversity in
    Organizations
HRM 790 Human Resources Management Policy
    Analysis
HRM 802 Dissertation Research II

HRM 710 Statistical Methods for Human Resources
    Management I
HRM 730 Budgeting & Accountability for Human
    Resource Management
HRM 760 Occupational Safety & Health
    Administration Compliance
HRM 780 Survey Design Data Collection & Analysis
HRM 800 Dissertation Proposal & Defense
HRM 801 Dissertation Research I
HRM 803 Dissertation Research & Defense

Your tuition is $3850.00. Should you wish, you may take advantage of one of several tuition assistance programs available. We will work with you to the best of our ability. We do not want financial considerations to stop you from pursuing your educational goals. Currently, the University is offering a $150.00 tuition grant to all who enroll within 30 days from the date of their acceptance letter.

*(complacency)*

I applaud your decision to further your education. The status quo will simply not suffice for those who intend to prosper in the twenty-first century.

Welcome!

Sincerely,

Bob Mayes, Ph.D., CECM
Chancellor

**Internet/E-Mail**
http://www.colsouth.edu
csu@colsouth.edu

**Mailing/Shipping**
P.O. Box 3110 / 24847 Commercial Avenue
Orange Beach, AL 36561

**Fax**
(334) 981-3815

# Columbia Southern University



Telephone  (334) 981-3771  •  (800) 977-8449

December 15, 1997

Theodus J. Jordan
P.O. Box 840
Jamaica Plain, MA  02130-0007

Dear Mr. Jordan,

I am pleased to inform you that you have been approved for admission into the Doctor of Philosophy degree program with a major in Human Resource Management.

On the basis of your previous academic record and applicable work/life experience, you have been awarded 0 credit hours.  Those courses that your program evaluator has determined should comprise your personalized degree program appear below.

## PhD Human Resource Management

HRM 700 The History of Human Resources Management
HRM 720 Statistical Methods for Human Resources
    Management II
HRM 740 Employee Testing & Performance Evaluation
HRM 750 Employee Benefits Administration
HRM 770 Planning for and Managing Diversity in
    Organizations
HRM 790 Human Resources Management Policy
    Analysis
HRM 802 Dissertation Research II

HRM 710 Statistical Methods for Human Resources
    Management I
HRM 730 Budgeting & Accountability for Human
    Resource Management
HRM 760 Occupational Safety & Health
    Administration Compliance
HRM 780 Survey Design Data Collection & Analysis
HRM 800 Dissertation Proposal & Defense
HRM 801 Dissertation Research I
HRM 803 Dissertation Research & Defense

Your tuition is $3850.00.  Should you wish, you may take advantage of one of several tuition assistance programs available.  We will work with you to the best of our ability.  We do not want financial considerations to stop you from pursuing your educational goals.  Currently, the University is offering a $150.00 tuition grant to all who enroll within 30 days from the date of their acceptance letter.

(Complacency)

I applaud your decision to further your education.  The status quo will simply not suffice for those who intend to prosper in the twenty-first century.

Welcome!

Sincerely,

Bob Mayes, Ph.D., CECM
Chancellor

**Internet/E-Mail**
http://www.colsouth.edu
csu@colsouth.edu

**Mailing/Shipping**
P.O. Box 3110 / 24847 Commercial Avenue
Orange Beach, AL 36561

**Fax**
(334) 981-3815

**THEODUS J. JORDAN**

**P.O. Box 840**
**Boston, Massachusetts 02130**
**Phone: (617) 524-9598**

## OBJECTIVE

A position in human services and support activities with
a public or private agency in need of an effective admin-
istrator, program coordinator and counselor for areas of
human resource development, management, or personnel as-
sistance programs.

## QUALIFICATIONS

... Seventeen years of experience as an administrator,
    coordinator, organizer, and educator within health,
    educational, religious, social and community programs...

... Bachelor of Science in Sociology/Anthropology/Psychology...

... Master of Arts in Theology/Education...

... Certificate- Education Administration...

... Certified Teacher...

... Expertise in:

    . Counseling

    . team building, group dynamics and sensing techniques.

    . advertising and promotional programs for fund raising,
      recruiting, and special needs campaigns.

    . motivation and development of individuals or groups,
      especially disadvantaged.

... Organization of research study programs involving large
    volunteer group participation.

<u>PUBLISHED</u>- Author of Book entitle "The Contributions of Black Theology to Contemporary Thought", Vantage Press, N.Y.  1987.


...  A task-oriented, self-starting professional with strong public speaking and writing skills.


<u>EDUCATOR</u>-  Boston Public Schools/Cambridge Public School (1979 -    ).

...  Plan, prepare and develop classroom instruction material for courses in History, Science, Math, English, Social Studies and Reading for high school and middle school students.

...  In addition to instruction, provide student counseling, classroom management, discipline, and administrative assistant to the Principal.

<u>ADMINISTRATOR/ASSOCIATE MINISTER</u> – Eliot Congregational Church, Boston, Massachusetts; also a Pastor Southern Baptist Church (1979-1991).


<u>General Information</u>:
Originally started career as Assistant Minister in Alabama, and after completing seven years as Pastor, Assistant Pastor and Administrator of congregation in Alabama, relocated to the Boston area.

<u>Responsibilities and accomplishments include</u>:

...  Developed effective programs to provide a resource, educational, recreational, and counseling center for the community's day-to-day life.

...  Performed outreach and development planning; implemented workshops, and lectured and instructed in professional development training program.

...  Implemented adults' and young people's educational activities for a 3500-member congregation in an urban setting.
...  Administered and taught ongoing senior citizens program.

...  Counseled youth and young adults and planned and coordinates community projects with view to upgrading living conditions and improving community/church relations.

3

... Prepared and administered budget, supervised building
    restorations and developed and implemented educational and
    employment programs.

... Developed a community health program and sponsored an
antipoverty program designed to improve the economy of the
community.

**PERSONNEL COORDINATOR/HEALTH COUNSELOR-** University of Alabama,
Birirmingham Alabama (1971-1976)

... Was assigned to an integrated federally funded $6 million
    project which involved the design and organization of a
    heart study program involving approximately 110,000 people.

... Interviewed prospective participants and gathered case
    histories to evaluate the eligibility and dedication of
    applicants to comply with the program for its duration.

... Coordinated interoffice and field activities and
    investigated health and social condition problems of
    welfare participants.

**RESEARCH ASSISTANT-** University of Alabama, Birmingham, Alabama
(1968 - 1970).

... The collection, analysis, and interpretation of statistical
    data for a study entitled, "The Effects of Fluoridation in
    the City's Water Supply on the Community," for the
    Department of Community Dentistry.

**PROGRAM COUNSELOR -** New England College of Optometry
(March 1993 - Present)

... Duties include responsibilities for implementing Counseling,
    recruitment and outreach activities related to the
    Optometric Career Access Program (OCAP) grant, under
    the direction of the Director of Minority Student Services.

<u>OTHER AREAS OF EXPERIENCE</u>

While completing Master's program and continued graduate study at
Harvard and Boston Universities, held a variety of positions in-
cluding:

<u>Organizer/Field Manager-</u> Fair Share, Inc., Boston, Massachusetts
... Contacted business, religious, and community leaders as well
    educators and homeowners while coordinating and promoting
    this fund raising project in Roxbury, Mattapan, and
    Dorchester areas.

4

... Recruited personnel and supervised  a staff of 8 program
supervisor and their volunteers working in a 25,000-member
statewide citizen group.

<u>Supervisor</u> – G. S. A. Federal Agency

...  Scheduled and supervised a work crew of six.

<u>Field Supervisor</u> – Boston ·Herald American

...  Supervised 16-25 handling delivery, collections, and other
related functions.

<u>Sales Manager</u> – Central Systems

...  Supervised sales division head and 8 professionals, 10
clericals, and 25 salespeople selling copy equipment.

## AFFILIATIONS

Current Ordination License
United Ministerial Association
Phi Lambda Sigma Honor Society
Member of the National Urban League
Alpha Phi Omega National Fraternity
National Association for the Advancement of Colored People
United Way Contributor

## MILITARY SERVICE

United States Marine Corp Reserves (1977 – 1978)
    Completed Reserve responsibilities at Paris Island, South
    Carolina and Camp LeJune, North Carolina as Communications
    Specialist.  Supervised radio operators and field
    technicians.  Handled training, equipment evaluation, and
    interfaced with administration.

## EDUCATION                                          5

University of Alabama, Birmingham, Alabama
      <u>Bachelor of Science in Sociology/Anthropology/Psychology</u>
      June 1971.

<u>Graduate Study:</u>

Samford University, Birmingham, Alabama
      <u>Master of Arts in Theology/Philosophy/Education</u>, June 1975.

<u>Religious Education:</u>

Esonian Baptist Seminary, Alabama
   Homiletics, Old and New Testaments (1965)

Harvard University, Massachusetts
   Etymology/Word Origin   (1977)

Boston University, Massachusetts
   Ethics, Education, Old Testament   (1979)

<u>Additional Education:</u>

Boston University, Massachusetts
   Master's Degree - Mass Communication/Public Relations(Pending)
   (1989- 1991).

Bridgewater State College, Massachusetts, State of Massachusetts
   C.A.G.S. --- Education Administration (For Life).

Eastern Nazarine College Continuing Education- (1989-1991).

Teacher Certificate ---State of Massachusetts,   (For Life).

<u>Additional courses:</u>

Dale Carnegie
   Effective Speech, Leadership and Management Course (1977-1978)

   Dumaine Speed Reading Course   (1978 - 1979)

## ACTIVITIES

Tennis, table games, football, basketball, martial arts, running,
reading, music, dancing, and writing children's stories.

## REFERENCES

Available upon request

# THE COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF EDUCATION

This is to certify that the person named hereon is qualified under the provisions of General Laws, C.15, S.1G, C.71, S.38G, C.71A, 71B as amended and under the regulations prescribed by the Board of Education, and is eligible for appointment in the Public Schools of Massachusetts to serve in the capacity indicated. The certificate is valid as issued unless revoked for cause.

CERTIFICATE # 390107 was issued on     02/12/90     FIELD     LEVEL EXPIRES

to:

    HERBERT J. JORDAN
    P O. BOX 840
    JAMAICA PLAIN, MA   02130

|  | Level | Expires |
|---|---|---|
| Principal | 9-12 | LIFE |
| Social Studies | 9-12 | LIFE |
| Behavioral Sciences | 9-12 | LIFE |
| NO ENTRY BELOW THIS LINE | | |

Social Security Number #   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

*J.R. Paul Manning*
Director

*Harold Reynolds Jr.*
Commissioner

## REFERENCES

1. Dr. Ozzie L. Edwards, Ph.D.
   Eliot Church of Roxbury
   56 Dale Street
   Roxbury, Ma. 02119
   Ph. 617-445-7525

2. Albert D. Holland, Deputy Superintendent
   Boston Public Schools
   26 Court Street, 5th. Floor
   Boston, Ma. 02108
   Ph. 617-635-9331

3. Francis E. Kenny, CEO.
   CSSI, CELADON INC.
   77 North Washington Street
   Boston, Ma. 02114
   Ph. 617-742-3400

4. (Substitute ref.)

   Glenn H. Hughes, Ph.D. ,
   Director Research and Development
   WEST ALABAMA HEALTH SERVICES Inc.
   225 University Boulevard
   Tuscaloosa, Al. 35401
   Ph. 205-758-6471 wk.
       205-979-2592 hm.

### Preparation for the Principalship Program Application
### Recommendation

**Theodus J. Jordan**

**3) Please choose two of the competency areas listed in #2 and give examples that illustrate the applicant's strength in these areas.**

### 32. Deep belief that all students can learn at high levels.

Theodus J. Jordan demonstrates through his teaching and his leadership of his classes his belief that all students can learn at high levels. He is effective at conveying high expectations to these students. He holds all of his students to challenging standards.

Mr. Jordan is highly professional in his appearance and demeanor. He presents a role model worthy of emulation. It is clear that he holds himself to the same high standards of work and behavior that he expects of his students.

This year, Mr. Jordan is serving the Harvard-Kent students well in the role of substitute teacher. He is superb at bringing a class together and creating a sense of community. He is doing this work with two of our LAB cluster classes. He is meeting the needs of these students for care, consistency and courtesy. At the same time, Mr. Jordan is motivating these children to work and learn. He is instilling in them a sense of pride in themselves and their accomplishments.

The students respond positively to Mr. Jordan's leadership and instruction. They respect this teacher. They are eager to please him. There is a sense of rapport among students and teacher.

### 41. Experience as a teacher

Mr. Jordan is an experienced teacher. He has worked as an educator in the Boston and Cambridge Schools for twenty years. He has pursued graduate studies at Harvard University and Boston University. He has built his knowledge of computers. Thus, he continues to expand his knowledge and skills while teaching. In this way, he applies his learning to his work in the classroom.

**4) Do you think that this applicant would be a good principal/headmaster? Why or why not? Please give examples to explain your answer.**

I believe that Theodus J. Jordan would be an excellent principal or headmaster. He is an excellent teacher. In order to supervise teaching, it is essential for the principal to have a strong understanding of classroom instruction. It is clear from observing Mr. Jordan that he has a broad and strong foundation of knowledge and skills in teaching.

Mr. Jordan demonstrates his leadership skills in his work with the students at the Harvard-Kent School. He presents a role model worthy of emulation. As principal, he would, I believe, be a strong and compassionate leader. He would widen his influence beyond the classroom to the entire school staff.

Mr. Jordan is intelligent, dedicated and trustworthy. He cares deeply about education. He would be a fine principal. I am proud to recommend for the principalship.

Sue Ellen Hogan, Ed.D., Principal, Harvard-Kent School

*Sue Ellen Hogan*    1/30/01

# BOSTON PUBLIC SCHOOLS

波士頓　　公立學校

HARVARD-KENT SCHOOL

MARIA NGUYEN
Assistant Principal



SUE ELLEN HOGAN, Ed. D.
Principal

NEAL KLAYMAN
Senior Coordinator

To whom it may concern,

I have known Mr. Theodus Jordan since September 2000 as a substitute teacher for our LAB program at the Harvard Kent Elementary School in Charlestown. Mr. Jordan's ability to create a sense of community in his LAB classrooms attracted my attention. I arranged a meeting after school with Mr. Jordan to discuss his core values. I wanted to understand the driving force behind his successful teaching practice. As Mr. Jordan began speaking I was enthralled by his passion, charisma, and perspicacious framework of Boston Public School students, what they need; what the system needs; and how we could improve our schools, communities, and society. Somehow, for reasons unknown. I felt Mr. Jordan allowed me a portal into his heart and soul. I will not attempt to capture Mr. Jordan's brilliance in this letter of recommendation, however, the following is a synopsis of Mr. Jordan's core values; an educational leader that I would follow into battle.

As Headmaster, Mr. Jordan would create schools where I would be proud to send my children. Mr. Jordan has the courage and conviction to maintain high academic and behavioral standards for all children. School success would be measured by results; how many children are completing four year college programs, and achieving quality of life equal or better than our own? Mr. Jordan believes in responsibility and accountability, and he believes that schools that do not improve the quality of life for students, are not schools.

Mr. Jordan has a profound love for the students of the Boston Public Schools. So passionate is Mr. Jordan that he attempted to take on the system alone. and lost. Mr. Jordan now concedes that how he fights is as important as what he is fighting for. Mr. Jordan is a man that I believe we need advocating for the students of Boston. It is for these reasons, and many others, that I give Mr. Theodus Jordan the highest possible recommendation, and urge you to allow him to train for a Principalship within the Boston Public schools.

Neal Klayman, Senior LAB Coordinator