UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Theodus Jordan,
            Plaintiff

V.

Boston Public Schools, et al.,
            Defendant

CIVIL ACTION

NO. 04-10688

## JUDGMENT

Gorton    D. J.

In accordance with the Court's Memorandum and Order dated  September 12, 2007  granting  the defendant's  motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the  Defendant

By the Court,

9/14/07
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Judgment for SJ.wpd - 12/98)