# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Theodus-Jordan

v.

Boston Public Schools

CASE NO. 1:04-CV-10688-NMG

FILED IN CLERK'S OFFICE
2008 FEB 13 A 11: 35
DISTRICT COURT
OF MASS.

## NOTICE OF APPEAL

Notice is hereby given that **Theodus Jordan** above named, hereby appeals from the **Summary Judgement** entered in the above entitled action on **12/21/07**.

By the Court,

1/19/08
Date

_____
Deputy Clerk

(Notice of Appeal.wpd - 12/98)