# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SUFFOLK/SS

NO 1:04-CV-10688-NMG

**Theodus Jordan/Plaintiff**

    Vs

**Boston Public Schools/Defendants**

MOTION TO RE-INSTATE CASE DUE TO NEGLIGENCE TO NOITIFICATION OF FINAL DECISION OF JUDGE IN A TIMELY FASHION OR TO REVIEW DECISION OF LEGALLY PRESENTED MOTION OF "RECONSIDERATION"

Now comes the above plaintiff in the above matter to ask Court for justice and fairness in applying just "notification" Rules in a timely fashion so as not to deny justice to this pro-se litigant in his pursuit of justice in this most serious matter which was "rushed" closed by the Judge of record in this matter in order to protect the defendants against appellant's legal rights to an Appeal.

Wherefore, plaintiff so plead for justice in this most important matter by setting aside "Summary Judgment", so that an appeal (Notice of Appeal is attached and Affidavit of Indigence) can be sought in this matter as the Judge has shown unfair and extreme bias against this plaintiff by ignoring all PLAINTIFF'S request for documents that would have proven his case in an open trial by jury. {ALL DOCUMENTS PRESENTED SUBSEQUENTLY TO INITIAL PLEADING WERE ALL PART OF ORIGINAL FILING BY THIS PLAINTIFF}

Signed under the pains and penalties of perjury this day, Jan.28, 2008, by plaintiff in the pursuit of justice and fairness in seeking his qualified employment because of racial discrimination practiced as a pattern against him by these defendants:

Theodus Jordan, email-tjordtm2@verizon.net
P.O. Box 840
Jamaica Plain, MA 02130
508-588-6443
617-894-7916

                      CERTIFICATE OF SERVICE

    A true copy of this document was pre-paid mailed to this defendant's address of record by on January, 2008, by plaintiff,

Theodus Jordan

## Orders on Motions
1:04-cv-10688-NMG Jordan v. Boston Public Schools, et al **CASE CLOSED on 09/14/2007**
CLOSED

**United States District Court**

**District of Massachusetts**

### Notice of Electronic Filing

The following transaction was entered on 12/21/2007 at 3:20 PM EST and filed on 12/21/2007
**Case Name:** Jordan v. Boston Public Schools, et al
**Case Number:** 1:04-cv-10688
**Filer:**
**WARNING: CASE CLOSED on 09/14/2007**
**Document Number:** No document attached

**Docket Text:**
**Judge Nathaniel M. Gorton: Electronic ORDER entered denying [39] Motion for Reconsideration (Sonnenberg, Elizabeth)**

**1:04-cv-10688 Notice has been electronically mailed to:**

Andrea C. Alves Thomas aalvesthomas@boston.K12.ma.us

**1:04-cv-10688 Notice will not be electronically mailed to:**

Theodus Jordan
PO Box 840
Jamaica Plain, MA 02130-0036